**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

**SECURITIES AND EXCHANGE COMMISSION,**

                    **Plaintiff,**

-against-                                              **1:24-cv-08080**

**GAUTAM ADANI and SAGAR ADANI,**


                    **Defendants.**

---

**NOTICE OF APPEARANCE**

To the Clerk of the Court and All Parties of Record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for plaintiff Securities and Exchange Commission.

Dated:  November 20, 2024

                                    /s/   Christopher M. Colorado
                                    Christopher M. Colorado (NYED No. CC6514)
                                    SECURITIES AND EXCHANGE COMMISSION
                                    100 Pearl Street, Suite 20-100
                                    New York, NY  10004-2616
                                    Tel: (212) 336-9143
                                    ColoradoCh@sec.gov

                                    *Attorneys for Plaintiff*