

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

NEW YORK
REGIONAL OFFICE

December 5, 2024

**VIA ECF**
The Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

  **Re:** ***SEC v. Adani, et al.*, 24-cv-08080-VMS (E.D.N.Y.)**

Dear Magistrate Judge Scanlon:

  Pursuant to Rule 3(b) of the Division of Business Rules for the Eastern District of New York, plaintiff Securities and Exchange Commission ("SEC") writes to respectfully request that another action pending in this Court, *SEC v. Cabanes*, 24-cv-08081-BMC ("Cabanes Civil Case"), be deemed related to this action.  The SEC also writes to advise the Court that both this action and the Cabanes Civil Action are based on similar allegations, and arise from the same transactions or events, as a criminal action also pending in this Court, *United States v. Adani, et al.*, 24-cr-433-NGG ("EDNY Criminal Case").  The SEC will file notice of its filing of this letter and request on the dockets of both the Cabanes Civil Case and the EDNY Criminal Case, as both may be affected under Division of Business Rule 3(b).

  In this civil enforcement action, the SEC's Complaint alleges that the two defendants, Gautam Adani and Sagar Adani ("Defendants"), violated the antifraud provisions of the federal securities laws by misleading investors in a September 2021 debt offering by Adani Green Energy Ltd. ("Adani Green").  Specifically, the Complaint alleges that Defendants falsely represented—and aided and abetted Adani Green in falsely representing—that neither Adani Green nor Defendants had paid or promised to pay bribes or sought to unduly influence government officials, that neither Adani Green nor Defendants had violated applicable anti-bribery laws, and that Adani Green had rigorous and effective anti-bribery policies and procedures.  These representations were material and untrue.  As alleged in the Complaint, at the time of the September 2021 debt offering, Defendants themselves were involved in a scheme to pay or promise to Indian state officials bribes worth hundreds of millions of dollars to secure contracts that benefitted Adani Green and a second company, Azure Global Power Ltd. ("Azure").  In the Cabanes Civil Case, the SEC alleges that Cyril Cabanes, a former director of Azure, a company whose stock publicly traded in the United States, violated the Foreign Corrupt Practices Act of 1977 ("FCPA") by participating with Adani Green, Gautam Adani, and Sagar Adani in the same bribery scheme described above, including in facilitating payments from Azure to Adani Green for Azure's share of the bribes that Gautam Adani and Sagar Adani had paid or promised to Indian state officials.

Hon. Vera M. Scanlon                                                                                    Page 2
December 5, 2024

Because this matter and the Cabanes Civil Case rest on overlapping facts (and, we anticipate, overlapping evidence) and arise from the same transactions or events, substantial judicial resources may be saved by both cases being assigned to the same District Court and/or Magistrate Judge, consistent with Division of Business Rule 3(b).  We have contacted counsel for Sagar Adani concerning his position on the relatedness of the cases, and he informed us that he did "not have any position to share."  We have also attempted to contact Gautam Adani, but have not received any response.

The SEC further notes that the EDNY Criminal Case is based on, among other things, substantially the same transactions or events as both this case and the Cabanes Civil Case— namely, the scheme to bribe Indian state officials to secure contracts that benefitted Adani Green and Azure and false and misleading statements to investors in Adani Green's 2021 debt offering concerning that bribery scheme.  In the EDNY Criminal Case, the United States Attorney's Office for the Eastern District of New York has charged eight defendants, including Gautam Adani, Sagar Adani, and Cyril Cabanes (the same individuals who are defendants in this action and the Cabanes Civil Action) based on the same bribery scheme and debt offering, among other things, including charges that Gautam Adani and Sagar Adani (and a third defendant) engaged in a criminal securities fraud conspiracy and securities fraud, and that Cyril Cabanes (and others) engaged in a conspiracy to violate the FCPA.

Respectfully submitted,

/s/ Christopher M. Colorado
Christopher M. Colorado
SECURITIES AND EXCHANGE
COMMISSION
New York Regional Office
100 Pearl St., Suite 20-100
New York, NY 10004-2616
(212) 336-9143 (Colorado)
ColoradoCh@sec.gov

*Counsel for Plaintiff Securities and Exchange Commission*

cc:    Chambers of Judge Brian M. Cogan
       Chambers of Judge Nicholas G. Garaufis