

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

NEW YORK
REGIONAL OFFICE

April 25, 2025

**VIA ECF**
The Honorable James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1426 South
Brooklyn, New York 11201

    Re:    <u>*SEC v. Adani, et al.*, 24-cv-08080-NGG (E.D.N.Y.)</u>

Dear Magistrate Judge Cho:

    Pursuant to the Court's February 24, 2025 Status Report Order, plaintiff Securities and Exchange Commission ("SEC") respectfully submits this status report concerning its efforts to serve the Summons and Complaint on Defendants Gautam Adani and Sagar Adani (collectively, "Defendants"). Defendants are located in India, and the SEC's efforts to serve them are ongoing, including through a request for assistance to the Indian authorities to effect service under the Hague Service Convention for Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Service Convention").

    The SEC filed its Complaint on November 20, 2024, alleging that Defendants violated the antifraud provisions of the federal securities laws by knowingly or recklessly making false and misleading representations concerning Adani Green Energy Ltd. ("Adani Green") in connection with a September 2021 debt offering by Adani Green. (ECF No. 1.) Because Defendants are located in India, service of the Summons and Complaint on them is governed by Rule 4(f) of the Federal Rules of Civil Procedure ("FRCP"). (*See* SEC Ltr. to Hon. N. Garaufis, dated February 18, 2025 (ECF No. 8 ("February Status Update")).) FRCP 4(f) sets no time limit for service and permits the SEC to serve Defendants by any internationally agreed means of service reasonably calculated to give notice, such as the Hague Service Convention. (*Id.*)

    As described in the SEC's February Status Update, the SEC previously issued a request to India's Ministry of Law & Justice ("India MoLJ") seeking assistance under Article 5(a) of the Hague Service Convention with serving of the Summons and Complaint on Defendants in India. (*Id.*) The SEC also previously sent Notices of Lawsuit and Requests for Waiver of Service of Summons, including copies of the Complaint, directly to defendant Gautam Adani and to counsel for defendant Sagar Adani. (*Id.*) Since the February Status Update, the India MoLJ has confirmed to the SEC that it received the SEC's request for assistance under the Hague Service Convention and that it has, in turn, requested that the relevant judicial authorities within India attempt to serve the Summons and Complaint on Defendants. In advance of this status report, the SEC sought additional updates from the India MoLJ concerning service but has not received a response. Additionally, since the February Status Update, SEC counsel has learned the identity

Hon. James R. Cho  Page 2
April 25, 2025

of counsel representing defendant Gautum Adani in connection with the SEC's allegations in this matter and it sent a Notice of Lawsuit and Request for Waiver of Service of Summons to that counsel. To date, neither Defendant has agreed to waive service of the Summons and Complaint.

The SEC's efforts to serve Defendants are ongoing and it will keep the Court apprised of its progress.

Respectfully submitted,

/s/ Christopher M. Colorado
Christopher M. Colorado
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
100 Pearl St., Suite 20-100
New York, NY 10004-2616
(212) 336-9143 (Colorado)
ColoradoCh@sec.gov

*Counsel for Plaintiff Securities and Exchange Commission*