

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

NEW YORK
REGIONAL OFFICE

June 27, 2025

**VIA ECF**
The Honorable James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1227 South
Brooklyn, New York 11201

  Re: *SEC v. Adani, et al.*, 24-cv-08080-NGG-JRC (E.D.N.Y.)

Dear Magistrate Judge Cho:

  Pursuant to the Court's April 28, 2025 Status Report Order, plaintiff Securities and Exchange Commission ("SEC") respectfully submits this status report regarding its efforts to serve the Summons and Complaint on Defendants Gautam Adani and Sagar Adani ("Defendants"). Defendants are located in India and the SEC's efforts to serve them are ongoing, including a request for assistance from Indian authorities to effect service under the Hague Service Convention for Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Service Convention").

  The SEC filed its Complaint on November 20, 2024, alleging that Defendants violated federal securities laws by making false and misleading representations about Adani Green Energy Ltd. ("Adani Green") in connection with a September 2021 debt offering. (ECF No. 1.) As Defendants are in India, service is governed by Rule 4(f) of the Federal Rules of Civil Procedure ("FRCP"). (*See* SEC Ltr. to Hon. N. Garaufis, dated February 18, 2025 (ECF No. 8).) FRCP 4(f) imposes no time limit for service and allows the SEC to serve Defendants by any internationally agreed means reasonably calculated to give notice, such as the Hague Service Convention. (*Id.*) The SEC filed a status update concerning its ongoing service efforts on April 23, 2025. (SEC Ltr. to Hon. J. Cho, dated April 23, 2025 ("April Status Update") (ECF No. 9).)

  As described in the SEC's February Status Update and April Status Update, the SEC previously requested assistance from India's Ministry of Law & Justice ("India MoLJ") under Article 5(a) of the Hague Service Convention in serving the Summons and Complaint on Defendants in India. The SEC also sent Notices of Lawsuit and Requests for Waiver of Service of Summons, including copies of the Complaint, directly to Defendants and their counsel. Since the April Status Update, the SEC has corresponded with the India MoLJ concerning the efforts of the relevant Indian judicial authorities to serve the Summons and Complaint on Defendants, but the SEC understands that those authorities have not yet effected service.

  The SEC will keep the Court apprised of its ongoing efforts to serve Defendants and will file a status letter by August 11, 2025 pursuant to the Court's June 26, 2025 Order.

        Respectfully submitted,

        /s/ Christopher M. Colorado
        Christopher M. Colorado
        SECURITIES AND EXCHANGE COMMISSION
        New York Regional Office
        100 Pearl St., Suite 20-100
        New York, NY 10004-2616
        (212) 336-9143 (Colorado)
        ColoradoCh@sec.gov

        *Counsel for Plaintiff Securities and Exchange Commission*