

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

New York
Regional Office

August 11, 2025

**VIA ECF**
The Honorable James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1426 South
Brooklyn, New York 11201

Re: <u>*SEC v. Adani, et al.*, **24-cv-08080-NGG-JRC (E.D.N.Y.)**</u>

Dear Magistrate Judge Cho:

Pursuant to the Court's June 26, 2025 Status Report Order, plaintiff Securities and Exchange Commission ("SEC") respectfully submits this status report regarding its efforts to serve the Summons and Complaint on Defendants Gautam Adani and Sagar Adani ("Defendants"). Defendants are located in India and the SEC's efforts to serve them are ongoing, including a request for assistance from Indian authorities to effect service under the Hague Service Convention for Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Service Convention").

The SEC filed its Complaint on November 20, 2024, alleging that Defendants violated federal securities laws by making false and misleading representations about Adani Green Energy Ltd. in connection with a September 2021 debt offering. (ECF No. 1.) As Defendants are in India, service is governed by Rule 4(f) of the Federal Rules of Civil Procedure ("FRCP"). (*See* SEC Ltr. to Hon. N. Garaufis, dated February 18, 2025 (ECF No. 8).) FRCP 4(f) imposes no time limit for service and allows the SEC to serve Defendants by any internationally agreed means reasonably calculated to give notice, such as the Hague Service Convention. (*Id.*) The SEC filed prior status updates concerning its ongoing service efforts on April 23, 2025, and June 27, 2025. (ECF Nos. 9, 10.)

As described in the SEC's prior status updates, the SEC has requested assistance from India's Ministry of Law & Justice ("India MoLJ") under Article 5(a) of the Hague Service Convention in serving the Summons and Complaint on Defendants in India. The SEC has also sent Notices of Lawsuit and Requests for Waiver of Service of Summons, including copies of the Complaint, directly to Defendants and their counsel, and the SEC has communicated with the India MoLJ. The SEC understands that those authorities have not yet effected service.

The SEC intends to continue communicating with the India MoLJ and pursue service of the Defendants via the Hague Service Convention, and will keep the Court apprised of its efforts.

        Respectfully submitted,

        /s/ Christopher M. Colorado
        Christopher M. Colorado
        SECURITIES AND EXCHANGE
        COMMISSION
        New York Regional Office
        100 Pearl St., Suite 20-100
        New York, NY 10004-2616
        (212) 336-9143 (Colorado)
        ColoradoCh@sec.gov

        *Counsel for Plaintiff Securities and*
        *Exchange Commission*