

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

New York
Regional Office

October 10, 2025

**VIA ECF**
The Honorable James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1227 South
Brooklyn, New York 11201

  Re: <u>*SEC v. Adani, et al.*, 24-cv-08080-NGG-JRC (E.D.N.Y.)</u>

Dear Magistrate Judge Cho:

  Pursuant to the Court's August 12, 2025 Status Report Order, plaintiff Securities and Exchange Commission ("SEC") respectfully submits this status report on its efforts to serve the Summons and Complaint on Defendants Gautam Adani and Sagar Adani ("Defendants"). Because Defendants are located in India, the SEC's service efforts include a request for assistance from Indian authorities to effect service under the Hague Service Convention for Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Service Convention") and those efforts remain ongoing.

  The SEC filed its Complaint on November 20, 2024, alleging that Defendants violated federal securities laws by making false and misleading representations about Adani Green Energy Ltd. ("Adani Green") in connection with a September 2021 debt offering. (ECF No. 1.) Because Defendants are located in India, service is governed by Rule 4(f) of the Federal Rules of Civil Procedure ("FRCP"), which imposes no time limit for service and allows the SEC to serve Defendants by any internationally agreed means reasonably calculated to give notice, such as the Hague Service Convention. (*See* SEC Ltr. to Hon. N. Garaufis, dated February 18, 2025 (ECF No. 8).) The SEC has filed status updates concerning its ongoing service efforts on April 23, 2025, June 27, 2025, and August 11, 2025. (ECF Nos. 9, 10, 11.)

  As described in the SEC's prior status updates, the SEC requested assistance from India's Ministry of Law & Justice ("India MoLJ") under Article 5(a) of the Hague Service Convention to serve the Summons and Complaint on Defendants. The SEC also sent Notices of Lawsuit and Requests for Waiver of Service of Summons, including copies of the Complaint, directly to Defendants and their counsel. The SEC has repeatedly communicated with the India MoLJ, as recently as September 14, 2025, but understands that those authorities have not yet effected service. The SEC will continue communicating with the India MoLJ and pursuing service of the Defendants via the Hague Service Convention.

  Finally, as the Court is aware, federal government appropriations are currently lapsed. As of October 1, 2025, most SEC personnel have been furloughed and are prohibited from

working.  SEC counsel assigned to this matter have been furloughed and are therefore unavailable to work on this matter, as federal law prohibits furloughed employees from working on a voluntary basis.  *See* 31 U.S.C. § 1342.  Accordingly, the SEC respectfully requests that the due date for its next status report concerning its efforts to serve Defendants be set for 60 days after appropriations are restored.

                                             Respectfully submitted,

                                             /s/ Christopher M. Colorado
                                             Christopher M. Colorado
                                             SECURITIES AND EXCHANGE COMMISSION
                                             New York Regional Office
                                             100 Pearl St., Suite 20-100
                                             New York, NY 10004-2616
                                             (212) 336-9143 (Colorado)
                                             ColoradoCh@sec.gov

                                             *Counsel for Plaintiff Securities and Exchange Commission*