

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

New York
Regional Office

December 12, 2025

<u>**VIA ECF**</u>
The Honorable James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>*SEC v. Adani, et al.*, 24-cv-08080-NGG-JRC (E.D.N.Y.)</u>

Dear Magistrate Judge Cho:

  Pursuant to the Court's October 15, 2025 Status Report Order, plaintiff Securities and Exchange Commission ("SEC") respectfully submits this report regarding its efforts to serve the Summons and Complaint on Defendants Gautam Adani and Sagar Adani ("Defendants"). Because Defendants reside in India, the SEC previously initiated the process for serving them under the Hague Service Convention for Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Service Convention"). That process requires assistance from India's Ministry of Law and Justice ("India's MoLJ"), which has yet to serve Defendants.

  The SEC filed its Complaint on November 20, 2024, alleging that Defendants violated federal securities laws by making false and misleading representations about Adani Green Energy Ltd. ("Adani Green") in connection with a September 2021 debt offering. (ECF No. 1.) Because both Defendants are located in India, service is governed by Rule 4(f) of the Federal Rules of Civil Procedure ("FRCP"), which imposes no time limit for service and allows the SEC to serve them by any internationally agreed means reasonably calculated to give notice, such as the Hague Service Convention. (*See* SEC Ltr. to Hon. N. Garaufis, dated February 18, 2025 (ECF No. 8).) The SEC has filed status updates concerning its ongoing service efforts on April 23, 2025, June 27, 2025, August 11, 2025, and October 13, 2025. (ECF Nos. 9-12.)

  As detailed in its prior status updates, the SEC requested assistance from India's MoLJ under Article 5(a) of the Hague Service Convention to serve the Summons and Complaint on Defendants. The SEC also sent Notices of Lawsuit and Requests for Waiver of Service of Summons, including copies of the Complaint, directly to Defendants and their counsel. The SEC has been in periodic contact with India's MOLJ and understands that they have not yet effected service. The SEC's efforts to serve the Defendants are ongoing and it will keep the Court informed of its progress.

Respectfully submitted,

/s/ Christopher M. Colorado
Christopher M. Colorado
SECURITIES AND EXCHANGE
COMMISSION
New York Regional Office
100 Pearl St., Suite 20-100
New York, NY 10004-2616
(212) 336-9143 (Colorado)
ColoradoCh@sec.gov

*Counsel for Plaintiff Securities and Exchange Commission*