IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                          Plaintiff,<br><br>         vs.<br><br>GAUTAM ADANI and SAGAR ADANI,<br><br>                         Defendants. | No. 1:24-cv-08080 (NGG) (JRC) |

**NOTICE OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
MOTION FOR AN ORDER AUTHORIZING ALTERNATIVE SERVICE METHODS**

      PLEASE TAKE NOTICE, that upon the accompanying memorandum of law and the Declaration of Christopher M. Colorado and exhibits thereto, Plaintiff Securities and Exchange Commission will move this Court, before the Honorable Nicholas G. Garaufis at the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, NY 11201, on a date to be set by the Court, for an order pursuant to Rule 4(f) of the Federal Rules of Civil Procedure, permitting alternative service of the Summonses and Complaint on Defendants Gautam Adani and Sagar Adani.

Dated: Brooklyn, New York
            January 21, 2026

SECURITIES AND EXCHANGE COMMISSION

By:   /s/ Christopher M. Colorado
       Christopher M. Colorado
       New York Regional Office
       100 Pearl Street, Suite 20-100
       New York, NY 10004
       (212) 336-9143 (Colorado)
       ColoradoCh@sec.gov