**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                               Plaintiff,<br><br>                                vs.<br><br>GAUTAM ADANI and SAGAR ADANI,<br><br>                               Defendants. | No. 1:24-cv-08080 (NGG) (JRC) |

**[PROPOSED] ORDER AUTHORIZING SERVICE ON**
**DEFENDANTS BY ALTERNATIVE MEANS**

WHEREAS Plaintiff Securities and Exchange Commission ( "SEC") has filed a Motion for an Order Authorizing Alternative Service of Process on Defendants Gautam Adani and Sagar Adani ("Defendants") under Federal Rule of Civil Procedure 4(f)(3);

WHEREAS the Court has considered the SEC's Memorandum of Law, the Declaration of Christopher M. Colorado and the exhibits thereto submitted in support of the Motion;

Based on the foregoing, the Court finds that sufficient cause exists to authorize the SEC to serve the Summons and Complaint upon Defendants through alternative means pursuant to Federal Rule of Civil Procedure 4(f)(3), and that the means requested by the Motion are reasonably calculated to apprise Defendants of the pendency of this action.

THEREFORE, IT IS HEREBY ORDERED that the SEC is authorized, pursuant to Federal Rule of Civil Procedure 4(f)(3), to serve the Summons and Complaint on Defendants through the following means of service:

    (a)    By email and postal mail to Defendant Gautam Adani's counsel at the law firms Kirkland & Ellis LLP and Quinn Emanuel Urquhart & Sullivan, LLP;

    (b)    By email to Defendant Gautam Adani at gautam.adani@adani.in;

(c) By email and postal mail to Defendant Sagar Adani's counsel at the law firm Hecker Fink LLP; and

(d) By email to Defendant Sagar Adani at sagar.adani@adani.com.

SO ORDERED.

```
                                    _____
                                    UNITED STATES DISTRICT JUDGE
                                    NICHOLAS G. GARAUFIS
```

Dated: _____, 2026
      Brooklyn, New York