IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>   vs.<br><br>GAUTAM ADANI and SAGAR ADANI,<br><br>        Defendants. | No. 1:24-cv-08080 (NGG) (JRC) |

**AFFIRMATION IN SUPPORT OF MOTION FOR ALTERNATIVE SERVICE**

  Christopher M. Colorado, Esq., an attorney duly admitted to practice law in the State of New York, affirms under penalty of perjury as follows:

  1. I am an attorney for Plaintiff United States Securities and Exchange Commission ("SEC"), and am personally familiar with the facts set forth herein.

**Public Statements and News Coverage Concerning this Action**

  2. On November 21, 2024, the Adani Group—a multinational conglomerate founded by Defendant Gautam Adani, where he serves as Chairman and which includes Adani Green Energy Limited ("Adani Green"), where Defendant Sagar Adani serves as Executive Chairman—issued statement denying the SEC's allegations in this matter. (Ex. A.)

  3. On November 27, 2024, Adani Green filed an "Intimation" with the Securities and Exchange Board of India, disclosing that the SEC had filed this action against Defendants and that the United States Department of Justice had filed a criminal indictment against Gautam Adani, Sagar Adani, and other individuals, *SEC v. Adani, et al.*, 24-cr-433 (E.D.N.Y.). (Ex. B.)

  4. On or around November 30, 2024, Gautam Adani delivered public remarks, during which he said:

> As most of you will have read, less than two weeks back, we faced a set of allegations from the U.S. about compliance practices at Adani Green Energy. This is not the first time we have faced such challenges. What I can tell you is that every attack makes us stronger. . . . The fact that is that despite a lot of the wasted reporting, no one from the Adani side has been charged with any violation of the FCPA or any conspiracy to obstruct justice.

*See* Adani Group, "Every Attack Makes Us Stronger': Gauam Adani," YouTube, https://www.youtube.com/watch?v=yWlhrkN9izM (Dec. 1, 2024) (minute mark 32:22 to 33:35).

5. On April 28, 2025, Adani Green publicly filed an "Outcome of Board Meeting held on April 28, 2025 and submission of Audited Financial Results," which included Audited Consolidated Financial Results for the Quarter and Year Ended March 31, 2025. (Ex. C.) The filing said, in part,

> In November 2024, the Company became aware of an indictment filed by United States Department of Justice (US DOJ) in the United States District Court for the Eastern District of New York against two of the executive directors and one of the non-executive directors of the Company and a civil complaint by Securities and Exchange Commission (US SEC), against one executive director and one non-executive director of the Company. . . . and as per the US SEC civil complaint, directors omitting material facts that rendered statements misleading to US investors under Securities Act of 1933 and Securities Act [*sic*] of 1934. . . .
>
> To uphold the principles of good governance, the Company appointed independent law firms to perform an independent review to assess and evaluate related non-compliance, if any, in this matter. Such independent review also did not identify any non-compliance or irregularities in the matter.

(*Id.* at 43-44 ¶ 8.)

6. On or around June 24, 2025, Gautam Adani delivered remarks at Adani Group's Annual General Meeting during which he said:

> Instead, we proved the true leadership is not built in sunshine. It is constructed in the fire of crisis. This was tested against last year when we have allegations from the US Department of Justice and

2

the SEC relating to Adani Green Energy. Despite all the noise, the facts are that no one from the Adani Group has been charged with violating the FCPA or conspiring to obstruct justice.

See Adani Group, "Annual General Meeting 2025 | Watch Chairman Gautam Adani," YouTube, https://www.youtube.com/watch?v=7CvOUWXiKJs (June 24, 2025) (minute mark 8:14 to 9:15).

7. This litigation has received widespread news coverage, both with respect to the substance of the allegations against Defendants and the SEC's attempts to serve them, including in *The New York Times* (*e.g.*, Ex. D (discussing the allegations against Defendants)) and *The Times of India* (*e.g.*, Ex. E (discussing the SEC's attempts to serve Defendants in India)).

**Efforts to Serve Defendants**

8. On February 17, 2025, I caused formal requests for assistance to be transmitted to the India Ministry of Law and Justice ("Ministry") for service of the Summonses and Complaint on Defendants Gautam Adani and Sagar Adani (the "Requests"). The Requests were transmitted on Forms USM-94 (Request for Service Abroad of Judicial or Extrajudicial Documents) (Exs. F, G (cover letters and Forms USM-94)), and included copies of the Summons and Complaint.

9. On or around April 1, 2025, I received copies of letters dated February 25, 2025, addressed from the Ministry to The District Judge, District & Sessions Court in Ahmedabad, Gujarat, India ("Gujarat Court"), instructing the Gujarat Court to "serve one set of the Request and the documents of the case on the aforesaid party(s) [Defendants] and to send a report on the proof of service" to the Ministry. (Exs. H, I.)

10. On April 3, 2025, the SEC's Office of International Affairs emailed the Ministry requesting a status update on the efforts to serve Defendants. (Ex. J.) The Ministry did not respond to this inquiry.

11. On or around May 1, 2025, I received letters from the Ministry, dated April 16, 2025, stating that the Ministry was returning the Requests to the SEC and declining to effect

3

service. (Exs. K, L.) The letters stated that "it is observed that the forwarding letter bears no seal & signature and the Model Form bears no seal of the requesting authority as well." (*Id.*)

12. On or around May 27, 2025, I caused the Requests to be resubmitted to the Ministry, along with a letter reiterating the SEC's request for assistance and explaining that the Hague Convention does not require a forwarding letter—whether signed in ink—or a seal on the Model Form. (Ex. M.)

13. On September 12, 2025, I sent a follow-up letter to the Ministry requesting an update on the status of its efforts to provide the requested assistance to the SEC. (Ex. N.) The Ministry did not respond.

14. On or around December 14, 2025, I received letters from the Ministry, dated November 14, 2025, again returning the Requests and declining to effect service. The letters stated: "The documents have been checked and in view of the Rule 5(b) of the Securities and Exchange Commission (SEC)'s Informal and Other Procedures, 17 C.F.R. § 202.5(b), it is found that the above mentioned summon does not cover in the above said categories." (Exs. O, P.)

**<u>Communications with Defendants' Counsel and Requests for Waivers</u>**

15. On November 29, 2024 and December 2, 2024, I corresponded by email with Sean Hecker of Hecker Fink LLP, who confirmed that he represents Defendant Sagar Adani in connection with this action.

16. On February 7, 2025, I emailed Mr. Hecker a Notice of Lawsuit and Request for Waiver for Sagar Adani, together with a copy of the Summons and Complaint. I also sent hard copies of these documents to Mr. Hecker's office. I did not receive any response.

17. On February 18, 2025, I emailed Gautam Adani a Notice of Lawsuit and Request for Waiver for Gautam Adani, together with a copy of the Summons and Complaint. The email was sent to gautam.adani@adani.in, an address identified during the SEC's pre-Complaint

4

investigation as one used by Adani Green executives to communicate with Gautam Adani. I did not receive any response, nor did the email generate a bounce-back notification.

18. On February 28, 2025, I was copied on a letter from Mark Filip of Kirkland & Ellis and William Burck of Quinn Emanuel Urquhart & Sullivan LLP to the SEC. The letter was captioned "*Securities and Exchange Commission v. Gautam Adani and Sagar Adani*, No, 24, Civ, 8080 (E.D.N.Y.)" and stated, in relevant part, "We are writing in connection with the above-captioned matter, in which our Firms represent Mr. Gautam Adani."

**Additional Relevant Information**

19. During the SEC's pre-Complaint investigation, it obtained multiple documents showing that Defendant Sagar Adani sends and receives email in his role as Chairman of Adani Green using the following address: sagar.adani@adani.com.

\* \* \*

20. The following documents cited herein and attached hereto are true and correct copies of the documents described:

| Ex. | Description |
|---|---|
| A | Adani Group, Media Statement, dated November 21, 2024. |
| B | Adani Green Intimation under Regulation 30 of the Securities and Exchange Board of India (Listing Obligations and Disclosure Requirements) Regulations, 2015, dated November 27, 2024. |
| C | Outcome of Board Meeting held on April 28, 2025 and submission of Audited Financial Results (Standalone and Consolidated) for the quarter and year ended March 31, 2025 as per SEBI (Listing Obligations and Disclosures Requirements) Regulations, 2015, dated April 28, 2025. |
| D | New York Times, "U.S. Charges Indian Billionaire With Fraud Over Bribery Scheme," dated November 20, 2024. |
| E | India Times, "SEC updates US court on efforts to serve legal documents in Adani case," dated June 27, 2025. |

| Ex. | Description |
|---|---|
| F | Request for Service Abroad of Judicial or Extrajudicial Documents as to Gautam Adani, dated February 14, 2025 (without annexed Summons and Complaint). |
| G | Request for Service Abroad of Judicial or Extrajudicial Documents as to Sagar Adani, dated February 14, 2025 (without annexed Summons and Complaint). |
| H | Request for legal assistance in Service of summon/notice/documents in Civil and Commercial Matters from India Ministry of Law & Justice, Department of Legal Affairs to District Judge, District & Sessions Court, Ahmedabad, Gujarat, India for Gautam Adani, dated February 25, 2025 |
| I | Request for legal assistance in Service of summon/notice/documents in Civil and Commercial Matters from India Ministry of Law & Justice, Department of Legal Affairs to District Judge, District & Sessions Court, Ahmedabad, Gujarat, India for Sagar Adani, dated February 25, 2025 |
| J | Email from SEC Office of International Affairs (S. Medina Henderson) to India's Ministry of Law and Justice, dated April 3, 2025. |
| K | Letter from India Ministry of Law & Justice, Department of Legal Affairs (Judicial Section) to Christopher Colorado regarding Gautam Adani, dated April 16, 2025. |
| L | Letter from India Ministry of Law & Justice, Department of Legal Affairs (Judicial Section) to Christopher Colorado regarding Sagar Adani, dated April 16, 2025. |
| M | Letter from Securities and Exchange Commission (Christopher Colorado) to India Ministry of Law & Justice, Department of Legal Affairs, dated May 27, 2025. |
| N | Letter from Securities and Exchange Commission (Christopher Colorado) to India Ministry of Law & Justice, Department of Legal Affairs, dated September 12, 2025. |
| O | Letter from India Ministry of Law & Justice, Department of Legal Affairs (Krishna Mohan Arya and Niranjan Prasad) to Christopher Colorado regarding Gautam Adani, dated November 4, 2025. |
| P | Letter from India Ministry of Law & Justice, Department of Legal Affairs (Krishna Mohan Arya and Niranjan Prasad) to Christopher Colorado regarding Sagar Adani, dated November 4, 2025. |

Dated: January 21, 2026
      New York, New York

By:   /s/ Christopher M. Colorado
Christopher M. Colorado
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
100 Pearl Street, Suite 20-100
New York, New York 10004-2616

*Attorneys for Plaintiff Securities and Exchange Commission*