# **Exhibit A**



# MEDIA STATEMENT

**21 November 2024**

The allegations made by the US Department of Justice and the US Securities and Exchange Commission against directors of Adani Green are baseless and denied.

As stated by the US Department of Justice itself, "the charges in the indictment are allegations and the defendants are presumed innocent unless and until proven guilty." All possible legal recourse will be sought.

The Adani Group has always upheld and is steadfastly committed to maintaining the highest standards of governance, transparency and regulatory compliance across all jurisdictions of its operations. We assure our stakeholders, partners and employees that we are a law-abiding organisation, fully compliant with all laws.

**-Spokesperson - Adani Group**

## OTHER RELEASES



Adani Enterprises Ltd

January 02, 2026

Adani Enterprises launches its 3rd public issue of NCDs of ₹1,000 crore, offering up to 8.90%



Adani Airports

December 25, 2025

Chairman Gautam Adani Welcomes First Passengers as Navi Mumbai International