**Exhibit B**



Date: November 27, 2024

To
BSE Limited
P J Towers,
Dalal Street,
Mumbai – 400 001

The National Stock Exchange of India Limited
"Exchange Plaza",
Bandra – Kurla Complex,
Bandra (E), Mumbai – 400 051

**Scrip Code: 541450**

**Scrip Code: ADANIGREEN**

Dear Sir,

**Sub: Intimation under regulation 30 of the Securities and Exchange Board of India (Listing Obligations and Disclosure Requirements) Regulations, 2015 ("SEBI Listing Regulations")**

This is in relation to our intimation dated November 21, 2024 (at 9:29 am) that the United States Department of Justice ("**US DOJ**") and the United States Securities and Exchange Commission have issued a criminal indictment and brought a civil complaint, respectively, in the United States District Court for the Eastern District of New York, against our directors namely Mr. Gautam Adani and Mr. Sagar Adani. The US DOJ has also included our director namely, Mr. Vneet Jaain, in such criminal indictment.

Details as required under the SEBI Listing Regulations read with SEBI Circular No. SEBI/HO/CFD/CFD-PoD-1/P/CIR/2023/123 dated July 13, 2023 are as disclosed in **Annexure A**.

We request you to please take this on record.

Thanking You
Yours Faithfully,
**For, Adani Green Energy Limited**


**Pragnesh Darji**
**Company Secretary**

Adani Green Energy Limited
Adani Corporate House, Shantigram,
Nr Vaishno Devi Circle, S G Highway
Khodiyar, Ahmedabad 382 421
Gujarat, India
CIN: L40106GJ2015PLC082007

Tel +91 79 2555 5555
Fax +91 79 2555 5500
investor.agel@adani.com
www.adanigreenenergy.com

Registered Office: Adani Corporate House, Shantigram, Nr. Vaishno Devi Circle,
S G Highway, Khodiyar, Ahmedabad – 382 421, Gujarat, India



Annexure A

Details as required under the SEBI Listing Regulations read with SEBI Circular No. SEBI/HO/CFD/CFD-PoD-1/P/CIR/2023/123 dated July 13, 2023 are as disclosed as under:

| Sr. No. | Particulars | Details |
|---|---|---|
| 1 | Brief details of litigation viz. name(s) of the opposing party, court/ tribunal/agency where litigation is filed, brief details of dispute/litigation | A criminal indictment being Cr. No. 24-CR-433 has been filed before the United States District Court Eastern District of New York by United States Department of Justice in the case of United States of America against Mr. Gautam S. Adani, Mr. Sagar R. Adani, Mr. Vneet S. Jaain and other third-party individuals.<br><br>Pursuant to this indictment, some of our directors namely Mr. Gautam S. Adani, Mr. Sagar R. Adani and Mr. Vneet S. Jaain have been charged with alleged securities fraud conspiracy, alleged wire fraud conspiracy and alleged securities fraud. |
| 2 | Expected financial implications, if any, due to compensation, penalty etc. | The indictment does not specify any quantum of any fine / penalty. |
| 3 | Quantum of claims, if any | Please see above. |

| Sr. No. | Particulars | Details |
|---|---|---|
| 1 | Brief details of litigation viz. name(s) of the opposing party, court/ tribunal/agency where litigation is filed, brief details of dispute/litigation | A civil complaint being 1:24 Civ. 8080 has been filed before the United States District Court Eastern District of New York by Securities and Exchange Commission against Mr. Gautam Adani and Mr. Sagar Adani.<br><br>Pursuant to this civil complaint, some of our directors namely Mr. Gautam S. Adani and Mr. Sagar R. Adani have been alleged (i) to |

Adani Green Energy Limited
Adani Corporate House, Shantigram,
Nr Vaishno Devi Circle, S G Highway
Khodiyar, Ahmedabad 382 421
Gujarat, India
CIN: L40106GJ2015PLC082007

Tel +91 79 2555 5555
Fax +91 79 2555 5500
investor.agel@adani.com
www.adanigreenenergy.com

Registered Office: Adani Corporate House, Shantigram, Nr. Vaishno Devi Circle,
S G Highway, Khodiyar, Ahmedabad – 382 421, Gujarat, India



| Sr. No. | Particulars | Details |
|---|---|---|
| | | have violated certain sections of the Securities Act of 1933 and the Securities Act of 1934, and (ii) to have aided and abetted Adani Green Energy Limited's violation of the Securities Act of 1933 and the Securities Act of 1934. |
| 2 | Expected financial implications, if any, due to compensation, penalty etc. | Although the complaint prays for an order directing the defendants to pay civil monetary penalties, it does not quantify the amount of penalty. |
| 3 | Quantum of claims, if any | Please see above. |

Adani Green Energy Limited
Adani Corporate House, Shantigram,
Nr Vaishno Devi Circle, S G Highway
Khodiyar, Ahmedabad 382 421
Gujarat, India
CIN: L40106GJ2015PLC082007

Tel +91 79 2555 5555
Fax +91 79 2555 5500
investor.agel@adani.com
www.adanigreenenergy.com

Registered Office: Adani Corporate House, Shantigram, Nr. Vaishno Devi Circle,
S G Highway, Khodiyar, Ahmedabad – 382 421, Gujarat, India