**Exhibit G**



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

OFFICE OF
INTERNATIONAL AFFAIRS

Matthew B. Greiner
Associate Director
Tel: 202-551-4526
Email: GreinerM@sec.gov

February 14, 2025

**VIA OVERNIGHT MAIL**

Ministry of Law and Justice
Department of Legal Affairs
Room No. 439-A, 4th Floor, A-Wing,
Shastri Bhawan, New Delhi-1I0001, India

    Re:    **SEC v. Gautam Adani and Sagar Adani, 1:24 Civ. 8080 (NGG);**
           **OIA Ref: 2023-00720-039**

Dear Sir or Madam:

In accordance with the Hague Service Convention for Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, we request that your office, as the Central Authority for India, effect service of the enclosed documents as soon as possible on **Sagar Adani** in the above-referenced case. Please note that we request service in accordance with the provisions of sub-paragraph (a) of Article 5 of the Convention, by a method prescribed by the internal law of India for the service of documents in domestic actions upon persons within its territory.

Enclosed please find the following documents in connection with the above-referenced case: (1) Request for Service Abroad of Judicial and Extrajudicial Documents (one original, one copy); and (2) Summons (two copies); (3) Complaint (two copies).

**The documents are provided for Sagar Adani, whose last known address is Shantivan Farm, Behind Karnavati Club, Gandhinagar Sarkhej Highway, Ahmedabad – 380 057, Gujarat, India.**

Please return the Certificate of Service to Christopher M. Colorado, Esq., Securities and Exchange Commission, 100 Pearl Street, Suite 20-100, New York, NY 10004, USA, and a courtesy copy by email to HagueService@sec.gov.

If you need any additional information, please feel free to contact me by telephone at 202-551-4526 or by E-mail at HagueService@sec.gov. Thank you for your assistance in this matter.

                                        Sincerely,

                                        /s/ Matthew B. Greiner

                                        Matthew B. Greiner
                                        Associate Director

Enclosures as noted

cc: Christopher M. Colorado, SEC Attorney (without enclosures)

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant<br>Identité et adresse du requérant<br>Christopher Colorado, Attorney<br>Securities and Exchange Commission<br>100 Pearl St., Suite 20-100<br>New York, NY 10004<br>Attorney has the authority to make this request pursuant to U.S. Fed. R. Civil Procedure 4 | Address of receiving authority<br>Adresse de l'autorité destinataire<br>Ministry of Law and Justice<br>Department of Legal Affairs<br>Room No. 439-A, 4th Floor, A-Wing<br>Shastri Bhawan, New Delhi-110001, India |
|---|---|

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:**

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address)**
(identité et adresse)
Sagar Adani,
Shantivan Farm, Behind Karnavati Club
Gandhinagar Sarkhej Highway
Ahmedabad – 380 057
Gujarat, India

☒ a) **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention***
selon les formes légales (article 5, alinéa premier, lettre a))*

☐ b) **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:**
selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :

☐ c) **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)***
le cas échéant, par remise simple (article 5, alinéa 2)*

**The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.**
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.

*List of documents* / *Énumération des pièces*

- Summons
- Complaint

* if appropriate / s'il y a lieu

| **Done at** / Fait à New York, New York,<br>**The** / le  14th of February, 2025 | **Signature and/or stamp**<br>Signature et / ou cachet<br>*CMCe* |
|---|---|

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served\***
   que la demande a été exécutée*

| | |
|---|---|
| — **the (date)** / le (date): | |
| — **at (place, street, number):** à (localité, rue, numéro) : | |

| | |
|---|---|
| — **in one of the following methods authorised by Article 5:** dans une des formes suivantes prévues à l'article 5 : | |
| ☐ a) **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention\*** selon les formes légales (article 5, alinéa premier, lettre *a*))* | |
| ☐ b) **in accordance with the following particular method\*:** selon la forme particulière suivante* : | |
| ☐ c) **by delivery to the addressee, if he accepts it voluntarily\*** par remise simple* | |

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| **Identity and description of person:** Identité et qualité de la personne : | |
| **Relationship to the addressee (family, business or other):** Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ **2. that the document has not been served, by reason of the following facts\*:**
   que la demande n'a pas été exécutée, en raison des faits suivants*:

| |
|---|
| |

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

*Annexes* / Annexes

| | |
|---|---|
| **Documents returned:** Pièces renvoyées : | |
| **In appropriate cases, documents establishing the service:** Le cas échéant, les documents justificatifs de l'exécution : | |

\* if appropriate / s'il y a lieu

| | |
|---|---|
| **Done at** / Fait à<br><br>**The** / le | **Signature and/or stamp**<br>Signature et / ou cachet |

# WARNING
## AVERTISSEMENT

**Identity and address of the addressee**
Identité et adresse du destinataire
Sagar Adani
Shantivan Farm, Behind Karnavati Club
Gandhinagar Sarkhej Highway
Ahmedabad – 380 057
Gujarat, India

### IMPORTANT

**THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.**

**IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.**

**ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:**

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
300 Cadman Plaza
Brooklyn, NY 11201
+1 718-330-1200

**It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).**

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| **Name and address of the requesting authority:**<br>Nom et adresse de l'autorité requérante : | Christopher Colorado, Attorney<br>Securities and Exchange Commission ("SEC")<br>100 Pearl St., Suite 20-100<br>New York, NY 10004 |
| **Particulars of the parties\*:**<br>Identité des parties\* : | Plaintiff - SEC, 100 Pearl St., Suite 20-100, New York, NY 10004<br><br>Defendant - Gautam Adani, Shantivan Farm, Behind Karnavait Club, Gandhinagar Sarkhej Highway, Ahmedabad -- 380 057 Gujarat, India<br><br>Defendant - Sagar Adani, Shanivan Farm, Behind Karnavait Club, Gandhinagar Sarkhej Highway Ahmedabad -- 380 057 Gujarat, India |

\* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☒ **JUDICIAL DOCUMENT\*\***
ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | The Complaint is for a civil enforcement action in U.S. District Court alleging violations of the U.S. securities laws and requests relief. |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:**<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | The lawsuit involves violations of the U.S. securities laws. |
| **Date and Place for entering appearance\*\*:**<br>Date et lieu de la comparution\*\* : | The answer should be filed with the Court within 21 days after service of the Complaint. |
| **Court which has given judgment\*\*:**<br>Juridiction qui a rendu la décision\*\* : | The Summons was issued by the U.S. District Court for the Eastern District of New York. |
| **Date of judgment\*\*:**<br>Date de la décision\*\* : | The Summons is dated November 22, 2024. |
| **Time limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | The answer should be filed with the Court within 21 days after service of the Complaint. |

\*\* if appropriate / s'il y a lieu

☐ **EXTRAJUDICIAL DOCUMENT\*\***
ACTE EXTRAJUDICIAIRE\*\*

| Nature and purpose of the document: <br> Nature et objet de l'acte : | |
| --- | --- |
| **Time-limits stated in the document\*\***: <br> Indication des délais figurant dans l'acte\*\* : | |

\*\* if appropriate / s'il y a lieu