# **Exhibit H**

| FORM- A /REQUEST |  | R. No. 747476 |
|---|---|---|
| | | F. No. J-21011(106)/2025– Judl. |

GOVERNMENT OF INDIA
MINISTRY OF LAW & JUSTICE
DEPARTMENT OF LEGAL AFFAIRS
(Judicial Section)
\*\*\*\*\*\*\*\*\*\*\*

☎: 011-23384945
✉: judicial-dla@nic.in

To,
The District Judge, District & Sessions Court
**Ahmedabad, Gujarat,** INDIA

Room No. 439- A,
Shastri Bhawan, New Delhi
25th Feb, 2025

Sub.: Request for legal assistance in Service of summon/notice/documents in Civil and Commercial Matters

This Department has received a request from U.S.A with foreign countries on the service abroad of judicial and extrajudicial documents in civil or commercial matters on the following party(s) residing at the following address:-

> **Gautam Adani, Shantivan Farm, Behind Karnavati Club, Gandhinagar Sarkhej Highway, Ahmedabad, Gujarat-380057 India.**

2.   Two sets of Request and documents of the case is enclosed herewith. The Court addressed above is requested to serve one set of the Request and the documents of the case on the aforesaid party(s) and to send a report on the proof of service (along with the second set of the case) to this Section (address: Judicial Section, Department of Legal Affairs, Ministry of Law & Justice, Room No. 439-'A', 4th Floor, 'A'-Wing, Shastri Bhawan, New Delhi- 110001) at the earliest so that the same could be transmitted to the foreign authority concerned. The Service report in this regard may either be produced on a separate paper or be appended on the second set of documents and the same may please be returned to this Section. SINCE THE MATTER REQUIRES CORRESPONDENCE WITH FOREIGN AUTHORITIES, IT IS EARNESTLY REQUESTED THAT THE REPORT O N THE PROOF OF SERVICE BE IN ENGLISH. FURTHER, IN CASE THE BAILIFF/PROCESS SERVER'S REPORT IS IN THE REGIONAL LANGUAGE, IT IS REQUESTED THAT AN ENGLISH TRANSLATION OF THE REPORT BE ATTACHED THERETO.

3.   Also, since the matter might require time bound disposal, it is requested that in case the address of the respondent(s) does not come within your jurisdiction, the documents need not be returned to this Department but may please be routed to the Court concerned under intimation to this Department. IN CASE THE NOTICE/SUMMONS COULD NOT BE SERVED ON THE RESPONDENT(S), THE ENTIRE SET OF ATTACHED DOCUMENTS MAY PLEASE BE RETURNED TO THIS SECTION ALONG WITH AN EXPLANATORY REPORT.

Enclosed: As above

DLA (Judl.)

Section Officer

Copy for information (without any documents) to:
Christopher M. Colorado, Esq.,
Securities and Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10004
USA