# **Exhibit J**

| From: | HagueService |
|---|---|
| To: | judicial-dla@nic.in; jp.dubey76@gov.in; HagueService |
| Subject: | Smail SEC Hague Service Status Request |
| Date: | Thursday, April 3, 2025 12:07:33 PM |
| Attachments: | image001.png |
| | image002.png |
| | 2025-02-25 - India MLJ to Ahemdabad Court re G. Adani.pdf |
| | 2025-02-25 - India MLJ to Ahemdabad Court re S. Adani.pdf |

Greetings from the U.S. Securities and Exchange Commission ("SEC")!

Kindly provide an update to the SEC's Hague Service requests on Gautam Adani and Sagar Adani.

*See* attachments. If service has been completed, please attach a courtesy copy of the certificates to your response.

Thank you for your attention to this request. We look forward to your response.

Regards,
**Sandy Medina-Henderson**
Program Specialist
Office of International Affairs
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549-1004
**OFFICE** +1 202 551 4435
medina-hendersons@sec.gov / hagueservice@sec.gov

Title: SEC logo



**PRIVILEGED & CONFIDENTIAL:** This e-mail message (including any attachments) from the United States Securities and Exchange Commission is for the exclusive use of the intended recipient(s) and may contain confidential, non-public, and privileged information. If you are not the intended recipient, please do not read, distribute, or take action in reliance upon this message. If you have received this e-mail in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. The sender of this e-mail does not intend to waive any privileges that may apply to the contents of this e-mail or any attachments to it.