**Exhibit K**

**FORM C (RETURN)**

Receipt No. 747476

F. No. J-21013/501/2025

**GOVERNMENT OF INDIA**
**MINISTRY OF LAW & JUSTICE**
**DEPARTMENT OF LEGAL AFFAIRS**
**(Judicial Section)**
\*\*\*\*\*\*\*\*\*\*\*

☎: +911123384945
✉: judicial-dla@nic.in

Room No. 439- A
Shastri Bhawan, New Delhi
16th April, 2025

Sub.: Request for legal assistance in <u>Service of summon/notice/documents under the Convention of 15th November 1965 on the Service abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters/MLAT/Reciprocal Arrangements or taking evidence under the Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters</u>

The enclosed Request(s) for Service/taking evidence/legal assistance under the respective Hague Convention/MLAT/Reciprocal Arrangements in connection with/on the following parties:

**Gautam Adani**, is hereby returned to you because of the following reason(s):

> On perusal of the Request received for service under the Convention of 15th November, 1965 on the service abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, it is observed that the forwarding letter bears no seal & signature and the Model Form bears no seal of the requesting authority as well. Hence, this Department is unable to verify and confirm the authenticity of the documents/Request and therefore, the Documents are being returned to you for necessary action.

Enclosed: As above

16/4/25
**Deputy Legal Adviser**

16/04/25
**Section Officer**

**Returned To:**

Christopher M. Colorado, Esq.,
Securities and Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10004
USA