**Exhibit N**



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

CHRISTOPHER COLORADO | SENIOR TRIAL COUNSEL
DIRECT DIAL: +1 (212) 336-9143
EMAIL: ColoradoCh@sec.gov

September 12, 2025

*By Email and Overnight Delivery*
Government of India
Ministry of Law and Justice
Department of Legal Affairs, Judicial Section
Room No. 439-A
Shastri Bhawan, New Delhi
India
ATTN: Deputy Legal Adviser
Email: Judicial-dla@nic.in

Re: Request for Service of summons/notice/documents under the Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters upon (1) Gautam Adani and (2) Sagar Adani

Dear Deputy Legal Adviser,

We are following up on the Requests for Service (the "Requests") by the United States Securities and Exchange Commission ("SEC") asking for the assistance of the Government of India under the Hague Service Convention in serving a Summons and Complaint upon two defendants, originally sent February 14, 2025 and resent on May 27, 2025.

We kindly ask for an update on the status of our Requests. We have once again enclosed the Requests for Service on Mr. Gautam Adani and Mr. Sagar Adani and all related correspondence. Please contact me at 212-336-9143 and ColoradoCh@sec.gov should you wish to discuss this matter further, or if you have any additional questions.

Thank you for your consideration.

Christopher Colorado
Senior Trial Counsel
U.S. Securities and Exchange Commission

cc: Krysta Stanford, Trial Attorney
Office of International Judicial Assistance
U.S. Central Authority for the Hague Service Convention
U.S. Department of Justice