**Exhibit O**

FORM C (RETURN)

Receipt No. 85645
F. No. J-21013(501)/2025

## GOVERNMENT OF INDIA
## MINISTRY OF LAW & JUSTICE
## DEPARTMENT OF LEGAL AFFAIRS
(Judicial Section)
\*\*\*\*\*\*\*\*\*\*

☎ : +911123384945
✉ : judicial-dla@nic.in

Room No. 439- A
Shastri Bhawan, New Delhi
Dated    November, 2025

Sub.: Request for legal assistance in <u>Service of summon/notice/documents under the Convention of 15th November 1965 on the Service abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters/MLAT/Reciprocal</u>. Arrangements or taking evidence under the Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters

The enclosed Request(s) for Service/taking evidence/legal assistance under the respective Hague Convention/MLAT/Reciprocal Arrangements in connection with/on the following parties:

**(Gautam Adani)**, is hereby returned to you because of the following reason(s):

> The Hague Convention on the Service of Documents, officially titled as "Convention on Service Abroad of Judicial and Extra Judicial Documents in Civil or Commercial Matters.
>
> The documents have been checked and in view of the Rule 5(b) of the Securities and Exchange Commission (SEC)'s Informal and Other Procedures, 17 C.F.R. § 202.5(b), it is found that the above mentioned summon does not cover in the above said categories. Therefore, the same is return herewith.

Enclosed: As above

(Dr. Krishna Mohan Arya)
Deputy legal Adviser

(Niranjan Prasad)
Section officer (Judicial)

**Returned To:**

**Christopher Colorado, Attorney, Securities and Exchange Commission, 100 Pearl Street, Suite 20-100, New York, NY 10004, USA**