# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

January 23, 2026

Via ECF

The Honorable Nicholas G. Garaufis
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *SEC* v. *Adani et al.*, No. 24-cv-08080-NGG-JRC (E.D.N.Y.)

Dear Judge Garaufis:

  I write on behalf of Defendant Gautam Adani in the above-captioned action and with the consent of Co-Defendant Sagar Adani.

  On January 21, 2026, the SEC filed a Motion for an Order Authorizing Alternative Service Methods (ECF No. 14) (the "Motion") following its attempt to serve Defendants Gautam Adani and Sagar Adani under the Hague Convention. Counsel for Defendants and the SEC are discussing a stipulation regarding the SEC's Motion. Accordingly, Defendants respectfully request that the Court defer ruling on the SEC's Motion pending the filing of the stipulation.

           Respectfully,

           */s/ Robert J. Giuffra, Jr.*

           Robert J. Giuffra, Jr.