# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

January 26, 2026

Via ECF

The Honorable Nicholas G. Garaufis
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

> Re:    *SEC* v. *Adani et al.*, No. 24-cv-08080-NGG-JRC (E.D.N.Y.)

Dear Judge Garaufis:

On behalf of Defendant Gautam Adani and with the consent of Co-Defendant Sagar Adani, I respond to the Court's Order directing the parties to update the Court as to the status of their discussions on the stipulation regarding the SEC's Motion for an Order Authorizing Alternative Service Methods (ECF No. 14) (the "Motion").

Counsel for the parties have exchanged comments on the stipulation, and counsel for Defendants are continuing to discuss the stipulation with their clients, both of whom are located in India.  Counsel for the parties fully expect to finalize the stipulation shortly, and, in light of the time difference with India, we will file it by no later than the morning of Friday, January 30.

Respectfully,

/s/ *Robert J. Giuffra, Jr.*

Robert J. Giuffra, Jr.