

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

**NEW YORK
REGIONAL OFFICE**

January 26, 2026

**VIA ECF**
The Honorable James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1227 South
Brooklyn, New York 11201

> **Re:** *SEC v. Adani, et al.*, **24-cv-08080-NGG-JRC (E.D.N.Y.)**

Dear Magistrate Judge Cho:

Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this status update pursuant to the Court's December 12, 2025 Order directing the SEC to report on its efforts to serve Defendants Gautam Adani and Sagar Adani. (12/12/25 ECF Text Order.)

Because Defendants reside in India, the SEC in February 2025 sought service through the Hague Service Convention by requesting assistance from India's Ministry of Law and Justice ("MoLJ") in serving Defendants in India, and the SEC repeatedly communicated with MoLJ concerning that request. (*See, e.g.*, ECF No. 9-13.) The MoLJ has not yet completed service. (*Id.*) The SEC therefore moved on January 21, 2026, for leave to serve Defendants by alternative means, by serving the Summons and Complaint through Defendants' U.S. counsel and Defendants' business email accounts. (ECF No. 14 ("Motion").)

On January 22, 2026, counsel for Defendant Gautam Adani contacted the SEC to discuss a stipulation on service covering both Defendants. The following day, Gautam Adani's counsel filed a letter informing the Court of the discussions and requesting that the Court defer ruling on the SEC's Motion. (ECF No. 15.) Judge Garaufis ordered the parties to provide an update by today regarding the discussions on the stipulation (1/23/26 ECF Text Order), and Gautam Adani's counsel filed an update this evening (ECF No. 16).

Respectfully submitted,

/s/ Christopher M. Colorado
Christopher M. Colorado
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
100 Pearl St., Suite 20-100
New York, NY 10004-2616
(212) 336-9143 | (ColoradoCh@sec.gov)

*Counsel for Plaintiff Securities and Exchange Commission*