**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

- against -

GAUTAM ADANI and SAGAR ADANI,

Defendants.

Case No. 1:24-cv-08080-NGG-JRC

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned attorney, NICOLAS BOURTIN, of the law firm Sullivan & Cromwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Gautam Adani, who has been named as a defendant in the above-captioned case. This entry of appearance is subject to and without waiving any applicable defenses, including but not limited to lack of personal jurisdiction.

Dated: January 30, 2026
       New York, New York

/s/ Nicolas Bourtin
Nicolas Bourtin
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
bourtinn@sullcrom.com
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588

*Counsel for Gautam Adani*