

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

January 30, 2026

**VIA ECF**
The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1426 South
Brooklyn, New York 11201

    Re:    <u>*SEC v. Adani, et al.*, 1:24-cv-08080-NGG-JRC (E.D.N.Y.)</u>

Dear Judge Garaufis:

    Plaintiff Securities and Exchange Commission ("SEC") respectfully submits the attached Stipulation and Proposed Order agreed to by the parties and filed with the consent of defendants Gautam Adani and Sagar Adani ("Defendants"). The Stipulation and Proposed Order resolves the SEC's pending Motion for an Order Authorizing Alternative Service Methods (ECF No. 14).

    Respectfully submitted,

    /s/ Christopher M. Colorado
    Christopher M. Colorado
    SECURITIES AND EXCHANGE
    COMMISSION
    New York Regional Office
    100 Pearl St., Suite 20-100
    New York, NY 10004-2616
    (212) 336-9143 (Colorado)
    ColoradoCh@sec.gov

    *Counsel for Plaintiff Securities and*
    *Exchange Commission*

Attachment

cc:  Defendants' counsel (via ECF and email)