UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

          *Plaintiff,*

  v.

GAUTAM ADANI and
SAGAR ADANI,

          *Defendants.*

No. 1:24-CV-08080 (NGG) (JRC)

**NOTICE OF APPEARANCE**

---

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that Sean Hecker of Hecker Fink LLP hereby appears as counsel for Defendant Sagar Adani in the above-captioned matter.

I certify that I am admitted to practice in this Court.

Dated: January 30, 2026

Respectfully submitted,

  /s/ Sean Hecker
Sean Hecker
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
(212) 763-0889
shecker@heckerfink.com

*Counsel for Defendant Sagar Adani*