UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                *Plaintiff*,

   v.

GAUTAM ADANI and
SAGAR ADANI,

                *Defendants*.

No. 1:24-CV-08080 (NGG) (JRC)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that David Gopstein of Hecker Fink LLP hereby appears as counsel for Defendant Sagar Adani in the above-captioned matter.

I certify that I am admitted to practice in this Court.

Dated: January 30, 2026

                Respectfully submitted,

                /s/ David Gopstein
                David Gopstein
                HECKER FINK LLP
                350 Fifth Avenue, 63rd Floor
                New York, New York 10118
                (332) 910-7159
                dgopstein@heckerfink.com

                *Counsel for Defendant Sagar Adani*