UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br> - against -<br><br>GAUTAM ADANI and SAGAR ADANI,<br><br>      Defendants. | Case No. 1:24-cv-08080-NGG-JRC<br><br><br>**<u>NOTICE OF APPEARANCE</u>** |

   **PLEASE TAKE NOTICE** that the undersigned attorney, admitted to the practice of law before the Courts of the State of New York and this District, and a registered attorney in the CM/ECF system of the Eastern District of New York, hereby enters his appearance on behalf of the Defendant, Sagar Adani, in the above-captioned action. Service of all pleadings, papers, and documents required to be served in this action should be served upon counsel at the office address stated below.

Dated: New York, New York
   January 30, 2026

           **NIXON PEABODY LLP**


        By: */s/ Timothy Sini*
         Timothy Sini
         NIXON PEABODY LLP
         Tower 46
         55 West 46th Street
         New York, NY 10036
         tsini@nixonpeabody.com