# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> - against - <br><br> GAUTAM ADANI and SAGAR ADANI, <br><br> Defendants. | Case No. 1:24-cv-08080-NGG-JRC <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney, JAMES M. MCDONALD, of the law firm Sullivan & Cromwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Gautam Adani, who has been named as a defendant in the above-captioned case. This entry of appearance is subject to and without waiving any applicable defenses, including but not limited to lack of personal jurisdiction.

Dated: February 20, 2026
    New York, New York

/s/ *James M. McDonald*
James M. McDonald
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
mcdonaldj@sullcrom.com
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588

*Counsel for Gautam Adani*