**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>- against -<br><br>GAUTAM ADANI and SAGAR ADANI,<br><br>                Defendants. | Case No. 1:24-cv-08080-NGG-JRC<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney, ANDREW J. DEFILIPPIS, of the law firm Sullivan & Cromwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Gautam Adani, who has been named as a defendant in the above-captioned case. This entry of appearance is subject to and without waiving any applicable defenses, including but not limited to lack of personal jurisdiction.

Dated: February 20, 2026
      New York, New York

                                          /s/ *Andrew J. DeFilippis*
                                          Andrew J. DeFilippis
                                          SULLIVAN & CROMWELL LLP
                                          125 Broad Street
                                          New York, New York  10004
                                          defilippisa@sullcrom.com
                                          Telephone:  (212) 558-4000
                                          Facsimile:  (212) 558-3588

                                          *Counsel for Gautam Adani*