UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>- against -<br><br>GAUTAM ADANI and SAGAR ADANI,<br>      Defendants. | Case No. 1:24-cv-08080-NGG-JRC<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned attorney, admitted to the practice of law before the Courts of the State of New York and this District, and a registered attorney in the CM/ECF system of the Eastern District of New York, hereby enters her appearance on behalf of the Defendant, Sagar Adani, in the above-captioned action. Service of all pleadings, papers, and documents required to be served in this action should be served upon counsel at the office address stated below.

Dated: New York, New York
   February 20, 2026

                  **NIXON PEABODY LLP**

                By: */s/ Meaghan Powers*
                  Meaghan Powers
                  NIXON PEABODY LLP
                  Tower 46
                  55 West 46th Street
                  New York, NY 10036
                  mpowers@nixonpeabody.com