April 17, 2026

Via ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:    *SEC* v. *Adani et al.*, No. 24-cv-08080-NGG-JRC (E.D.N.Y.)

Dear Judge Garaufis:

We represent Gautam and Sagar Adani (the "Defendants") in the above-captioned matter.  We write jointly with Plaintiff Securities and Exchange Commission ("SEC") (collectively with Defendants, the "Parties") to respectfully request extensions of time for certain deadlines in this matter.

On January 30, 2026, the Court so-ordered the parties' stipulated briefing schedule for Defendants' forthcoming motion to dismiss.  (ECF No. 25.)  On April 7, 2026, Defendants filed their pre-motion conference letter explaining the grounds for their motion to dismiss.  (ECF No. 29.)  On the same day, the Court directed the Parties to confer regarding scheduling the pre-motion conference.  (Apr. 7, 2026 Min. Order.)

Given the range of issues that arise for consideration in this matter, the Parties respectfully request an extension of the briefing schedule and have agreed to enter into a Stipulation, attached hereto.  The Parties respectfully request that the Court so-order the attached Stipulation.  Additionally, the Parties have conferred and propose May 20, May 22, or May 29 for a pre-motion conference subject to the Court's availability.

The Honorable Nicholas G. Garaufis                                        -2-

Respectfully,

/s/ Christopher M. Colorado

Christopher M. Colorado
(*coloradoch@sec.gov*)
Securities and Exchange Commission
New York Regional Office
100 Pearl Street, Suite 20-100
New York, NY  10004
Tel.:  (212) 336-9143 (Colorado)

*Attorney for Plaintiff*

Robert J. Giuffra, Jr. (*giuffrar@sullcrom.com*)
Nicolas Bourtin (*bourtinn@sullcrom.com*)
Suhana S. Han (*hans@sullcrom.com*)
James M. McDonald (*mcdonaldj@sullcrom.com*)
Andrew J. DeFilippis (*defilippisa@sullcrom.com*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498
Tel.:  (212) 558-4000
Fax:  (212) 558-3588

*Attorneys for Defendant Gautam Adani*

/s/ Timothy D. Sini

Timothy D. Sini (*tsini@nixonpeabody.com*)
NIXON PEABODY LLP
55 W 46th Street, Tower 46
New York, New York  10036
Tel.:  (212) 940-3000
Fax:  (212) 940-3111

Sean Hecker (*shecker@heckerfink.com*)
HECKER FINK LLP
350 Fifth Avenue
New York, New York  10118
Tel.:  (212) 763-0883
Fax:  (212) 564-0883

*Attorneys for Defendant Sagar Adani*