**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

- against -

GAUTAM ADANI and SAGAR ADANI,

Defendants.

Case No. 1:24-cv-08080-NGG-JRC

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF SCHEDULE FOR MOTION TO DISMISS**

Defendants Gautam Adani and Sagar Adani (together, "Defendants") and Plaintiff the Securities and Exchange Commission ("SEC") (collectively with Defendants, the "Parties"), through the undersigned counsel, hereby agree and stipulate to the following matters:

WHEREAS, on November 20, 2024, the SEC filed the above-captioned action against Defendants in the United States District Court for the Eastern District of New York, alleging securities fraud claims under the Securities Act of 1933 and Securities Exchange Act of 1934 (ECF No. 1);

WHEREAS, on January 30, 2026, the Parties stipulated to a schedule for Defendants' motion to dismiss the complaint, which the Court so-ordered on the same day (ECF No. 25 (the "Scheduling Order"));

WHEREAS, pursuant to the Scheduling Order, Defendants' motion to dismiss is currently due on April 30, 2026, the SEC's amended complaint or opposition is currently due no later than June 29, 2026, and Defendants' reply is currently due no later than August 13, 2026;

WHEREAS, on April 7, 2026, pursuant to Rules IV(A)(2) and IV(A)(3) of this Court's Individual Rules, Defendants filed a pre-motion conference letter setting forth the grounds for Defendants' anticipated motion to dismiss (ECF No. 29), and on the same day the

Court directed the parties to propose dates for the pre-motion conference (Apr. 7, 2026 Min. Order);

WHEREAS, the Parties agree to extend the briefing schedule such that Defendants' motion to dismiss would be due by June 8, 2026; the SEC's amended complaint or opposition would be due by August 7, 2026; and any reply brief would be due by September 21, 2026; and

WHEREAS, the Parties have conferred and propose scheduling a pre-motion conference on May 20, May 22 or May 29 subject to the Court's availability.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, subject to the approval of the Court, that:

1. Defendants' deadline to file their responsive pleading under Rule 12(a) of the Federal Rules of Civil Procedure or serve their motions to dismiss the Complaint under Rule 12(b) of the Federal Rules of Civil Procedure is extended to June 8, 2026;

2. If Defendants file a motion to dismiss, then the SEC shall either file an amended complaint or serve any opposition(s) to Defendants' motions to dismiss on or before August 7, 2026; and

3. Defendants shall serve any reply brief in support of their motions to dismiss on or before September 21, 2026, at which time Defendants shall file the bundled motions on ECF pursuant to Rule IV(B) of this Court's Individual Rules.

Pursuant to Rule IV(A)(2) of this Court's Individual Rules, the Parties respectfully request a pre-motion conference with the Court on May 20, May 22, or May 29.

Dated:  April 17, 2026

/s/ Christopher M. Colorado

Christopher M. Colorado
(*coloradoch@sec.gov*)
Securities and Exchange Commission
New York Regional Office
100 Pearl Street, Suite 20-100
New York, NY 10004
Tel.:  (212) 336-9143 (Colorado)

*Attorney for Plaintiff*

/s/ Robert J. Giuffra

Robert J. Giuffra, Jr. (*giuffrar@sullcrom.com*)
Nicolas Bourtin (*bourtinn@sullcrom.com*)
Suhana S. Han (*hans@sullcrom.com*)
James M. McDonald (*mcdonaldj@sullcrom.com*)
Andrew J. DeFilippis (*defilippisa@sullcrom.com*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Tel.:  (212) 558-4000
Fax:  (212) 558-3588

*Attorneys for Defendant Gautam Adani*

/s/ Timothy D. Sini

Timothy D. Sini (*tsini@nixonpeabody.com*)
NIXON PEABODY LLP
55 W 46th Street, Tower 46
New York, New York  10036
Tel.:  (212) 940-3000
Fax:  (212) 940-3111

Sean Hecker (*shecker@heckerfink.com*)
HECKER FINK LLP
350 Fifth Avenue
New York, New York  10118
Tel.:  (212) 763-0883
Fax:  (212) 564-0883

*Attorneys for Defendant Sagar Adani*

**SO ORDERED.**

DATED: _____

_____
The Honorable Nicholas G. Garaufis
United States District Judge