April 30, 2026

<u>Via ECF</u>

The Honorable James R. Cho
United States Magistrate Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

          Re:     *SEC* v. *Adani et al.*, No. 24-cv-08080-NGG-JRC (E.D.N.Y.)

Dear Magistrate Judge Cho:

We represent Gautam and Sagar Adani (the "Defendants") in the above-captioned matter and write jointly with Plaintiff Securities and Exchange Commission ("SEC") (collectively with Defendants, the "Parties") in response to the Court's February 14, 2026 Minute Order to provide a status update.

On April 7, 2026, Defendants filed a pre-motion conference letter explaining the grounds for their motion to dismiss the Complaint. On April 17, 2026, the Parties requested an extension of the briefing schedule. On April 20, 2026, Judge Garaufis scheduled a pre-motion conference for May 29, 2026 and stayed briefing for Defendants' anticipated motion to dismiss until the date of the pre-motion conference.

The Parties thank the Court for its attention to this matter.

The Honorable James R. Cho                                                          -2-


                                                    Respectfully,


/s/ Christopher M. Colorado
Christopher M. Colorado                     Robert J. Giuffra, Jr. (*giuffrar@sullcrom.com*)
(*coloradoch@sec.gov*)                      Nicolas Bourtin (*bourtinn@sullcrom.com*)
Securities and Exchange Commission          Suhana S. Han (*hans@sullcrom.com*)
New York Regional Office                    James M. McDonald (*mcdonaldj@sullcrom.com*)
100 Pearl Street, Suite 20-100              Andrew J. DeFilippis (*defilippisa@sullcrom.com*)
New York, NY  10004                         SULLIVAN & CROMWELL LLP
Tel.:  (212) 336-9143 (Colorado)            125 Broad Street
                                            New York, NY  10004-2498
                                            Tel.:  (212) 558-4000
*Attorney for Plaintiff*                    Fax:  (212) 558-3588


                                            *Attorneys for Defendant Gautam Adani*




                                            /s/ Timothy D. Sini
                                            Timothy D. Sini (*tsini@nixonpeabody.com*)
                                            NIXON PEABODY LLP
                                            55 W 46th Street, Tower 46
                                            New York, New York  10036
                                            Tel.:  (212) 940-3000
                                            Fax:  (212) 940-3111


                                            Sean Hecker (*shecker@heckerfink.com*)
                                            HECKER FINK LLP
                                            350 Fifth Avenue
                                            New York, New York  10118
                                            Tel.:  (212) 763-0883
                                            Fax:  (212) 564-0883


                                            *Attorneys for Defendant Sagar Adani*