**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>       **Plaintiff,**<br><br>  -against-<br><br>**GAUTAM ADANI and SAGAR ADANI,**<br><br>       **Defendants.** | **1:24-cv-08080 (NGG) (JRC)** |

### MOTION FOR WITHDRAWAL OF ATTORNEY

   Plaintiff Securities and Exchange Commission ("SEC") respectfully moves the Court for an order in the form attached withdrawing Antonia Apps as counsel of record in this action for the SEC. Ms. Apps left the SEC for other employment. The SEC continues to be represented by other counsel of record in this matter.

Dated: May 1, 2026
   New York, New York

         Respectfully submitted,

         */s/ Christopher M. Colorado*
         SECURITIES AND EXCHANGE COMMISSION
         New York Regional Office
         100 Pearl Street
         Suite 20-100
         New York, NY 10004-2616
         (212) 336-9143
         ColoradoCh@sec.gov