**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

**SECURITIES AND EXCHANGE COMMISSION,**

                    **Plaintiff,**

       -against-

**GAUTAM ADANI and SAGAR ADANI,**

                  **Defendants.**

**1:24-cv-08080 (NGG) (JRC)**

---

**ORDER REMOVING ATTORNEY**

It is ORDERED that, for good cause shown, Antonia Apps is removed as counsel of record for Plaintiff in this matter.  The Clerk of Court is directed to note on the docket that her representation of Plaintiff is terminated.

SO ORDERED.

Dated:  May __, 2026

_____
The Honorable Nicholas G. Garaufis