**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | |
| **Plaintiff,** | **1:24-cv-08080 (NGG) (JRC)** |
| -against- | |
| **GAUTAM ADANI and SAGAR ADANI,** | |
| **Defendants.** | |

## ORDER REMOVING ATTORNEY

It is ORDERED that, for good cause shown, Antonia Apps is removed as counsel of record for Plaintiff in this matter.  The Clerk of Court is directed to note on the docket that her representation of Plaintiff is terminated.

SO ORDERED.

Dated:  May 1,  2026

*S/James R. Cho*
_____
The Honorable James R. Cho