Ashu Shukla
*Princeton, New Jersey*
Ashushukla@gmail.com
T # +1-917-488-6143

*** Filed ***
10:30 AM, 18 May, 2026
U.S.D.C. Eastern District of New York

**Date: 05/18/2026**


**VIA ECF**


To,

**Hon. Nicholas Garaufis,**
United States District Court,
Eastern District of New York,
225 Cadman Plaza East,
Brooklyn, New York 11201

**Copy**:
All Counsel of Record (via ECF)
Christopher M. Colorado
Robert J. Giuffra, Jr.

**Case**: **SEC v. Adani**, et al, 24-cv-08080-NGG-JMC (EDNY)

**Re**: <u>**Letter Motion Requesting Leave from Court to file Motion to Intervene within 14-days**</u>


**Respected Judge Garaufis,**


    I have recently read the contents of the Proposed Final Judgements between Parties US SEC and Gautam Adani, et al, and I simply do not like what the parties have proposed. It is my position that Public interests were harmed. If this court allows the Parties to enter into an agreement, Public interests will continue to be harmed in myriad ways.


    I would hereby like to <u>request Leave of Court</u> such that I may file my Motion to Intervene within 14-days. On my Motion to Intervene, I'm going to first establish how the outcome of this

matter would impact Global investors, Businesses and Peace initiatives, then identity inter-related issues, and finally identify why the court must not enter a favorable decision yet.

Americans with Disability Act (ADA) or Rule 10(b)(5) of the Exchange act provide me Express or Implied Private Right of action on this matter [1] [2].

To begin with, I am witness to wanton delays, denials, retaliation and harassment campaigns by same or similar state actors as identified on the complaint.

Being a relative of Ex-Prime Minister of India, Atal Bihari Vajpayee, and being at the receiving end of retaliatory campaigns by similar state actors for years, I am fully aware how state actors enact a "***custom policy or process***" of their own choosing to derive material benefits for themselves or for interested / vested parties or their privies.

First, let me set the stage by providing the necessary background or context. I own and operate the Twitter account @USJudiciary_SOS (Powered by AI) with a Goal to "Secure and Promote World Peace".

My Twitter account is focused on (a) gathering global intelligence, (b) decoding it, (c) identifying relevant information, (d) tagging intelligence. From time-to-time, I may choose to propose best-in-class solutions to fuel growth and innovation, and such solutions are picked up or considered by world leaders based on their merits.

---

[1] Previously, this court had already stayed all briefings on the matter until May 29th 2026 (ECF# 30). In addition, the court has not yet entered their Final Judgement.

[2] When an entity retaliates against a person with knowledge of wrongdoing while engaging in a deceptive or retaliatory conduct, a reasonable claim exists. Similarly, when a government agency or state actors target a person with an intent to deceive, manipulate or defraud, a person may file a complaint against the Government for retaliation, harassment or discrimination.

The Honorable Judge, Nicholas G. Garaufis
May 18th 2026

My proposals for Gaza Peace Plan, and Russia Ukraine Peace deal have already been acknowledged and/or accepted by various Governments around the world, including the United States. Specifically, the following outcomes may be identified:

- [**Exhibit A**] identifies that on June 23rd 2025, I proposed the Framework for Gaza Peace deal (including tokenization of land, Google like IPO).
  - Proposal led to ceasefire between Isreal, United States, Palestine (Hamas) and Iran in 2025.
  - Framework in part facilitated the final Israel-Gaza Ceasefire and Peace deal
  - Plan initially included tokenization of land where each person in Gaza would get a piece of land-based asset, and such asset would have a minimum price guarantee of $50,000 and can be transacted
  - Four or more countries have already expressed their interest on providing ~$55,000 Price Guarantee (incl. relocation package & subsidized rent) (see widely available Great Trust Plan for Gaza (Slide# 18, 37))
  - US Envoy Witkoff and/or Kushner acknowledged at Board of Peace that the US peace plan was created with the help of Social Media influencers

- [**Exhibit B**] identifies slides from of the Great Trust Plan for Gaza proposed by US:
  - Plan was approved by US President Donald Trump. Trump subsequently constituted a Board of Peace.
  - My Proposal for Land assets tokenization where holders are able to assign and distribute tokens, and owners are able to sell or transact assets via a Public trading Platform, has been accepted as part of Gaza Peace initiative
    - Per my Proposal, access to US Markets and an IPO may provide far higher prices. This particular idea is <u>still in works</u> between Governments.

- [**Exhibit C**] identifies that on August 6th 2025, I proposed that the Minimum Price Guarantee ("MPG") for land ownership on the Gaza Peace Plan should be raised from $50,000 to $80,000 per Person. This <u>idea is still in works</u> between Governments.

- o Per my proposed framework, once Iran agrees to the Peace Proposal, the interest payments by Iran to the United States would be diverted towards Gaza to raise the Minimum Price Guarantee from $50,000 to $80,000

- [**Exhibit D**] identifies that on August 12th 2025, I proposed parts of the Framework for Russia Ukraine Peace deal.
    - o Until my Proposal was identified, US President Donald Trump continued to threaten Russia with consequences as late as the morning of August 12th 2025 *(id)*
    - o Proposal immediately allowed the US and Russia to agree on the Alaska Peace Conference dated August 15th 2025, and set the stage for a Prospective Peace deal
    - o Free-Economic Zone in one of the Baltic States to help facilitate cross-country trade was also proposed
    - o Note other relevant and pertinent parts of my Russia Ukraine Peace framework remain confidential till date

- [**Exhibit E**] identifies that on March 3rd 2026, I proposed parts of the Framework for a Possible Peace deal with Iran
    - o Proposal identifies one-of-a-kind Global IPO for Iran
    - o Iran secures funding and market access to US capital markets

The court may note that my Framework or Proposals inherently change the **role** of the United States to being the "Financier and Architect" of Global Growth [3].

Since the Proposed Framework/s or Proposals hinge around access to US capital markets, one is hard-pressed to ensure that the process of both securing and utilizing investor funds must not be

---

[3] Importantly, this case invokes a market access question, where instruments are priced in USD and money is raised through markets or mechanisms based out of the United States. Such offer or sale of securities are tied to US Securities Act of 1933, or purchase or sale of securities are tied to US Exchange Act of 1934.

The Honorable Judge, Nicholas G. Garaufis
May 18th 2026

tampered by the willful [4] digression of a set of controlling Stakeholders, Government officials or otherwise.

For instance, in this particular matter, the defendants secured funds from the US, utilized funds for their business growth in India, yet the service of process was delayed or denied by a set of Government officials. Whether the "Indian Government itself" wantonly delayed the matter, or whether the "defendants relied on a set of Government officials" to delay the process still remains a question, but the very fact that service of process was delayed [5] or denied [6] by a set of Government officials cannot be overlooked by the court.

Here, the US Government initiated a lawsuit against business stakeholder Gautam Adani, then Indian Government and state actors delayed matters by several months, and then post stipulation on service, US Government tried to abruptly reach a settlement with the business stakeholder. Notably, the Proposed Final Judgement does not cover involvement of state actors.

Here Public interests were harmed. Moreover, if the court chooses to overlook issues regarding the involvement of state actors or the influence by US deepstate, and Government officials in others countries start behaving just like the Indian Government officials, Public interests will continue to be harmed.

The court must not set a wrong precedence which allows state actors enact a "***custom policy or process***" of their own choosing to override US Securities or Federal Laws.

---

[4] When a stakeholder directly benefits from a business or its subsidiary, and maintains a control or domination over the subsidiary, with knowledge that liability may arise on misappropriation of foreign secured funds, one of two issues may arise:

first the stakeholder may choose to be willfully blind to wrongdoings in order to exempt himself from any potential liability, or second, manipulative state actors may willfully choose the abuse the process or the system to fraudulently make the stakeholder liable using similar pretext.

[5] ECF Motion Document 14 **Exhibits** F, G, J, K, L, M, N

[6] ECF Motion Document 14 **Exhibits** O, P. E.g. "It is found that the above mentioned summon does not cover in the above said categories. Therefore, the same is return herewith". With relation to identified that 17 CFR 2025(b) Signed by Ministry of Law and Justice, Government of India.

The Honorable Judge, Nicholas G. Garaufis
May 18th 2026

Proposed Final Judgement neither ensures fairness / transparency on such matters, nor facilitate how regulations are enforced or shall be enforced in future. Plus, <u>involved</u> Government officials or State actors get a <u>free ride</u>.

In my own experiences [7], Indian state actors are being facilitated by US Private firms or US agencies. Being a witness to wanton delays, denials, retaliation and harassment campaigns by similar state actors, I can very well establish several instances where US state actions and Indian state actors have colluded, that such state actors deliberately want the US Government or US Private companies to pay for their own corrupt or retaliatory actions, and that such state actors continue to believe they shall never be held accountable no matter what. Criminal liabilities on such matters thus cannot be waived.

Importantly, in this matter, in order to conceal their crimes and secure Judicial immunity on their involvement, US deepstate actor and Trump aide Donna (also known as Joanna Rohde) and supporting Indian female state actors have tried to **tie** me with defendant Gautam Adani. Previously, I have identified atleast one such involvement in my prior court filings *(id)*. They intend to use Mr. Adani and his relationship with the current Prime Minister of India to secure defenses on their own illicit behavior.

That said, the laws also allow me to investigate if Mr. Adani himself was targeted and framed on this matter by US deepstate. From selection of Indian State actors to placement of US SEC & DOJ teams, from arrangement of Robert J. Giuffra, Jr. as Gautam Adani's lawyer to an effort to abruptly settle the matter, US deepstate actors appear to have deliberately worked with numerous state and non-state actors to push her malicious agenda. Under such circumstances, the US Government may become liable to pay huge damages.

---

[7] Being an Adani Shareholder, I certainly do not wish to be a part of a scheme or conspiracy where State Actors deliberately misuse Public trust, and likewise, where courts allow such a scheme or conspiracy to continue unhindered.

The Honorable Judge, Nicholas G. Garaufis
May 18th 2026

I'm a Whistle Blower on the matter on involvement of state actors, and a victim of retaliation by same or similar set of state actors [8]. During the pendency of this action, State actors have continued their repetitive targeted retaliatory behavior against me [9].

Being a Whistle Blower, it behooves me to challenge the status quo and raise the following questions before the court through my Motion to intervene:

1.  Would US Businesses which intend to invest in India be forced to pay $250 Million in bribes to state actors in one or more Indian states?

2.  Would collecting bribes become a norm, given the fact that concerned state actors remain unharmed or unchallenged?

3.  For the purpose of enforcing the final Judgement, since the parties have agreed to vest Jurisdiction on this matter or related matters with this particular court, what change would the proposed settlement bring to how similar matters are determined or adjudicated in future?

4.  Would there be any enforcement of penalties, provisions or regulations for illicit / corrupt behavior at International level? Or at National level?

5.  What happens to state actors who carry a strong motivation to work only when they are paid bribes, and/or who carry with them a strong intent to deceive or defraud the system?

6.  Or would the United States become liable and be charged with upto $500 Million in reputation damages, and upto $5 Billion in Business damages each time US deepstate actors collude with Indian state actors to facilitate an action or retaliate against a certain set of actors?

---

[8] Likely due to the Involvement of interlinked parties or financial intermediaries, QIBs, claims on solar investments and sustainability initiatives, etc

[9] State actors have carried their harassment campaign and caused wanton delay on matters including matrimonial delay, construction delay, installing / supporting illegal occupiers of my property, etc

The Honorable Judge, Nicholas G. Garaufis
May 18th 2026

Since I've personally experienced such matters, and such issues are directly influenced by state actors, it is my duty as a Whistle Blower to raise such questions before the court through my Motion to intervene such that the court may give their final Judgement and close this matter.

Given the nature of the allegations, the parties are requested to Preserve Evidence on the matter. Notice to Preserve evidence is identified on [**Exhibit F**].

I thus request the court to grant me leave of court to file my motion to intervene. Please note that if the Parties choose to oppose my Motion to intervene, I may request the court to enter an order directing the parties to share their evidence or research with me via email.

Additionally, I reserve the right to make additional court filings once my prior lawsuits re-open, and in that case, due to the intertwined nature of involved entities, a good faith settlement may not be reached between the parties unless I grant a waiver.

The court may further direct me to file my Motion to intervene through a sealed filing as needed.

Thank you for your time and cooperation on this matter.

Wherefore, I here request the court to enter an order to:
1. Grant me Leave of Court so I could file a Motion to Intervene on the matter
2. Grant me any other and further relief that the court deems just and equitable

**Date: 05/18/2026**

**/s/ ashu shukla**

**Ashu Shukla**
202 Salem Ct, Apt# 11,
Princeton, NJ 08540
ashu.shukla@gmail.com
T # +1-917-488-6143

# EXHIBIT A



**Distant Observer**
@USJudiciary_SOS

#Isreal
#Iran
#Gaza

Proposed Gaza Relief Plan 1-Pager.

Will put in a presentation later.

#Trump #Deepstate begged for it.

Zoom in to view the file.

Price Point has been calculated per inflection point. Plan Price Point cannot be changed and cannot go any lower.



1:37 PM · Jun 23, 2025 · **148** Views

📊 View post engagements

**You can reply**
Verified accounts or accounts mentioned by @USJudiciary_SOS can reply

Proposed Plan for Gaza: (Only current Gaza residents qualify for this plans)


Goal: Move 2 Million People From Gaza to West Bank and provide them with $50,000 or more in renumeration

1. Israel Creates new 6 lane barricaded curved highway with 30 Feet walls from Kareem Shalom Crossing to Neve Zohar (total 130 KM) (Time 1 Month).
2. Israel also builds 30 feet barricaded walls on existing Highway# 90 from Neve Zohar to Ein Gedi Crossing

3. Israel maintains Electronic IDs of Persons, takes finger prints, and provides each with electronic bracelets during their Journey from Gaza to West Bank.

4. Israel Provides a $50,000 value IOU ticket to each person at Kareem Shalom crossing, which can be redeemed for Government ID and $50,000 (or more) anytime
 (total IOUs given = (USD) $100 Billion to 2 Million or more Gaza Residents regardless of age). Amount to remain tax exempt.

(Gaza Residents Have a Choice: Residents are encouraged to sell IOUs to International investors for $50,000 or more in cash. They can choose to remain in West Bank or later come back to Gaza. Several years later, if they choose to come back to Gaza, they will be able to buy an affordable place in Public Housing for $12,000 - $20,000 Per Person (Citizens were paid, so now right to have a registered piece of real estate in Gaza only comes at a Price). In the meanwhile, Residents are encouraged to do entrepreneurial work to raise their skills, living standards, income and saving, or form families and save money, as Luxury Condominiums in new high rise building in Gaza will cost $200,000 or more)

5. Gaza residents move to a "new settlement" in West Bank. From there, they can choose to remain in the settlement until they return to Gaza, or immigrate to another country, or adhere to certain norms if they want to move to other locations within West Bank (for their own safety given their new networth)

Notes:

1. Believe tickets can later be sold in "open market" for $50,000 or more per elevated demand
2. Housing is mandatory if you choose to come back to World Class Neighborhood 'Gaza'. Residents to be alloted Public Housing based on a AI lottery system.

Funding: (Immediate Funding Pool of $100 Billion by 17+ nations; Interest payments by Iran on an interlinked plan will easily cover the cost / investment)

1. Approximately $100 Billion+ funding pool to be created. Think of Gaza land as an asset just like a company (stock). Idea is to have {Arab States, Israel, etc} compete in a Dutch auction to create a $100 B or more Pool for Gaza. (see Google IPO which was created through Dutch auction (Underwriter was a US Investment Bank)).

2. Market Pricing to dictate Future Ownership. Tickets must be sold / redeemed at a market driven price, as Housing is mandatory if you choose to come back and live in 'Gaza'. You cannot both hold a ticket forever, and get a place in public housing.

3. Gaza Residents, just like Firm Promotors, can decide when they want to sell their ticket and at what price. Based on demand, Prices must go higher until there is a common ground. That is what a market is. Underwriter Guarantees Minimum Price of $50,000 for life to each Gaza Citizen, while the world can bid price up to say $100,000 or more. Post IPO, the theme for worldwide investors will be, If you want to live in the best neighborhood in this world, your time is now!!

This Solves the Gaza Issue!


#####

# EXHIBIT B

# The GREAT* Trust

## From a Demolished Iranian Proxy to a Prosperous Abrahamic Ally

\* Gaza Reconstitution, Economic Acceleration and Transformation



# Innovative Funding Model: Land Trust and Tokenization

- **Goal:** Create a self-financing and sustaining development fund to reconstruct Gaza and finance humanitarian efforts and development

- **Mechanism**: Gaza Land Trust

- **Initial Capital and Assets**: 30+% of Gazan land that is public (will be leased to the Trust for 25-99 years) and any investments

- **Upside**: >$300B asset value with self-generating revenue streams.

- **Profit Sharing: Returns above a certain IRR could be reinvested in** a new dedicated Palestinian Wealth Fund for the benefit of future Gazans.

- **Technology Opportunity:** Develop a blockchain registry for land and tokenization to enhance liquidity.

### How GREAT Trust will leverage RE capital asset value chain

| Deal structuring | Token origination | Investor mgmt. & primary distribution | Portfolio/ asset management | Secondary trading |
|---|---|---|---|---|
| *Define main objectives and rationale of RE security* | *Convert RE asset into digital asset and split into tokens* | *[Potentially]: Issue tokens to investors as fractional owners* | *Manage and track RE asset performance & development* | *[After Reconstruction]: Facilitate trading of tokens in secondary market* |
| • Estimate valuation of underlying assets<br>• **Stand up the GREAT Trust**<br>• Structure tokenized security<br>• Define digital asset implications, terms and conditions | • Digitize asset information in blockchain as record of ownership (e.g. digital land title registration)<br>• Create and register tokens for fractional ownership<br>• **Place public lands (~30% of Gaza in the trust)**<br>• **Offer Gazans to place their privately owned land in the Trust in exchange for token that gives right for permanent housing unit** | • Market asset to potential investors<br>• Sell and distribute tokens via own or public trading platform<br>• Record fractional ownership of each investor in digital blockchain registry<br>• Leverage assets to borrow for reconstruction and humanitarian efforts | • Automate certain asset mgmt. activities (e.g. dividend distribution)<br>• Land parcels aggregated and prepared for redevelopment<br>• **Enable Gazans to redeem their tokens for ownership of rebuilt residences** | • Enable secondary trading of tokens, e.g. via operation of trading platform<br>• Record all token transactions in blockchain register |

*Blue Text = Potential Options for expanding tokenization of Gazan RE assets*

# Gaza 2035 ~$320B 'Asset Value' by Year 10 will create significant value for all involved stakeholders

## The GREAT Trust

- $100B-$130B in Value for the Trust's 30-40% ownership of Gaza's lands
- >$4.5B in annual revenues

## Gazans remaining/returning

- ~380k families (2.1M people by year 10)
- Ownership of ~1800 sq ft residence
- Residences valued at ~$200k each (~1/10 price of Tel Aviv)
- Cumulative value of >$75B

## Gazans permanently relocating

- ~90k families (500k people by Year 10)
- Each family will receive ~$55K relocation package plus subsidized rent for 4 years

## Advanced manufacturing

- Similar capacity to TSMC Arizona or Nevada Tesla Gigafactory
- Construction costs of $6-12B
- Annual revenues of up to $10B

## Broadband

- Provide full broadband needs to all of Gaza and leading standards (400 MBPS and 5G NSA)
- ~$1.4B constructions costs
- $100M annual ROIC by Year 10

## Rail

- ~$3B mix of high-speed rail and freight corridor capacity
- Gaza to serve as major hub for IMEC
- Typical 10-year payback period for rail projects
- Expect ~$500M annual revenue after completion

## Tourism industry

- ~$3B / year tourism industry (~30% larger than Oman), at 40% maturity by year 10
- $2.7B value of construction by year 10
- $1.2B annual revenues by year 10
- 30-40 luxury hotels completed

## Hospital System

- Repair of all current facilities (36 hospitals, including 1 specialty cancer treatment center, ~3500 total hospital beds)
- Creation of ~13K new hospital beds (5 new major hospitals) and 2 advanced specialty centers
- ~$2.1B total construction costs
- Year 10 annual revenue of $6B, Gross Margin of ~$3B

## Deep Port

- Similar ports to Chancay Peru and Machilipatnam Port, India
- $1.3-1.9B upfront investment
- ~$700-850M annual revenue upon completion

## Data center

- Completed 50-100MW Hyperscale data center
- ~$500M – 1.5B upfront investment
- $300M-700M annual revenue

# Gaza 2035 ~$320B 'Asset Value' by Year 10 will create significant value for all involved stakeholders

## The GREAT Trust
- $100B-$130B in Value for the Trust's 30-40% ownership of Gaza
- >$4.5B in annual revenues

## Gazans remaining/returning
- ~380k families (2.1M people by year 10)
- Ownership of ~1800 sq ft residence
- Residences valued at ~$200k each (~1/10 price of Tel Aviv)
- Cumulative value of >$75B

## Gazans permanently relocating
- ~90k families (500k people by Year 10)
- Each family will receive ~$55K relocation package plus subsidized rent for 4 years

## Advanced manufacturing
- Similar capacity to TSMC Arizona or Nevada Tesla Gigafactory
- Construction costs of $6-12B
- Annual revenues of up to $10B

## Broadband
- Provide full broadband needs to all of Gaza and leading standards (400 MBPS and 5G NSA)
- ~$1.4B constructions costs
- $100M annual ROIC by Year 10

## Rail
- ~$3B mix of high-speed rail and freight corridor capacity
- Gaza to serve as major hub for IMEC
- Typical 10-year payback period for rail projects
- Expect ~$500M annual revenue after completion

## Tourism industry
- ~$3B / year tourism industry (~30% larger than Oman), at 40% maturity by year 10
- $2.7B value of construction by year 10
- $1.2B annual revenues by year 10
- 30-40 luxury hotels completed

## Hospital System
- Repair of all current facilities (36 hospitals, including 1 specialty cancer treatment center, ~3500 total hospital beds)
- Creation of ~13K new hospital beds (5 new major hospitals) and 2 advanced specialty centers
- ~$2.1B total construction costs
- Year 10 annual revenue of $6B, Gross Margin of ~$3B

## Deep Port
- Similar ports to Chancay Peru and Machilipatnam Port, India
- $1.3-1.9B upfront investment
- ~$700-850M annual revenue upon completion

## Data center
- Completed 50-100MW Hyperscale data center
- ~$500M – 1.5B upfront investment
- $300M-700M annual revenue

# EXHIBIT C



**Distant Observer** 🔒
@USJudiciary_SOS

Shukla says:

Since the market structure and market dynamics have changed in the last two months, esp. in the United States & elsewhere, the minimum mandated price for Gaza land ownership on the proposed plan must be revised from $50,000 to $80,000.

12:59 PM · Aug 6, 2025 · **17** Views

💬 1        ⟲        ♡        🔖        ⬆



EXHIBIT D

← **Post**

📌 Pinned

**Distant Observer**    ∅  ⋯
@USJudiciary_SOS

Proposed (Confidential):

Crimea goes to Russia.

France & Germany to conduct election in Donbass with voters registered as of 2018. 80% Consent required to Permanently Join Russia.

US to lift all sanctions from Russia and Ukraine.

Further territory exchange possible.

10:13 AM · Aug 12, 2025 · **97** Views

📊 View post engagements

💬 3    🔁    ♡    🔖 1    ⤴

✅ **You can reply**
Verified accounts or accounts mentioned by @USJudiciary_SOS can reply

**Distant Obs...** @USJudicia... · Aug 12, 2025  ∅  ⋯
$300 B US deal for Russia, incl. $150 B for Plant & Equipment, $150 B for Purchase of Raw material from Ukraine

$100 B US deal for Ukraine, incl. $50 B for Plant & Equipment, $50 B for Purchase of Raw material from Russia

Money cannot be invested in Oil & Nat. Gas, Defense Sect

💬    🔁    ♡    📊 21    🔖  ⤴

**Distant Obs...** @USJudicia... · Aug 12, 2025  ∅  ⋯
Payback to US (5 years):
30% Through Investment Returns
70% Through Trade

Demand based Stimulus for Russia:

Russian demand curve shifts to the right. Russia and Russian firms get an opportunity to increase production & increase revenue by serving the larger world market.

💬    🔁    ♡    📊 22    🔖  ⤴

**Distant Obs...** @USJudicia... · Aug 12, 2025  ∅  ⋯
Supply based Stimulus for Ukraine:

Ukraine supply curve shifts to the right. Ukraine gets an opportunity to increase quantity shipped & further develop a robust supply chain to produce incremental YoY Revenue. $150 B of this goes to Russia as raw material, with more to follow.

💬    🔁    ♡    📊 20    🔖  ⤴



# EXHIBIT E

## Distant Observer 🔒
@USJudiciary_SOS

Initial Proposed Plan:

#Iran



8:06 AM · Mar 3, 2026 · **40** Views

○ 7        �17        ♡        🔖        ↑

Relevant ⌄                    View activity ›

**Distant Observer** 🔒
@USJudiciary_SOS

Draft Process Outline

#Iran



**Iran: 5-Step Process Outline**

WIP Draft

Done Confidentially

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Write-off Non-Productive Economy | Re-Capitalize Government | Re-Rate Assets | Re-Capitalize Businesses through Global IPO | Believe in the Outcome |

| | | | | |
|---|---|---|---|---|
| • Target Write-off amount = $120 Billion, including $60 B written off books, remaining $60 B transferred to National Restructuring tribunal for 5, 10 Years<br><br>• Diagnose Assets & Liabilities by Sector, Maturity, Collateral<br><br>• E.g. for banking sector, diagnose:<br> • Securities Portfolio,<br> • Deposit Structure<br> • Non-Performing Loan Portfolio, Capital Ratio, etc<br> • Sensitivity analysis for varied interest rate regime<br><br>• Reduce current Govt. Spending by upto 32% | • Secure $300 Billion in loan @ 2% interest rate<br><br>• Target 6-7% interest rate regime for the New Iran economy<br><br>• Stabilize Currency<br><br>• Identify Governance, Policies, Practices for New Iran Economy<br><br>• Roll-over debt into longer term instruments at new interest rate regime<br><br>• Remove 4 Zeros from current currency; establish the New Iranian Rial<br><br>• Establish Dual Legal & Regulatory Framework for both Conventional Finance and Islamic Finance | • Re-rate assets based on the end of US led Sanctions<br><br>• Re-rate assets based on Economic Sustainability and Long-term Vision<br><br>• Re-rate assets based on new Interest Rate regime<br><br>• Promote Foreign inflows & Investment Opportunities in non-target sectors or industries Prior to IPO<br><br>• Establish internal quasi-capital controls or Gates to preserve capital prior to IPO<br><br>• Establish Governance Overlays, Product Engineering Standards for Islamic-Sharia Finance along side Conventional Finance | • Facilitate one-of-a-kind 'Sovereign-Global' IPO<br><br>• Target IPO: Banks & 20+ Firms (incl. State owned assets)<br><br>• Unleash Earning Potential through focus on right underlying assets, liquidity structures, target markets<br><br>• Attract both Islamic Sharia-sensitive and Conventional Capital<br><br>• Establish World Class Corporate Leadership<br><br>• Adopt Best Practices in Corporate Governance | • Promote Prosperity through Business<br><br>• Promote Welfare through Employment and Innovation<br><br>• Secure Iranian Interests and Values<br><br>• Leverage 'dual' legal, regulatory & governance standards for Conventional finance along side Islamic finance to 'Scale the Economy'<br><br>• Promote domestic infrastructure investments until your economy secures 10X Earning Power<br><br>• More … |

Generated by AI

8:10 PM · Mar 6, 2026 · **12** Views

   ❤️ 1



EXHIBIT F

**Ashu Shukla**
*Princeton, New Jersey*
ashu.shukla@gmail.com
T # +1-917-488-6143

**Date: 05/18/2026**

<u>**VIA ECF**</u>

**Copy**:
All Counsel of Record (via ECF)
Christopher M. Colorado
Robert J. Giuffra, Jr.

**Case**: **SEC v. Adani**, et al, 24-cv-08080-NGG-JMC (EDNY)

<u>**NOTICE TO PRESERVE EVIDENCE**</u>

Dear Counsel,

I hereby request you to preserve all documents pertaining to the matter 1:24-cv-08080-NGG-JMC.

Respectfully Signed and Sumbitted,
Date: 05/18/2026

<u>**/s/ ashu shukla**</u>

**Ashu Shukla**
202 Salem Ct, Apt# 11,
Princeton, NJ 08540
ashu.shukla@gmail.com
T # +1-917-488-6143

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on May 18th 2026, a true and correct copy of the foregoing "**Notice to Preserve Evidence**" was served to the following Parties via to electronic filing for case# 1:24-cv-08080-NGG_JRC *SEC vs. Adani* via ECF, upon:

**Christopher M. Colorado,**
US Securities and Exchange Commission,
100 Pearl Street, St. 20-100
New York, NY 10004-2616
(Counsel for the Plaintiff US SEC)

**Robert J. Giuffra, Jr.**
Sullivan & Cromwell LLP,
125 Broad Street,
New York, NY 10004
Phone: 212-558-4000
(Counsel for the defendant Gautam Adani)

Declared / affirmed by me this
**May 18th 2026**

*_s_ashu shukla*
**Ashu Shukla**
*Plaintiff*
202 Salem CT, Apt#11
Princeton, NJ 08540
ashu.shukla@gmail.com
T # 917-488-6143

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on May 18th 2026, a true and correct copy of the foregoing "**Motion Requesting Leave of Court to file Motion to Intervene**" was served to the following Parties via to electronic filing for case# 1:24-cv-08080-NGG_JRC *SEC vs. Adani* via ECF, upon:


**Christopher M. Colorado,**
US Securities and Exchange Commission,
100 Pearl Street, St. 20-100
New York, NY 10004-2616
(Counsel for the Plaintiff US SEC)


**Robert J. Giuffra, Jr.**
Sullivan & Cromwell LLP,
125 Broad Street,
New York, NY 10004
Phone: 212-558-4000
(Counsel for the defendant Gautam Adani)


Declared / affirmed by me this
**May 18th 2026**


*_s_ashu shukla*
**Ashu Shukla**
*Plaintiff*
202 Salem CT, Apt#11
Princeton, NJ 08540
ashu.shukla@gmail.com
T # 917-488-6143