# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

## Pro Se Registration and Consent for Electronic Service of Orders and Notices
## Issued by the Court in Civil Cases

*** Filed ***
10:54 AM, 18 May, 2026
U.S.D.C., Eastern District of New York

Please register me to receive service of documents and notices of electronic filings to my e-mail address via the Court's electronic filing system (ECF).  By registering for electronic service, I affirm that:

• I understand that I **waive** my right to receive service of court issued documents by first class mail and that I will no longer receive paper copies of court issued documents such as notices, decisions, opinions, memoranda & orders, orders, judgments and appeal instructions.

Initial here_____AS_____

• I understand that I will be sent notices of electronic filing via e-mail and upon receipt of a notice, I will be permitted one "free look" at the document by clicking on the hyperlinked document number, at which time I should print or save the document to avoid future charges. **The one 'free look' will expire in 15 days from the date the notice was sent.**  After the "free look" is used or expired, the document can be accessed by me through PACER (Public Access to Court Electronic Records) and I may be charged to view the document.

Initial here_____AS_____

• I understand that it is strongly recommended that I establish a PACER account by visiting the PACER website at www.pacer.gov, which account will allow me to view, print, and download documents at any time for a nominal fee.

Initial here_____AS_____

• The email address I provided below is valid and I understand I am responsible for checking it on a regular basis. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address.

Initial here_____AS_____

• I understand that electronic service does **not** allow me to file documents electronically and does **not** mean that I can serve documents by e-mail to the opposing party. I must continue to file all communications regarding my case in paper copy with the Court and serve the opposing party.

Initial here_____AS_____

• I understand that I must file a consent in each case in which I wish to receive electronic service and that electronic service is not available in Social Security or Immigration cases or for incarcerated litigants.

Initial here_____AS_____

Date: _____05-18-2026_____ Signature: _____ashushukla_____

Case No: _____24-cv-08080-NGG_____ Print Full Name:_____ASHU SHUKLA_____

Telephone No.:_____9174886143_____ Email Address: _____ashu.shukla@gmail.com_____

Home Address: _____202 Salem CT, APT# 11, PRINCETON, NJ 08540_____

Return form to:             U.S.D.C., E.D.N.Y. - Pro Se Dept.
                225 Cadman Plaza East    or      100 Federal Plaza
                Brooklyn, NY 11201              Central Islip, NY 11722              8/2013