*** Filed ***
11:58 PM, 15 Sep, 2026
U.S.D.C., Eastern District of New York

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

**Index No.:**
**24-CV-08080-NGG**

-against-

**NOTICE TO APPEAL**

GAUTAM ADANI et al,

Defendant.

----------------------------------------------------X

# NOTICE TO APPEAL

PLEASE TAKE NOTICE AND/OR BE ADVISED that on July 15th 2026, court incorrectly dismissed movant's Motion seeking Leave to File Motion to Intervene on Case# 24-cv-08080-NGG. On September 15th 2026, the movant, Ashu Shukla, moves to file his Appeal on the matter at the US Court of Appeals for the Second Circuit [1].

Specifically, the Judge abused her discretion in adjudicating movant's Motion for leave to file document (***doc# 35***) and subsequent Notice (***doc# 38***), and subsequently denied plaintiff's Motion on July 15th 2026 (***doc# 41***) with improper reasoning or rationale.

On August 10th 2026, the district court <u>incorrectly</u> dismissed counts against Gautam Adani on case# 24-cr-00433, and subsequently dismissed the related matter 24-cv-08080. However, the

[1] Note: The decision was entered on July 15th 2026. The 60-day period ended on September 13th 2026, however, the date was a Sunday. September 14th 2026, Monday, was a religious Holiday in India (Ganesh Chaturthi). Hence, this petition is being timely filed on September 15th 2026

Judge also asked the DOJ official, Mr. Trent McCotter, Principal Associate Deputy Attorney General, to identify why other claims must not be dismissed.

1. First, this court has failed to serve me court filings on this matter, and has also failed to serve me my own court filings - thus violating due process norms under Federal Laws, Federal Rules of Civil Procedure (FRCP), and my own First amendment rights.
2. Second, the court first abused its discretion by treating my Motion for Leave to File as a Motion to Intervene.
3. Third, the court must also serve me court documents as required by law [2].

The district court clerk of the court claims to have filed some documents on my behalf, but has not yet served me any such documents or filings. Please note that service of court documents is required under the Federal Rules of Civil Procedure (FRCP). Non-service violates due process norms under Federal Laws and my own First amendment rights.

**First**, the indictment was brought before this court by US DOJ officials near the end of Biden administration. Court procedures were followed. This US Federal Court never challenged the credibility of the indictment. Investigations were carried out by agencies, but the facts and underlying details of such investigations were never presented to the district court.

Then, the defendant publicly announced his pledge to invest $10 Billion in the United States. No one ever noted or challenged the fact that the defendant does not have $10 Billion, and would have to raise the money by either selling his assets or taking a loan (at a significant interest rate).

Then, US Company Google agreed to invest $15 Billion for AI / data centers in the State of Andra Pradesh in India. Importantly, without the support of this Andra Government, Indian Central Government led by Narendra Modi would not be in majority. Since the 2024 elections, the Indian

[2] My Pacer account has been disabled since 2023, and I'm unable to access court filings through Pacer. Prior court notification emails with a single click pacer functionality could not be opened due to Pacer error. Then I had to go to Pacer and manually download the filings, which incurred a $250 Bill. Pacer team said I must get a Judge's order to get the fees reversed.

central Government led by the BJP has made large disproportionate investments in the State of Andra Pradesh. Such investments were not seen or made previously.

It is also known that the defendant Gautam Adani maintains close ties with the Indian Government led by the BPJ.

On this matter, the federal prosecutors alleged that portion of the bribes paid by Adani were directed to officials in the State of Andra Pradesh to persuade the state electricity distribution companies to purchase 7,000 MW of solar power from the Solar Energy Corporation of India (SECI), and that bribes were paid to incentivize state officials to sign Power Purchase Agreements (PPAs) despite the higher prices charged by Adani.

Google agreed to Partner with Adani on their $15 Billion investment pledge. Adani is set to co-develop and build the facility, physically construct and operate the data centers, and supply energy to the data centers. Project aims for capacity of between 1 GW and 2.5 GW, and Adani is also set to provide electricity through synergy with Adani Group's Green Energy arm. Adani is set profit from the venture.

On or around the time of Adani's OFAC agreement, the State of Andra Pradesh provided Google Deemed Distribution License (DDL), which allows Google to by-pass state tariffs (as in power procured from state run distribution companies), and also allows Google to procure electricity directly from generators like (Adani Energy). Such massive concessional treatment or "indirect subsidy" provided by the State of Andra Pradesh would enable Google not to pay the cross-subsidy surcharge paid by other industries and competitors, and enable State Discoms to lose a high-value client that would have helped pay for expenses related to subsidized state public power programs.

Initially Andra state Government <u>suffered losses</u> and <u>continues to suffer losses</u> by procuring electricity at higher prices from Adani, but now the state Government is set to <u>suffer losses</u> because it has allowed Google to bypass the state tariffs. In order to help the BJP and Adani, the new Government (a supporter of BJP) has <u>neither challenged</u> the status quo, <u>nor made any efforts</u> to

ensure Google as a business helps lower the state electricity rates or burden. Importantly, the new state government has not canceled or discontinued to Adani Power Purchase Agreements (PPAs).

Then, the defendant agreed to pay $275 Million as settlement to US Treasury OFAC. Importantly, Money was not paid out by the defendant personally, but paid out by his conglomerate. Due to the payout, his company announced a $275 Million loss (write-off) on the recent quarter.

If the court chooses to dismiss the counts, the **BJP** – **Adani** – **Andra nexus** and Google's $15 Billion investment pledge and partnership would be overlooked by the Judiciary. These are all profitable partnerships, where one party is set to benefit from the other. On the basis of these ventures, as well as actions and/or wanton lack of intervention by the new Pro-BJP State Government of Andra Pradesh, one can infer an implicit arrangement of things of value promised, offered, sought, received, agreed to, or accepted by Adani.

Let us qualitatively try to estimate the benefit of such arrangement. US Hedge Fund, Bridgewater Associates, which manages more than $125 Billion US Dollars of assets under management (AUM), presented a Paper titled "The Macro Implications of the AI Capex Boom" dated January 7th 2026. The Paper is available through a simple web search [3]. On the Paper co-authored by the Greg Hensen, the CO-Chief Investment officer and Board of Director of Bridgewater Associates, the observations identified on Fig. 1 depict how the AI data center capex is structured for the US economy.

Interestingly, India does not manufacture a majority of the equipment identified on the figure, and it can be inferred that only Adani as a Partner and Adani affiliates within the (BJP led) Government are set to benefit from the $15 Billion investment venture. Yes, some jobs in the state of Andra Pradesh to operate the data center will be created, but the project is altogether set to disproportionately benefit Google and Adani.

[3] Technology industry analysis by Bridgewater associates is considered as influential. Their client base consists of sovereign wealth funds, central banks, endowments and pension funds, which serve as a validation for their analytical rigor.

The diagram below highlights the essence of the approach. We get to a large contribution to US growth, shown in the charts in the introduction, because of the massive scale of data center capacity build-out that companies are committing to.




**Fig. (1)**

Translating the numbers: for every $1 in Capex spending, approx. 56% of the investment goes to Chips, 8.33% goes to Networking equipment, 3.8% goes to servers and rack, 13% goes to Power, 5% goes to Cooling Equipment, and 14.75% goes to Construction.

Interestingly, India does not make or provide (a) Chips, (b) Networking Equipment, (c) Server or racks, and also likely will not provide (d) Cooling equipment for the Google Project. Which means, out of the $15 Billion in investment pledge by Google, approx. **72.25%** of the money will be spent by **importing equipment** likely from the United States (worth $10.8 Billion), while **Adani** will secure the remaining **27.75%** of the projects related to Construction and Power (worth **$4.16 Billion**).

**<u>Second</u>**, the court gave the DOJ official, Mr. Trent McCotter, Principal Associate Deputy Attorney General, <u>three opportunities</u> to explain why the indictment should be dismissed. Mr. McCotter responded on three occasions – July 4th 2026, August 11th 2026 and August 14th 2026. However, on these occasions Mr. McCotter <u>side stepped</u> or <u>failed to answer</u> the factual and legal questions demanded by this Court.

**Third**, the DOJ official, Mr. Trent McCotter, Principal Associate Deputy Attorney General, first (on July 4th 2026) challenged the credibility of the original indictment and the Political motivation of the DOJ officials. However, he did not provide a scintilla of evidence to suggest how the original indictment was a "name and shame" exercise, or how the timing of unsealing of the indictment or the charging decisions were politically motivated. His assertions are inconsistent with the filing requirements before federal counts. Mr. McCotter has failed to identify how or why he is right, and why the officials across four different government offices who bought the original indictment were wrong.

Then again on August 10th 2026, the court asked Mr. McCotter to provide detailed explanation on why the remaining counts must be dismissed. Instead, he substituted Policy for factual or legal explanation. He asserted the "Blanche memorandum" as an internal executive branch policy immune to Jurisdictional review, and provided no answers on specific defendants. He deliberately failed to identify that at the time of the original indictment, Blanche Memorandum did not exist, and that he cannot request the court to dismiss charges based on a Policy which did not earlier exist.

In addition, Mr. McCotter has provided no answers on individual, defendant by defendant Justifications as required by the court. With such direction, Mr. McCotter intends to side-step the interplay between different defendants, and how or why **Counts Two, Three and Four** are inter-related with **Counts One and Five** on the original indictment. Since the court cannot determine or examine the distinction (as DOJ official has failed to provide factual and legal justifications), the court may choose to reopen Counts Two, Three and Four (on criminal indictment case# 24-cr-00433).

Under the US Constitution, the US Department of Justice is required to clearly identify what specific pieces of evidence structurally broke the prosecution's ability to prove bribery beyond a reasonable doubt. Simply trying to redefine the indictment to suggest payments were not "bribes" but were "customer rebates" does not suffice. Mr. McCotter has failed to identify who benefited

or profited from these "customer rebates", under what legal frame work and how. There is no Indian law which allows Government officials to profit from "customer rebates".

Altogether, Mr. McCotter has failed to comply with the court's procedural requirements.

**Fourth**, DOJ official, Mr. Trent McCotter, has failed to clearly establish his own credibility as to why his own remarks and his own decisions in 2026 are credible, Or why his own remarks and his own decisions in 2026 are more credible than the decisions made by his predecessors or US EDNY DOJ officials in 2024.

Many other indictments and cases were filed by the same DOJ officials in similar time frame. DOJ official, Mr. Trent McCotter, Principal Associate Deputy Attorney General has failed to identify why other indictments filed during similar period by similar set of DOJ officials are or are not credible. Similarly, many FCPA claims have been filed before this court in similar time frame. Mr. McCotter has failed to clarify with sufficient specificity how this case is different, why United States has limited Jurisdiction on the matter, or how or why a case allegedly "about Indian bribing other Indians" with money secured from the United States should not be prosecuted by the United States, and why other cases by similar set of officials were credible while this was not.

**Fifth**, since this Court has could not properly evaluate the credibility of remarks and decisions by DOJ official, Mr. McCotter through his letter dated July 4th 2026, and subsequently Mr. McCotter again deliberately choose to misled the court on August 11th 2026, the dismissal of the charges against the defendants stand without proper due process or consideration given the intertwined nature of the action and the interplay between the defendants. Since the court's decision making has been disproportionately dependent on the recommendations of one current DOJ official who has failed to comply with court requirements, and not by matters of fact or law, it can be Constitutionally argued that proper decision making can only be made with the right set of evidence and facts, and not by assertions made by this individual at the Executive Branch.

**Sixth**, it is very important to understand the origins of Blanche Memorandum. Specifically, who is the Primary beneficiary of Blanche Memorandum, and how are such individuals or entities

benefitting from the Blanche Memorandum. Was Mr. Blanche nominated so that he could enforce the Memorandum as US Attorney General to provide Judicial immunity to US President Trump and/or his aides.

Blanche Memorandum creates a filter, which blocks the DOJ officials from pursuing criminal charges on FCPA counts unless they serve national security interests. Specifically, Blanche Memorandum codifies the usage of National Security clause by instructing prosecutors to filter Foreign Corrupt Practices Act (FCPA) cases through the lens of "US strategic interests" and "economic competitiveness".

Both the district court and the DOJ official, Mr. McCotter, have failed to question the veracity and validity of the Blanche memorandum, and why the US Judiciary must adopt and accept the Blanche memorandum as a whole. The Court has a duty to question and investigate who benefits from the Blanche Memorandum, how and why [4].

**Seventh**, one primary beneficiary of the Blanche Memorandum is the US deepstate actor and Trump aide Joanna Rohde. These issues were set to be identified on my Motion to intervene, but the court did not allow me to file a Motion to intervene. Through the Blanche memorandum, US deepstate actor Joanna Rohde and her supporting colleagues in UK and India intend to secure Judicial immunity from criminal charges or prosecution. Their intent is to eliminate the risk of their own criminal prosecution, and instead influence or force a civil FCPA settlement on such matters without DOJ involvement (covering both criminal and civil contexts).

For instance, in the mid-late 1990's, I planted 1000 Teak Trees on my land in India. In 2011/12, these trees were destroyed by an illegal occupier supported by this US deepstate actors and her Indian colleagues. My Farm property was destroyed. The value of this claim alone when trebled is $45 Million [5]. The illegal occupier has violently misbehaved and continued to occupy the land

[4] Here, the court may very well deny the original rule 48(a) Motion for non-compliance citing interplay between defendants and intertwined nature of the action, and the lack of compliance by the US Department of Justice (DOJ).

[5] Teak Trees must be procured by the Indian Government. Currently value of each mature teak tree is around Rs. 8,25,000 (INR). Future value of when the trees were to mature is around Rs. 15,00,000 (INR). Value of claims when

under the guidance, directions and blessings of US deepstate and Indian female state actors. There is no change in the property since the illegal occupation in the last few years, and illegal occupier continues to profit from it [6].

Similarly, in year 2017, in order to secure Judicial immunity on her crimes, Joanna Rohde coordinated with a near 1-month Pregnant female supervisor [7] to enact as if she were 7-Month pregnant, and leveraged pregnancy to secure benefits for herself, for the private firm, and for the CEO. In 2020, she repeatedly flashed images to make her involvement relevant, and boasted about her actions [8].

---

trebled under US law amount to more than USD $45 Million. Interestingly, Google and Google maps remain custodian of records or images on such matter.

[6] Indian intelligence (RAW), which directly supports and works under the directions of the Indian Prime Minister Modi, is directly involved and aware of this. US deepstate actor and US President Trump aide, who identifies herself as Joanna Rohde (and uses other names and alias), is directly involved, and has coordinated and colluded.

[7] In September / October 2017, retaliatory and discriminatory actions were timely identified (violations under 42 USC 1981, Title VII, NYCHRL & NYSHRL). I remained unaware of her pregnancy. The female did not appear pregnant on daily working or interactions.

However, on the last day of my project in early November 2017, Joanna then coordinated with the same supervisor again to enact as if she was 7-month pregnant (large belly). What a great change in one day! Since the female did not appear pregnant on daily working or interactions until this identified particular instance on the very last day, her intentions and involvement must be investigated to ascertain whether the pregnancy is real or fake, and how she profited from it.

[8] Since this coordination was done on the last day of my project, and since there was no indication of any such pregnancy on a daily working, I ignored the issue and thought it was a Joke as no woman has previously immediately become 7 or more month pregnant.

Moreover, over the years Joanna has boasted through high-tech media and electronic communication that she coordinated with the same female supervisor to “enact pregnancy” on not just one but <u>two occasions</u>. The first occasion was the day prior to my last day on the project – an evening social event where I was specially invited (but could not attend). Interestingly, the event itself was a see-off Party thrown for me as I was rolling-off the project. These State trained actors also tried to boast that they wantonly concocted the fraud to secure Judicial immunity for themselves through not one but more than one pregnant woman

US deepstate actor Joanna Rohde has the ability to manipulate digital media including on air digital TV as and when she chooses. Evidence of one such manipulation of stock market quotes and data has been previously identified by me. Manipulation of dialogues or content to harass me has been a norm over multiple years. In year 2020, pictures of similar looking pregnant female were repeatedly flashed to me by Joanna Rohde via online content [**Exhibit C**]

Similarly, Joanna Rohde and her colleagues have maintained an illegal control over my finances, and targeted me with fake news and fake market data to impact my decision making [9].

Similarly, Joanna, her UK colleague and her Indian female state actor colleagues have maintained an illegal control over my election petition to preserve and safeguard their personal interests [10]. It can be argued that their actions disproportionately benefitted the Indian BJP and Adani.

Just like Mr. Blanche has used the National Security Clause to Filter out FCPA and involvement of US Government officials from FCPA charges, one must also investigate why US Deepstate actor Joanna Rohde used a pregnant woman to secure Judicial immunity [11].

One may investigate - what is Joanna's intention, what is she trying to hide, who are the people or political persons she is trying to protect, who has she incentivized, and what is her motivation? More importantly, such investigations must be carried out by US agencies, yet the Blanche memorandum is structured to side-step such involvement. For instance, Joanna and her colleagues

---

Joanna Rohde, her UK colleague and Indian female state actors are in the business of sexual enticement, use of pregnancy, child production / allurement to secure immunity on their crimes or actions.

[9] [**Exhibit C**] also identifies such pictures and manipulated CNBC screenshot which provides clear and convincing evidence on the matter. Indian Stock Market Indexes were mispriced. Evidence shows Bank Nifty Index trading at 38897.90 (up by 1126.20 points), and Nifty 50 trading at 18379.90 (up by 556.15 points). However, on the given day, these two indexes were mispriced by 1126 and 556 points respectively. As a matter of fact, Nifty 50 did not cross 17,950, and likewise Bank Nifty did not cross 37,700 during the entire month of September 2021. Such prices were shown to me to manipulate my decision making and incur financial harm. I'm a victim of such techniques over a long period of time, and the United States owes me more than $3.4 Million in damages marked to market (US S&P500 at 7600).

[10] In 2024, my timely submitted election petition date stamped and time stamped by the Indian Election Commission (ECI) was manipulated by these state actors such that it would not appear to the local ECI officials on their system the day after. They then worked with a female district collector named Ms. R. Choudhary to deny my petition. District Collector Ms. Choudhary was later likely incentivized by these deepstate actors and promoted, and moved to another department in the Central Government. One may infer that be the pregnant supervisor or the manipulative District Collector, one gets incentivized when one coordinates with these deepstate actors.

[11] Never did the court verify that the pregnant woman itself is a caricature of greed and bias by state actors. Through use of technology and maintaining a surveillance over persons, such state trained actors know a lot.

remain and have remained highly motivated to preserve or protect their sexual recruitment and sexual fraud.

**<u>Eighth,</u>** In the US, Joanna has also coordinated with state actors and private entities under color of state law (violation under 42 USC 1983) to further secure Judicial immunity on her crimes (*id*).

One must identify here that if the US deepstate actor's attempts to influence the Judiciary on such matters, to secure Judicial immunity for herself, such attempts must be ignored by the court.

In all, it is the duty of DOJ (currently led by Mr. McCotter and Mr. Blanche) to ensure that US deepstate actor Joanna Rohde, her UK colleague and Indian female state actors are charged. If they choose not to proceed with indictment of US Deepstate actor Joanna Rohde and Indian female state actors given their Political affiliation, they must know that they may be charged for perjury, and/or violations of Federal and constitutional rules as identified.

**<u>Ninth</u>**, Iran did not sell Oil or Natural Gas (LPG) to Adani. Iranian assets are owned by the State, and there are no records for such transactions, and/or records that money was routed to Iran or entities in Iran. US OFAC's $275 Million settlement on the matter is likely improper.

Thank you for your time and consideration on the matter.

Respectfully Submitted,

**Ashu Shukla**
*_s_ashu shukla*
*Plaintiff*
202 Salem CT, Apt#11
Princeton, NJ 08540
ashu.shukla@gmail.com

Date: 09/15/2026

*Enclosed by Reference*: Order# 41 on court docket

[**Exhibit A**] contains Order# 41 as filed by the District Judge

[**Exhibit B**] contains Movant's Motion and Notice (***doc# 35, 38***)

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

-against-

GAUTAM ADANI AND SAGAR ADANI,

Defendants.

**MEMORANDUM & ORDER**
**24-CV-8080 (NGG) (JRC)**

NICHOLAS G. GARAUFIS, United States District Judge.

The court is in receipt of *pro se* movant Ashu Shukla's Motion to Intervene in this case, ("Mot. to Intervene") (Dkt. 35), and Notice of Right to Sue, (Dkt. 39).[1] For the following reasons, Shukla's motion is DENIED.

## I. LEGAL STANDARD

The Federal Rules of Civil Procedure provide for two types of intervention into ongoing lawsuits—(1) intervention as of right, and (2) permissive intervention, so long as the motion to intervene is timely brought. Fed. R. Civ. P. 24(a)-(b). To be granted intervention as of right, a movant must "(1) timely file an application, (2) show an interest in the action, (3) demonstrate that the interest may be impaired by the disposition of the action, and (4) show that the interest is not protected adequately by the parties to the action." *In re New York City Policing During Summer 2020 Demonstrations*, 27 F.4th 792, 799 (2d Cir. 2022).[2] To demonstrate the existence of a cognizable interest, the movant must have a "legal interest as distinguished from interests of a

[1] This Memorandum and Order omits any discussion of the Notice of Right to Sue, which, while considered by the court in arriving at its disposition, does not appear related to the matter.

[2] When quoting cases, unless otherwise noted, all citations and internal quotations mark are omitted and all alterations are adopted.

general and indefinite character." *Floyd v. City of New York*, 302 F.R.D. 69, 99 (S.D.N.Y. 2014), *aff'd in part, appeal dismissed in part*, 770 F.3d. 1051 (2d Cir. 2014).

While courts "generally accept as true an applicant's well-pleaded, non-conclusory allegations on a motion to intervene, this does not permit courts to turn a blind eye where the allegations are contradicted or unsupported by credible proof. . . ." *Floyd*, 302 F.R.D. at 101.

Permissive intervention is at the discretion of the trial court, which must consider whether the movant has met the same four requirements for intervention as of right, and must also consider other relevant factors including whether allowing the intervention would "significantly contribute to full development of the underlying factual issues in the suit and to the just and equitable adjudication of the legal questions presented." *In re Bank of N.Y. Derivative Litig.*, 320 F.3d 291, 300 & n.5 (2d Cir. 2003); *U.S. Postal Serv. v. Brennan*, 579 F.2d 188, 191-92 (2d Cir. 1978).

## II. APPLICATION

While the court must construe Shukla's *pro se* arguments to "raise the strongest arguments they suggest," "dismissal of a *pro se* [motion] is nevertheless appropriate where a plaintiff has clearly failed to meet minimum pleading requirements." *Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474 (2d Cir. 2006); *Rahman v. Schriro*, 22 F. Supp. 3d 305, 310 (S.D.N.Y. 2014). Having considered the motion, the court declines to grant intervention.

### A. Intervention as of Right

Shukla's motion fails to demonstrate a cognizable interest in the action. Shukla claims his involvement is necessary because the SEC settlement "would impact Global investors, Business and Peace initiatives" and harm "public interests." (Mot. to Intervene

at 1-2.) Shukla contends that the lawsuit against Adani is a coordinated effort of certain persons or entities in the United States and Indian government officials to extract bribes from Adani. (Mot. to Intervene at 6.) Shukla alleges the existence of a scheme by "US deepstate actors" to push a "malicious agenda." (Mot. To Intervene 6 ("From selection of Indian state actors to placement of US SEC & DOJ teams, from arrangement of Robert J. Giuffra, Jr. as Gautam Adani's lawyer to an effort to abruptly settle the matter, US deepstate actors appear have deliberately worked with numerous state and non-state actors to push her [sic] malicious agenda.").) None of these appear to credibly implicate his personal, legal interest, but instead a nebulous "public interest" and other persons including Mr. Adani himself. *Floyd*, 302 F.R.D. at 99.

Additionally, Shukla's allegations are not credible because they are conclusory and speculative. *Floyd*, 302 F.R.D. at 101 (quoting *United Parcel Serv. of Am., Inc. v. Net, Inc.*, 225 F.R.D. 416, 422 (E.D.N.Y. 2005)); *Ohio Sec. Ins. Co. v. ADA Island Constr. Corp.*, No. 24-CV-3422 (AMD) (CLP), 2025 WL 2407135, at *6 (E.D.N.Y. Aug. 19, 2025); *Oneida Indian Nation of Wisc. v. New York*, 732 F.2d 261, 265 (2d Cir. 1984). In support of his motion, Shukla attaches six exhibits consisting largely of his own social media posts and, confusingly, a proposed peace plan for the conflict in Gaza. (*See* Exhibits A-F to Mot. to Intervene.) Shukla has not adequately explained which "public interests" may be impaired by the disposition of the action, and why, and provides no credible evidence to show that the SEC settlement is a coordinated effort of certain persons or entities in the United States and Indian government officials. Shukla fails to allege the identity of the Indian state actors, or describe with any specificity the United States's "malicious agenda." He also fails to say why the selection

of members of the "SEC & DOJ teams" and Adani's personal lawyer are influenced by the same agenda.[3] For the foregoing reasons, Shukla has failed to meet his burden to intervene as of right.

### B. Permissive Intervention

As the tests for intervention are largely overlapping, the court in its discretion also denies Shukla's motion. *See In re Bank of N.Y. Derivative Litig.*, 320 F.3d at 300 & n.5. The court does not believe that the proposed intervention will contribute to the development of the underlying factual issues and to the just and equitable adjudication of the legal questions presented. *See Brennan*, 579 F.2d at 191. If anything, it would do the opposite.

## III. CONCLUSION

The court therefore DENIES Shukla's motion and respectfully DIRECTS the Clerk of Court to deny any further filings by him on this docket.

SO ORDERED.

Dated: Brooklyn, New York
July 15, 2026

s/Nicholas G. Garaufis, USDJ
NICHOLAS G. GARAUFIS
United States District Judge

---

[3] Shukla also alleges that "US deepstate actor and Trump aide Donna (also known as Joanna Rohde) and supporting Indian female state actors" have tried to tie Shukla himself with the defendant Gautam Adani to conceal their collusion. (Mot. to Intervene at 6.) However, Shukla has not provided any details regarding Joanna Rhode's identity, how she and Indian government officials tried to tie Shukla to Adani, and why tying Shukla to Gautam Adani could help Joanna Rhode and the unnamed Indian government officials.

# EXHIBIT B

*** Filed ***
10:30 AM, 18 May, 2026
U.S.D.C., Eastern District of New York

**Ashu Shukla**
*Princeton, New Jersey*
ashu.shukla@gmail.com
T # +1-917-488-6143

**Date: 05/18/2026**

**VIA ECF**

**To,**

**Hon. Nicholas Garaufis,**
United States District Court,
Eastern District of New York,
225 Cadman Plaza East,
Brooklyn, New York 11201

**Copy**:
All Counsel of Record (via ECF)
Christopher M. Colorado
Robert J. Giuffra, Jr.

**Case**: **SEC v. Adani**, et al, 24-cv-08080-NGG-JMC (EDNY)

**Re**: **Letter Motion Requesting Leave from Court to file Motion to Intervene within 14-days**

**Respected Judge Garaufis,**

I have recently read the contents of the Proposed Final Judgements between Parties US SEC and Gautam Adani, et al, and I simply do not like what the parties have proposed. It is my position that Public interests were harmed. If this court allows the Parties to enter into an agreement, Public interests will continue to be harmed in myriad ways.

I would hereby like to request Leave of Court such that I may file my Motion to Intervene within 14-days. On my Motion to Intervene, I'm going to first establish how the outcome of this

matter would impact Global investors, Businesses and Peace initiatives, then identity inter-related issues, and finally identify why the court must not enter a favorable decision yet.

Americans with Disability Act (ADA) or Rule 10(b)(5) of the Exchange act provide me Express or Implied Private Right of action on this matter [1] [2].

To begin with, I am witness to wanton delays, denials, retaliation and harassment campaigns by same or similar state actors as identified on the complaint.

Being a relative of Ex-Prime Minister of India, Atal Bihari Vajpayee, and being at the receiving end of retaliatory campaigns by similar state actors for years, I am fully aware how state actors enact a "***custom policy or process***" of their own choosing to derive material benefits for themselves or for interested / vested parties or their privies.

First, let me set the stage by providing the necessary background or context. I own and operate the Twitter account @USJudiciary_SOS (Powered by AI) with a Goal to "Secure and Promote World Peace".

My Twitter account is focused on (a) gathering global intelligence, (b) decoding it, (c) identifying relevant information, (d) tagging intelligence. From time-to-time, I may choose to propose best-in-class solutions to fuel growth and innovation, and such solutions are picked up or considered by world leaders based on their merits.

---

[1] Previously, this court had already stayed all briefings on the matter until May 29th 2026 (ECF# 30). In addition, the court has not yet entered their Final Judgement.

[2] When an entity retaliates against a person with knowledge of wrongdoing while engaging in a deceptive or retaliatory conduct, a reasonable claim exists. Similarly, when a government agency or state actors target a person with an intent to deceive, manipulate or defraud, a person may file a complaint against the Government for retaliation, harassment or discrimination.

My proposals for Gaza Peace Plan, and Russia Ukraine Peace deal have already been acknowledged and/or accepted by various Governments around the world, including the United States. Specifically, the following outcomes may be identified:

- [**Exhibit A**] identifies that on June 23rd 2025, I proposed the Framework for Gaza Peace deal (including tokenization of land, Google like IPO).
    - Proposal led to ceasefire between Isreal, United States, Palestine (Hamas) and Iran in 2025.
    - Framework in part facilitated the final Israel-Gaza Ceasefire and Peace deal
    - Plan initially included tokenization of land where each person in Gaza would get a piece of land-based asset, and such asset would have a minimum price guarantee of $50,000 and can be transacted
    - Four or more countries have already expressed their interest on providing ~$55,000 Price Guarantee (incl. relocation package & subsidized rent) (see widely available Great Trust Plan for Gaza (Slide# 18, 37))
    - US Envoy Witkoff and/or Kushner acknowledged at Board of Peace that the US peace plan was created with the help of Social Media influencers

- [**Exhibit B**] identifies slides from of the Great Trust Plan for Gaza proposed by US:
    - Plan was approved by US President Donald Trump. Trump subsequently constituted a Board of Peace.
    - My Proposal for Land assets tokenization where holders are able to assign and distribute tokens, and owners are able to sell or transact assets via a Public trading Platform, has been accepted as part of Gaza Peace initiative
        - Per my Proposal, access to US Markets and an IPO may provide far higher prices. This particular idea is <u>still in works</u> between Governments.

- [**Exhibit C**] identifies that on August 6th 2025, I proposed that the Minimum Price Guarantee ("MPG") for land ownership on the Gaza Peace Plan should be raised from $50,000 to $80,000 per Person. This <u>idea is still in works</u> between Governments.

- Per my proposed framework, once Iran agrees to the Peace Proposal, the interest payments by Iran to the United States would be diverted towards Gaza to raise the Minimum Price Guarantee from $50,000 to $80,000

- [**Exhibit D**] identifies that on August 12th 2025, I proposed parts of the Framework for Russia Ukraine Peace deal.
  - Until my Proposal was identified, US President Donald Trump continued to threaten Russia with consequences as late as the morning of August 12th 2025 *(id)*
  - Proposal immediately allowed the US and Russia to agree on the Alaska Peace Conference dated August 15th 2025, and set the stage for a Prospective Peace deal
  - Free-Economic Zone in one of the Baltic States to help facilitate cross-country trade was also proposed
  - Note other relevant and pertinent parts of my Russia Ukraine Peace framework remain confidential till date

- [**Exhibit E**] identifies that on March 3rd 2026, I proposed parts of the Framework for a Possible Peace deal with Iran
  - Proposal identifies one-of-a-kind Global IPO for Iran
  - Iran secures funding and market access to US capital markets

The court may note that my Framework or Proposals inherently change the **role** of the United States to being the "Financier and Architect" of Global Growth [3].

Since the Proposed Framework/s or Proposals hinge around access to US capital markets, one is hard-pressed to ensure that the process of both securing and utilizing investor funds must not be

[3] Importantly, this case invokes a market access question, where instruments are priced in USD and money is raised through markets or mechanisms based out of the United States. Such offer or sale of securities are tied to US Securities Act of 1933, or purchase or sale of securities are tied to US Exchange Act of 1934.

tampered by the willful [4] digression of a set of controlling Stakeholders, Government officials or otherwise.

For instance, in this particular matter, the defendants secured funds from the US, utilized funds for their business growth in India, yet the service of process was delayed or denied by a set of Government officials. Whether the "Indian Government itself" wantonly delayed the matter, or whether the "defendants relied on a set of Government officials" to delay the process still remains a question, but the very fact that service of process was delayed [5] or denied [6] by a set of Government officials cannot be overlooked by the court.

Here, the US Government initiated a lawsuit against business stakeholder Gautam Adani, then Indian Government and state actors delayed matters by several months, and then post stipulation on service, US Government tried to abruptly reach a settlement with the business stakeholder. Notably, the Proposed Final Judgement does not cover involvement of state actors.

Here Public interests were harmed. Moreover, if the court chooses to overlook issues regarding the involvement of state actors or the influence by US deepstate, and Government officials in others countries start behaving just like the Indian Government officials, Public interests will continue to be harmed.

The court must not set a wrong precedence which allows state actors enact a "***custom policy or process***" of their own choosing to override US Securities or Federal Laws.

[4] When a stakeholder directly benefits from a business or its subsidiary, and maintains a control or domination over the subsidiary, with knowledge that liability may arise on misappropriation of foreign secured funds, one of two issues may arise:

first the stakeholder may choose to be willfully blind to wrongdoings in order to exempt himself from any potential liability, or second, manipulative state actors may willfully choose the abuse the process or the system to fraudulently make the stakeholder liable using similar pretext.

[5] ECF Motion Document 14 **Exhibits** F, G, J, K, L, M, N

[6] ECF Motion Document 14 **Exhibits** O, P. E.g. "It is found that the above mentioned summon does not cover in the above said categories. Therefore, the same is return herewith". With relation to identified that 17 CFR 2025(b) Signed by Ministry of Law and Justice, Government of India.

Proposed Final Judgement neither ensures fairness / transparency on such matters, nor facilitate how regulations are enforced or shall be enforced in future. Plus, involved Government officials or State actors get a free ride.

In my own experiences [7], Indian state actors are being facilitated by US Private firms or US agencies. Being a witness to wanton delays, denials, retaliation and harassment campaigns by similar state actors, I can very well establish several instances where US state actions and Indian state actors have colluded, that such state actors deliberately want the US Government or US Private companies to pay for their own corrupt or retaliatory actions, and that such state actors continue to believe they shall never be held accountable no matter what. Criminal liabilities on such matters thus cannot be waived.

Importantly, in this matter, in order to conceal their crimes and secure Judicial immunity on their involvement, US deepstate actor and Trump aide Donna (also known as Joanna Rohde) and supporting Indian female state actors have tried to **tie** me with defendant Gautam Adani. Previously, I have identified atleast one such involvement in my prior court filings *(id)*. They intend to use Mr. Adani and his relationship with the current Prime Minister of India to secure defenses on their own illicit behavior.

That said, the laws also allow me to investigate if Mr. Adani himself was targeted and framed on this matter by US deepstate. From selection of Indian State actors to placement of US SEC & DOJ teams, from arrangement of Robert J. Giuffra, Jr. as Gautam Adani's lawyer to an effort to abruptly settle the matter, US deepstate actors appear to have deliberately worked with numerous state and non-state actors to push her malicious agenda. Under such circumstances, the US Government may become liable to pay huge damages.

[7] Being an Adani Shareholder, I certainly do not wish to be a part of a scheme or conspiracy where State Actors deliberately misuse Public trust, and likewise, where courts allow such a scheme or conspiracy to continue unhindered.

The Honorable Judge, Nicholas G. Garaufis
May 18th 2026

I'm a Whistle Blower on the matter on involvement of state actors, and a victim of retaliation by same or similar set of state actors [8]. During the pendency of this action, State actors have continued their repetitive targeted retaliatory behavior against me [9].

Being a Whistle Blower, it behooves me to challenge the status quo and raise the following questions before the court through my Motion to intervene:

1. Would US Businesses which intend to invest in India be forced to pay $250 Million in bribes to state actors in one or more Indian states?

2. Would collecting bribes become a norm, given the fact that concerned state actors remain unharmed or unchallenged?

3. For the purpose of enforcing the final Judgement, since the parties have agreed to vest Jurisdiction on this matter or related matters with this particular court, what change would the proposed settlement bring to how similar matters are determined or adjudicated in future?

4. Would there be any enforcement of penalties, provisions or regulations for illicit / corrupt behavior at International level? Or at National level?

5. What happens to state actors who carry a strong motivation to work only when they are paid bribes, and/or who carry with them a strong intent to deceive or defraud the system?

6. Or would the United States become liable and be charged with upto $500 Million in reputation damages, and upto $5 Billion in Business damages each time US deepstate actors collude with Indian state actors to facilitate an action or retaliate against a certain set of actors?

[8] Likely due to the Involvement of interlinked parties or financial intermediaries, QIBs, claims on solar investments and sustainability initiatives, etc

[9] State actors have carried their harassment campaign and caused wanton delay on matters including matrimonial delay, construction delay, installing / supporting illegal occupiers of my property, etc

Since I've personally experienced such matters, and such issues are directly influenced by state actors, it is my duty as a Whistle Blower to raise such questions before the court through my Motion to intervene such that the court may give their final Judgement and close this matter.

Given the nature of the allegations, the parties are requested to Preserve Evidence on the matter. Notice to Preserve evidence is identified on [**Exhibit F**].

I thus request the court to grant me leave of court to file my motion to intervene. Please note that if the Parties choose to oppose my Motion to intervene, I may request the court to enter an order directing the parties to share their evidence or research with me via email.

Additionally, I reserve the right to make additional court filings once my prior lawsuits re-open, and in that case, due to the intertwined nature of involved entities, a good faith settlement may not be reached between the parties unless I grant a waiver.

The court may further direct me to file my Motion to intervene through a sealed filing as needed.

Thank you for your time and cooperation on this matter.

Wherefore, I here request the court to enter an order to:

1. Grant me Leave of Court so I could file a Motion to Intervene on the matter
2. Grant me any other and further relief that the court deems just and equitable

**Date: 05/18/2026**

**/s/ ashu shukla**

**Ashu Shukla**
202 Salem Ct, Apt# 11,
Princeton, NJ 08540
ashu.shukla@gmail.com
T # +1-917-488-6143

# EXHIBIT A

3:52 81%

x.com/USJudiciary_SOS/

Post

**Distant Observer**
@USJudiciary_SOS

#Isreal
#Iran
#Gaza

Proposed Gaza Relief Plan 1-Pager.

Will put in a presentation later.

#Trump #Deepstate begged for it.

Zoom in to view the file.

Price Point has been calculated per inflection point. Plan Price Point cannot be changed and cannot go any lower.



Proposed Plan for Gaza: (Only current Gaza residents qualify for this plan)

Goal: Move 2 Million People From Gaza to West Bank and provide them with $50,000 or more in renumeration

1. Israel Creates new 6 lane barricaded curved highway with 30 feet walls from Kareem Shalom Crossing to Neve Zohar (total 130 KM) (Time 1 Month).
2. Israel also builds 30 feet barricaded walls on existing Highway# 90 from Neve Zohar to Ein Gedi Crossing

3. Israel maintains Electronic IDs of Persons, takes finger prints, and provides each with electronic bracelets during their Journey from Gaza to West Bank.

4. Israel Provides a $50,000 value IOU ticket to each person at Kareem Shalom crossing, which can be redeemed for Government ID and $50,000 (or more) anytime (total IOUs given = (USD) $100 Billion to 2 Million or more Gaza Residents regardless of age). Amount to remain tax exempt.

(Gaza Residents Have a Choice: Residents are encouraged to sell IOUs to International investors for $50,000 or more in cash. They can choose to remain in West Bank or later come back to Gaza. Several years later, if they choose to come back to Gaza, they will be able to buy an affordable place in Public Housing for $12,000 - $20,000 Per Person (Citizens were paid, so now right to have a registered piece of real estate in Gaza only comes at a Price). In the meanwhile, Residents are encouraged to do entrepreneurial work to raise their skills, living standards, income and saving, or form families and save money, as Luxury Condominiums in new high rise building in Gaza will cost $200,000 or more)

5. Gaza residents move to a "new settlement" in West Bank. From there, they can choose to remain in the settlement until they return to Gaza, or immigrate to another country, or adhere to certain norms if they want to move to other locations within West Bank (for their own safety given their new networth)

Notes:

1. Believe tickets can later be sold in "open market" for $50,000 or more per elevated demand
2. Housing is mandatory if you choose to come back to World Class Neighborhood 'Gaza'. Residents to be alloted Public Housing based on a AI lottery system.

Funding: (Immediate Funding Pool of $100 Billion by 17+ nations; Interest payments by Iran on an interlinked plan will easily cover the cost / investment)

1. Approximately $100 Billion funding pool to be created. Think of Gaza land as an asset just like a company (stock). Idea is to have (Arab States, Israel, etc) compete in a Dutch auction to create a $100 B or more Pool for Gaza. (see Google IPO which was created through Dutch auction (Underwriter was a US Investment Bank)).

2. Market Pricing to dictate Future Ownership. Tickets must be sold / redeemed at a market driven price, as Housing is mandatory if you choose to come back and live in 'Gaza'. You cannot both hold a ticket forever, and get a place in public housing.

3. Gaza Residents, just like Firm Promotors, can decide when they want to sell their ticket and at what price. Based on demand, Prices must go higher until there is a common ground. That is what a market is. Underwriter Guarantees Minimum Price of $50,000 for life to each Gaza Citizen, while the world can bid price up to say $100,000 or more. Post IPO, the theme for worldwide investors will be, If you want to live in the best neighborhood in this world, your time is now!!

This Solves the Gaza Issue!

#####

1:37 PM · Jun 23, 2025 · **148** Views

View post engagements

**You can reply**
Verified accounts or accounts mentioned by @USJudiciary_SOS can reply

Gaza_Plan.txt

File Edit View

Proposed Plan for Gaza: (Only current Gaza residents qualify for this plans)

Goal: Move 2 Million People From Gaza to West Bank and provide them with $50,000 or more in renumeration

1. Israel Creates new 6 lane barricaded curved highway with 30 Feet walls from Kareem Shalom Crossing to Neve Zohar (total 130 KM) (Time 1 Month).
2. Israel also builds 30 feet barricaded walls on existing Highway# 90 from Neve Zohar to Ein Gedi Crossing

3. Israel maintains Electronic IDs of Persons, takes finger prints, and provides each with electronic bracelets during their Journey from Gaza to West Bank.

4. Israel Provides a $50,000 value IOU ticket to each person at Kareem Shalom crossing, which can be redeemed for Government ID and $50,000 (or more) anytime (total IOUs given = (USD) $100 Billion to 2 Million or more Gaza Residents regardless of age). Amount to remain tax exempt.

(Gaza Residents Have a Choice: Residents are encouraged to sell IOUs to International investors for $50,000 or more in cash. They can choose to remain in West Bank or later come back to Gaza. Several years later, if they choose to come back to Gaza, they will be able to buy an affordable place in Public Housing for $12,000 - $20,000 Per Person (Citizens were paid, so now right to have a registered piece of real estate in Gaza only comes at a Price). In the meanwhile, Residents are encouraged to do entrepreneurial work to raise their skills, living standards, income and saving, or form families and save money, as Luxury Condominiums in new high rise building in Gaza will cost $200,000 or more)

5. Gaza residents move to a "new settlement" in West Bank. From there, they can choose to remain in the settlement until they return to Gaza, or immigrate to another country, or adhere to certain norms if they want to move to other locations within West Bank (for their own safety given their new networth)

Notes:

1. Believe tickets can later be sold in "open market" for $50,000 or more per elevated demand
2. Housing is mandatory if you choose to come back to World Class Neighborhood 'Gaza'. Residents to be alloted Public Housing based on a AI lottery system.

Funding: (Immediate Funding Pool of $100 Billion by 17+ nations; Interest payments by Iran on an interlinked plan will easily cover the cost / investment)

1. Approximately $100 Billion+ funding pool to be created. Think of Gaza land as an asset just like a company (stock). Idea is to have {Arab States, Israel, etc} compete in a Dutch auction to create a $100 B or more Pool for Gaza. (see Google IPO which was created through Dutch auction (Underwriter was a US Investment Bank)).

2. Market Pricing to dictate Future Ownership. Tickets must be sold / redeemed at a market driven price, as Housing is mandatory if you choose to come back and live in 'Gaza'. You cannot both hold a ticket forever, and get a place in public housing.

3. Gaza Residents, just like Firm Promotors, can decide when they want to sell their ticket and at what price. Based on demand, Prices must go higher until there is a common ground. That is what a market is. Underwriter Guarantees Minimum Price of $50,000 for life to each Gaza Citizen, while the world can bid price up to say $100,000 or more. Post IPO, the theme for worldwide investors will be, If you want to live in the best neighborhood in this world, your time is now!!

This Solves the Gaza Issue!

#####

Ln 14, Col 347 | 9,901 characters | 100% | Windows (CRLF) | UTF-8

79°F Mostly sunny | Search | 9:06 AM 6/23/2025

# EXHIBIT B

# The GREAT* Trust

## From a Demolished Iranian Proxy to a Prosperous Abrahamic Ally

* Gaza Reconstitution, Economic Acceleration and Transformation

ME-LT-TF



# Innovative Funding Model: Land Trust and Tokenization

- **Goal:** Create a self-financing and sustaining development fund to reconstruct Gaza and finance humanitarian efforts and development
- **Mechanism**: Gaza Land Trust
- **Initial Capital and Assets**: 30+% of Gazan land that is public (will be leased to the Trust for 25-99 years) and any investments
- **Upside**: >$300B asset value with self-generating revenue streams.
- **Profit Sharing: Returns above a certain IRR could be reinvested in** a new dedicated Palestinian Wealth Fund for the benefit of future Gazans.
- **Technology Opportunity:** Develop a blockchain registry for land and tokenization to enhance liquidity.

## How GREAT Trust will leverage RE capital asset value chain

### Deal structuring

*Define main objectives and rationale of RE security*

- Estimate valuation of underlying assets
- **Stand up the GREAT Trust**
- Structure tokenized security
- Define digital asset implications, terms and conditions

### Token origination

*Convert RE asset into digital asset and split into tokens*

- Digitize asset information in blockchain as record of ownership (e.g. digital land title registration)
- Create and register tokens for fractional ownership
- **Place public lands (~30% of Gaza in the trust)**
- **Offer Gazans to place their privately owned land in the Trust in exchange for token that gives right for permanent housing unit**

### Investor mgmt. & primary distribution

*[Potentially]: Issue tokens to investors as fractional owners*

- Market asset to potential investors
- Sell and distribute tokens via own or public trading platform
- Record fractional ownership of each investor in digital blockchain registry
- Leverage assets to borrow for reconstruction and humanitarian efforts

### Portfolio/ asset management

*Manage and track RE asset performance & development*

- Automate certain asset mgmt. activities (e.g. dividend distribution
- Land parcels aggregated and prepared for redevelopment
- **Enable Gazans to redeem their tokens for ownership of rebuilt residences**

### Secondary trading

*[After Reconstruction]: Facilitate trading of tokens in secondary market*

- Enable secondary trading of tokens, e.g. via operation of trading platform
- Record all token transactions in blockchain register

*Blue Text = Potential Options for expanding tokenization of Gazan RE assets*

Asset Valuation

# Gaza 2035 ~$320B 'Asset Value' by Year 10 will create significant value for all involved stakeholders

### The GREAT Trust

- $100B-$130B in Value for the Trust's 30-40% ownership of Gaza's lands
- >$4.5B in annual revenues

### Gazans remaining/returning

- ~380k families (2.1M people by year 10)
- Ownership of ~1800 sq ft residence
- Residences valued at ~$200k each (~1/10 price of Tel Aviv)
- Cumulative value of >$75B

### Gazans permanently relocating

- ~90k families (500k people by Year 10)
- Each family will receive ~$55K relocation package plus subsidized rent for 4 years

### Advanced manufacturing

- Similar capacity to TSMC Arizona or Nevada Tesla Gigafactory
- Construction costs of $6-12B
- Annual revenues of up to $10B

### Broadband

- Provide full broadband needs to all of Gaza and leading standards (400 MBPS and 5G NSA)
- ~$1.4B constructions costs
- $100M annual ROIC by Year 10

### Rail

- ~$3B mix of high-speed rail and freight corridor capacity
- Gaza to serve as major hub for IMEC
- Typical 10-year payback period for rail projects
- Expect ~$500M annual revenue after completion

### Tourism industry

- ~$3B / year tourism industry (~30% larger than Oman), at 40% maturity by year 10
- $2.7B value of construction by year 10
- $1.2B annual revenues by year 10
- 30-40 luxury hotels completed

### Hospital System

- Repair of all current facilities (36 hospitals, including 1 specialty cancer treatment center, ~3500 total hospital beds)
- Creation of ~13K new hospital beds (5 new major hospitals) and 2 advanced specialty centers
- ~$2.1B total construction costs
- Year 10 annual revenue of $6B, Gross Margin of ~$3B

### Deep Port

- Similar ports to Chancay Peru and Machilipatnam Port, India
- $1.3-1.9B upfront investment
- ~$700-850M annual revenue upon completion

### Data center

- Completed 50-100MW Hyperscale data center
- ~$500M – 1.5B upfront investment
- $300M-700M annual revenue

Asset Valuation

# Gaza 2035 ~$320B 'Asset Value' by Year 10 will create significant value for all involved stakeholders

### The GREAT Trust

- $100B-$130B in Value for the Trust's 30-40% ownership of Gaza
- >$4.5B in annual revenues

### Gazans remaining/returning

- ~380k families (2.1M people by year 10)
- Ownership of ~1800 sq ft residence
- Residences valued at ~$200k each (~1/10 price of Tel Aviv)
- Cumulative value of >$75B

### Gazans permanently relocating

- ~90k families (500k people by Year 10)
- Each family will receive ~$55K relocation package plus subsidized rent for 4 years

### Advanced manufacturing

- Similar capacity to TSMC Arizona or Nevada Tesla Gigafactory
- Construction costs of $6-12B
- Annual revenues of up to $10B

### Broadband

- Provide full broadband needs to all of Gaza and leading standards (400 MBPS and 5G NSA)
- ~$1.4B constructions costs
- $100M annual ROIC by Year 10

### Rail

- ~$3B mix of high-speed rail and freight corridor capacity
- Gaza to serve as major hub for IMEC
- Typical 10-year payback period for rail projects
- Expect ~$500M annual revenue after completion

### Tourism industry

- ~$3B / year tourism industry (~30% larger than Oman), at 40% maturity by year 10
- $2.7B value of construction by year 10
- $1.2B annual revenues by year 10
- 30-40 luxury hotels completed

### Hospital System

- Repair of all current facilities (36 hospitals, including 1 specialty cancer treatment center, ~3500 total hospital beds)
- Creation of ~13K new hospital beds (5 new major hospitals) and 2 advanced specialty centers
- ~$2.1B total construction costs
- Year 10 annual revenue of $6B, Gross Margin of ~$3B

### Deep Port

- Similar ports to Chancay Peru and Machilipatnam Port, India
- $1.3-1.9B upfront investment
- ~$700-850M annual revenue upon completion

### Data center

- Completed 50-100MW Hyperscale data center
- ~$500M – 1.5B upfront investment
- $300M-700M annual revenue

# EXHIBIT C

**Distant Observer**
@USJudiciary_SOS

Shukla says:

Since the market structure and market dynamics have changed in the last two months, esp. in the United States & elsewhere, the minimum mandated price for Gaza land ownership on the proposed plan must be revised from $50,000 to $80,000.

12:59 PM · Aug 6, 2025 · **17** Views

1

# EXHIBIT D

3:37 5G 83%

x.com/USJudiciary_SOS/

Post

Pinned

**Distant Observer**
@USJudiciary_SOS

Proposed (Confidential):

Crimea goes to Russia.

France & Germany to conduct election in Donbass with voters registered as of 2018. 80% Consent required to Permanently Join Russia.

US to lift all sanctions from Russia and Ukraine.

Further territory exchange possible.

10:13 AM · Aug 12, 2025 · **97** Views

View post engagements

3 1

**You can reply**
Verified accounts or accounts mentioned by @USJudiciary_SOS can reply

**Distant Obs...** @USJudicia... · Aug 12, 2025
$300 B US deal for Russia, incl. $150 B for Plant & Equipment, $150 B for Purchase of Raw material from Ukraine

$100 B US deal for Ukraine, incl. $50 B for Plant & Equipment, $50 B for Purchase of Raw material from Russia

Money cannot be invested in Oil & Nat. Gas, Defense Sect

21

**Distant Obs...** @USJudicia... · Aug 12, 2025
Payback to US (5 years):
30% Through Investment Returns
70% Through Trade

Demand based Stimulus for Russia:

Russian demand curve shifts to the right. Russia and Russian firms get an opportunity to increase production & increase revenue by serving the larger world market.

22

**Distant Obs...** @USJudicia... · Aug 12, 2025
Supply based Stimulus for Ukraine:

Ukraine supply curve shifts to the right. Ukraine gets an opportunity to increase quantity shipped & further develop a robust supply chain to produce incremental YoY Revenue. $150 B of this goes to Russia as raw material, with more to follow.

20

# EXHIBIT E



**Distant Observer** 🔒
@USJudiciary_SOS

Initial Proposed Plan:

#Iran




8:06 AM · Mar 3, 2026 · **40** Views

7

Relevant

View activity



**Distant Observer**
@USJudiciary_SOS

Draft Process Outline

#Iran




8:10 PM · Mar 6, 2026 · **12** Views

1

# EXHIBIT F

**Ashu Shukla**
*Princeton, New Jersey*
ashu.shukla@gmail.com
T # +1-917-488-6143

**Date: 05/18/2026**

**VIA ECF**

**Copy**:
All Counsel of Record (via ECF)
Christopher M. Colorado
Robert J. Giuffra, Jr.

**Case**: **SEC v. Adani**, et al, 24-cv-08080-NGG-JMC (EDNY)

**NOTICE TO PRESERVE EVIDENCE**

Dear Counsel,

I hereby request you to preserve all documents pertaining to the matter 1:24-cv-08080-NGG-JMC.

Respectfully Signed and Sumbitted,
Date: 05/18/2026

**/s/ ashu shukla**

**Ashu Shukla**
202 Salem Ct, Apt# 11,
Princeton, NJ 08540
ashu.shukla@gmail.com
T # +1-917-488-6143

# CERTIFICATE OF SERVICE

I certify that on May 18th 2026, a true and correct copy of the foregoing "**Notice to Preserve Evidence**" was served to the following Parties via to electronic filing for case# 1:24-cv-08080-NGG_JRC ***SEC vs. Adani*** via ECF, upon:

**Christopher M. Colorado,**
US Securities and Exchange Commission,
100 Pearl Street, St. 20-100
New York, NY 10004-2616
(Counsel for the Plaintiff US SEC)

**Robert J. Giuffra, Jr.**
Sullivan & Cromwell LLP,
125 Broad Street,
New York, NY 10004
Phone: 212-558-4000
(Counsel for the defendant Gautam Adani)

Declared / affirmed by me this
**May 18th 2026**

*_s_ashu shukla*
**Ashu Shukla**
*Plaintiff*
202 Salem CT, Apt#11
Princeton, NJ 08540
ashu.shukla@gmail.com
T # 917-488-6143

# CERTIFICATE OF SERVICE

I certify that on May 18th 2026, a true and correct copy of the foregoing "**Motion Requesting Leave of Court to file Motion to Intervene**" was served to the following Parties via to electronic filing for case# 1:24-cv-08080-NGG_JRC ***SEC vs. Adani*** via ECF, upon:

**Christopher M. Colorado,**
US Securities and Exchange Commission,
100 Pearl Street, St. 20-100
New York, NY 10004-2616
(Counsel for the Plaintiff US SEC)

**Robert J. Giuffra, Jr.**
Sullivan & Cromwell LLP,
125 Broad Street,
New York, NY 10004
Phone: 212-558-4000
(Counsel for the defendant Gautam Adani)

Declared / affirmed by me this
**May 18th 2026**

*_s_ashu shukla*
**Ashu Shukla**
*Plaintiff*
202 Salem CT, Apt#11
Princeton, NJ 08540
ashu.shukla@gmail.com
T # 917-488-6143

*** Filed ***
01:43 AM, 11 Jun, 2026
U.S.D.C., Eastern District of New York

**Ashu Shukla**
*Princeton, New Jersey*
ashu.shukla@gmail.com
T # +1-917-488-6143

**Date: 06/08/2026**

**VIA ECF**

**Copy**:
All Counsel of Record (via ECF),
Christopher M. Colorado (SEC),
SpaceX, Anthropic, OpenAI,
Nvidia, AMD, Intel,
Google, Microsoft, Meta Platforms,
Broadcom, Robert J. Giuffra, Jr.,
Other Firms as involved

**Case**: **SEC v. Adani**, et al, 24-cv-08080-NGG-JMC (EDNY)

## NOTICE OF RIGHT TO SUE

This is a Notice of Right to Sue to the US SEC, US Technology Companies with upcoming IPOs, and other and further related US firms who have benefitted from my Model. I reserve the right to file lawsuits against SpaceX, OpenAI, Anthropic, and other firms who have profited from my Model, and against the United States, altogether seeking $10 Billion or more in compensation.

This filing was set to be docketed on 06/08/2026 on case# 24-cv-08080 at Eastern District of New York (EDNY), but in what can be perceived as an attempt to help US deepstate actors, the EDNY court clerk did not remove an incorrect docket that was meant to be filed on another case. Despite reminders [1]. Entry doc# 38 was never meant to be filed on case# 24-cv-08080.

---

[1] US deepstate actor Joanna Rohde has vested interests with the matters, and does not want to be criminally prosecuted. It can be inferred that with an incorrect filing and future court order approving the filing, US deepstate actors intend to push me to accept a deal, where they relieve themselves from charges and criminal prosecution. I have no such interest in accepting a deal. Nonetheless, the EDNY docket entry meant for another case must be removed.

On this Particular Notice, Section I provides the necessary background and context, while Section II identifies my Capital Creation and Business Value Creation framework and that my framework has been misused by the US Government and Corporate America.

**Summary:**

Previously, on my Motion seeking leave of court dated May 18th 2028 (doc# 35), I established my Framework for Peace deal in the Middle East (including Gaza & Iran) and beyond. I kindly request you to refer to my Motion for Leave of Court for relevant background & information. [**Exhibit A**]

In this particular notice, I cover the fact that I created a framework for Capital Creation and Business Value creation to bring world peace. A framework which not only facilitates international cross-country trade or commerce, but a framework which also accelerates domestic growth through commerce. However, my framework and models were stolen by US deepstate, and then were used and misused to promote the interests of the United States and Corporate America across several US based technology firms.

I thus reserve the right to litigate such matters. Tweet dated Aug. 25 2025 below identifies a summary of the Proposed deals identified on the Twitter account I own (@UsJudiciary_SOS).


Distant Observer
@USJudiciary_SOS

Proposed deals:

Iran: $500 Bil USD Long Tm

Gaza: $80,000 per person, Google like IPO, Housing

Westbank: Buyout @ $2 Tril. US 50%. CC Trade

Russia: Election in Donbass @ 80%, $300 B ($150 B for raw materials from Ukraine)

Ukraine: $100 B bailout ($50 B for raw mat frm Russia)

8:00 PM · Aug 25, 2025 · 28 Views

**(Fig. 1)**

On this document, I'm going to establish and address the following:

1. *First*, I created a Framework for Capital Creation ("CC") & Business Value Creation ("BVC"). Uses Game Theory & Decision Making to Shape Strategy.
2. *Second*, my CC & BVC framework, research and models were stolen by US deepstate actors.
3. *Third*, in order to facilitate their desire to remain world Leader in artificial Intelligence, the United States has deliberately and wantonly chosen my research as the very basis to formalize a "Position" for United States AI / Technology Industry.
4. *Fourth*, in order to facilitate their desire to remain world Leader in artificial Intelligence, the United States leveraged my research and collaborated with US Technology Companies and Leaders like Elon Musk, Sam Altman, Jensen Huang, Dario Amodei, and others to create Wealth & Revenue Generation Opportunities.
5. *Fifth*, the US Tech industry has generated more than $10 Trillion in Wealth based on my research, and the US Tech industry is poised to launch a series of IPOS including SpaceX (includes xAI), OpenAI and Anthropic to generate Trillions more in Wealth and Money. Such IPOs are based on misleading information or accounting / inventory illusions.

The recent IPO filing by the SpaceX, OpenAI, Anthropic are based on artificially inflated revenue streams. Plus, SpaceX and their underwriters have indulged in false or misleading advertising. Being a Whistleblower on such matters, I must identify that US deepstate actors have misused and intend to continue to misuse my frameworks to secure high valuations for such firms.

The nexus between US Government (deepstate actors) and corporate America can be established on the basis of repeated statements by US Leaders on having the United States lead the AI race (no matter what), plus, use of my model across various US based firms to enable such goal. On June 2nd 2026, US President Trump entered an Executive order on this matter [**Exhibit B**]. Promise of US Government support (e.g. ease of business, access to funding), US Government interest of equity Stakes in companies, committing tax payment money for semi-conductor industry are examples of implicit endorsements of high valuations. Such endorsements were made in exchange

for early release of AI Models to the US Government. US Government wants to influence AI on the name of National interests.

With early access to model and government support, it can be stated that the US Government wants to deliberately influence what goes out to the Entire World on the name of National Security and Competition, and misuse technology to maintain an illegal control over people through Artificial intelligence ("AI").

I reserve the right to file lawsuits against SpaceX, OpenAI, Anthropic, and other firms who have profited from my Model, and against the United States, altogether seeking $10 Billion or more in compensation. The basic premise of these lawsuits being that without my framework and its applications, such companies would not be able to secure Billions if not Trillion-dollar valuations.

## Section 1: Background and Context:

**Figure 2** below from March 2025 identifies that I had been working on my concept of Capital Creation since March 2025. The concept provides opportunities for accelerated revenue growth.

**Figure 3** below from August 2025 identifies some information on the Business Value Creation framework.

**Figure 4** identifies my Tweet from September 2025 where multiple members of the US Government [2] including US Treasury Secretary Scott Bessent and multiple Private firms were tagged. That Nvidia and other firms generated or were going to generate Trillions of dollars based on my Framework. Prime Minister of Israel Mr. Netanyahu was also identified as a Witness.

[2] US Secretary of State Marco Rubio was also identified as a witness to my Peace Plan. Based on the sequence & timing of events and his own statements, one may infer Mr. Rubio was also aware my proposed framework for cross-country trade & growth. Some intertwined matters are identified later on this document.

**Distant Observer**
@USJudiciary_SOS

Discounted Cash Flow model is dependent upon Sustainability of cash flows.

Estimates can be generated with no real relationship to the intrinsic value of a business.

8:56 PM · Mar 26, 2025 · **2** Views

**(Fig. 2)**

**Distant Observer**
@USJudiciary_SOS

Business Value Net Consists of:

Customers
Suppliers
Competitors (e.g. Playstation vs Xbox)
Complementors (EA Games)

Businesses listen to Customers, work with Suppliers

The better the Product a complementor can make, the better it is for our Business

Value Created is divided.

1:43 PM · Aug 12, 2025 · **14** Views

**(Fig. 3)**

**Distant Observer**
@USJudiciary_SOS

Shukla's three way setup to trade and unlock value was stolen by Trump aide US deepstate actor Joanna Rohde to enter deals between #OpenAI, #Nvidia and #Oracle

Sam, Larry and Jensen owe $1 Trillion or more in business value creation to Shukla!

#Trump also owes $3 Million to him

9:41 AM · Sep 28, 2025 · **52** Views

2

Relevant View activity

**Distant Ob...** @USJudi... · Sep 28, 2025

@SecScottBessent
@USTreasury
@TreasuryDepSec
@larryellison
@nvidia
@NVIDIAAI
@OpenAI
@sama

@realDonaldTrump

@elonmusk as a witness
@marcorubio as a witness
@netanyahu as a witness
.. and others
#elonmusk as a witness
#marcorubio as a witness
#Netanyahu as a witness

.. and others

18

**(Fig. 4)**

**Figure 5** below identifies Elon Musk as a Witness, and his Tweets / Chats to me dated August 15th 2025 (EST). **Figure 6** identifies my proposed Gaza Peace Plan. Importantly, my tweets and framework for Global Peace were posted on X, which was then Privately owned by Elon Musk's X Corp [3]. In fact, I have several Twitter invitations from Elon Musk and his reach-out accounts

[3] X Corp was subsequently acquired by xAI in 2025, xAI was acquired by SpaceX in 2026. The company SpaceX is set to go Public via an IPO soon. Note: Private information has been redacted from Figure 5.

over a considerable period of time. Every couple of days I would remove Elon Musk as a follower so that he does not claim my research or Tweets on X as his own. Similarly, US deepstate used several accounts including bots to follow me and my work.




(Fig. 5)




(Fig. 6)

**Figure 7** below again identifies that my Business Valuation Framework was stolen by US deepstate supporting the United States. **Figure 8** and **9** as identified on news media in late 2025 show illustrative application of my framework in Tech space (Source: CNBC, Bloomberg). Such application was facilitated by the US Government and deepstate actors.

**Distant Obse...** @USJudiciary_... · Mar 27

Per US President Trump and US deepstate criminal Joanna Rohde (Donna), 3 themes are definitely Guaranteed:

1. Higher US Market Valuation

2. Better US Economy

3. US Glory

But they simply forget how they were able to achieve results thus far

.... By Stealing our ideas!!

1 1 13

**Distant Observer**
@USJudiciary_SOS

The following date, timestamped ideas were stolen:

1st, they stole our Gaza Peace Plan

2nd, our Business valuation Framework - applied it on companies like Nvidia, OpenAI, others

3rd, our West Bank buyout plan

4th, our $50 Million in rewards

5th, our Iran Peace Framework

12:41 AM · Mar 27, 2026 · **31** Views

**(Fig. 6)**




**(Fig. 7)**




**(Fig. 8)**

**<u>Financing the Revised Gaza deal</u>**:

As identified on my Motion for Leave (ECF# 36 dated May 18th 2026), I raised the minimum price guarantee for Gaza from $30,000 per person to $80,000 per person. Iran would secure a loan from

the United States, and the United States would pre-fund and divert interest payments on this loan to Gaza. In any case, the additional proposed $30,000 per person in value would be based on interest payments the United States is to receive from Iran.




**(Fig. 9)**

This led to two scenarios: Either the United States would waive approx. $60 Billion in interest payments and money would flow directly into the Peace deal, or the United States would earn back the identified $60 Billion through a mechanism. This led to an outstanding question of how the United States would earn back approx. $60 Billion in interest payments which it was to receive from Iran?

In order to finance this Framework, I looked and considered various options, and proposed a framework based on cross-country trade and commerce. The question itself led to an application of Business Value Creation framework in Peace deals. Facilitate prosperity through international trade, with money flows similar to the that identified in the illustrative Figures 8 & 9.

**Buyout Option for West Bank**:

Similarly, Prior to proposing my idea for a Peace deal for Russia / Ukraine, I proposed a deal for "**buyout**" of the West Bank, where the United States and Israel would "buyout" WestBank (which is the Eastern Part of Palestine) provided 77% of the Population living in Westbank consent to a deal. The framework is based on a Migration of Population Model where each Person living in WestBank would be paid a certain amount of money, and post buyout would move to different country, thus facilitating growth and development for the region.

This stimulus model based on widely accepted Keynesian Principles and Cross-Country Trade, if accepted, would self-pay itself within a decade based on cross-country trade. Figure 10, 11, 12 identify the proposal.

At ~$1 Million buyout amount per person, US & Israel would spend approx. $2 Trillion for this Buyout. Based on Keynesian economics and Keynesian multiplier effect, within 10-years my proposed framework would generate upto $10 Trillion in Wealth effect for the Middle East, improving the lives, living standards and per-capita income of Millions, and in-turn also increase the GDP of Israel from $500 Billion to $2 Trillion.

The deal is based on a simple fact that when 200,000 people with USD $1 Million each in funds Migrate to a country, they bring with them approx. USD $200 Billion or more in cash. The cash goes directly into the banking system of the country, creating a significant impact. When 10 such sets of 200,000 people each move to multiple countries, such economies together witness an outstanding impact.

While some experts may determine the total payout amount per person to be less, the framework in general creates an economic stimulus for the region. At $500,000 buyout amount per person, US & Israel would spend approx. $1 Trillion for this Buyout. The framework would still generate upto $5 Trillion in Wealth effect for the Middle East, improving the lives, living standards and per-capita income of Millions, and in-turn also increase the GDP of Israel from $500 Billion to $1.1 Trillion.




(Fig. 10)




(Fig. 11)




(Fig. 12)

This Framework promotes US Strategic interests. If the United States wants to maintain its "Position" and succeed as a Leader in the AI / Technology industry, it must ensure that US Tech Companies generate significant quarterly and yearly revenue. The Tech. valuations are themselves modeled on discounted future cash flows. Revenue can only be generated when people have the ability to buy or use US based products, and US Companies are able to monetize such participation. Without adoption or leveraging the purchasing power of the common man, US dominance fizzles

over time. Significant revenue can only be generated if the world continues to adopt and use US based AI systems, and the US dollar continues to be the widely accepted world reserve currency.

One cannot ignore the fact that the proposed mechanism helps safeguard US interests in the Middle East, and promotes cross border trade and commerce - just like flows identified on illustrative diagrams above.

**New World Order starting with Greenland**:

In fact, one may infer that my proposed Framework create a New World Order, where nations are able increase their dominance or area of influence through acquisitions or buyouts. Secure long-lasting Peace.

In fact, based on my framework, in December 2026, United States Publicly announced their whole idea to "buyout" Greenland. US President Donald Trump announced that he would buyout Greenland, and announced that if he did not buyout Greenland, China or Russia would. In fact, it was announced on the Media that as part of United States "buyout strategy", US is interested in paying $500,000 to every citizen of Greenland.




**(Fig. 13)**

**Capture of Maduro and $50 Million reward**:

My ideas for buyouts through consent, peace through cross-country trade and commerce were generated Prior to my idea for a Peace deal between Russia and Ukraine. The framework for Russia

/ Ukraine deal was proposed in August 2025 as identified below. The idea is based on market alignment. Parts of framework which still confidential till date.

Figure 14 identifies that on August 12th 2025, I proposed parts of the Framework for Russia Ukraine Peace deal.

- Until my Proposal was identified, US President Donald Trump continued to threaten Russia with consequences as late as the morning of August 12th 2025 *(id)*
- Proposal immediately allowed the US and Russia to agree on the Alaska Peace Conference dated August 15th 2025, and set the stage for a Prospective Peace deal
- Free-Economic Zone in one of the Baltic States to help facilitate cross-country trade was also proposed
- Note other relevant and pertinent parts of my Russia Ukraine Peace framework remain confidential till date




**(Fig. 14)**

It can be safely inferred that Russians have been following my Tweets after I proposed my initial Russia / Ukraine peace plan. Plus, that US deepstate actors who have maintained a surveillance over me were aware that Russians have been following my Tweets. In order to maintain an illegal

control over me, US deepstate actors have manipulated my internet and Content Distribution Networks ("CDNs").

I continue to withhold information because the US Judiciary and US deepstate actors supported by Indian female state actors have continued their retaliatory actions against me, and I have no incentive to reveal such information.

On August 7th 2025, the United States Government increased the reward for information that leads to the Capture of Nicholas Maduro to $50 Million [**Exhibit D**]. At that time, I had no idea about the reward [4]. It was not until the end of December 2025 and early January 2025 that I received information on the matter and linked to Nicholas Maduro.

In early January 2026, I intercepted various communications on US defense plans to target and extradite Nicholas Maduro. US deepstate actors unknowingly passed on such confidential information over to me through manipulated internet or CDNs. In order to further facilitate my Russia / Ukraine Peace deal idea, I publicly announced my "**Each One Get One**" market idea along with other relevant information [5].

[4] During this time, in order to recruit me into their money laundering scheme, US and Indian female state actors continued to suggest about the reward in multiple ways. In July 2025 and again in October 2025, I experienced issues with the sole of my feet. Targeted news on sole part of the legs (e.g. Medial plantar, Lisfrank joint) of the leg were provided to me during this time [**Exhibit E**]. Since deepstate actors have the ability to target specific muscles of the body remotely (a form of biomedical manipulation), I identified the theme of Twitter so that other state actors can relate to it and understand her motive. During this time, I remained unaware of the Maduro reward, and the reward had an email address with Soles in it (CartelSolesTips@dea.gov).

[5] Refers to European One Market System

Letter to US Secretary of State identified on [**Exhibit C**] clearly explains the Tweets and the rationale that I must be awarded $50 Million in reward.

Figure 17 identifies that my encoded message to Russia along with my "Each One Get One" Market Idea


Distant Observer
@USJudiciary_SOS

Similarly, India and Russia can engage in Oil for Grand Vitara Trade

Simple barter system, where 110 Barrels of Russian oil shall produce or provide one Grand Vitara to Putin

This 'Each One, Get One' Program shall help each Russian, + facilitate economic boom

Source: AI

1:26 PM · Jan 2, 2026 · **14** Views

**(Fig. 15)**

My Tweets were immediately intercepted by US Deepstate actors, and, given the involvement of Russian actors, the Tweets triggered the immediate arrest and capture of Nicolos Maduro.

It can be safely inferred that any Russian alert of imminent danger to Nicholas Maduro or Russian interference or action on the matter would derail US efforts to extradite Nicholas Maduro. The Tweets were also witnessed by Indian female state actors, and within hours of my Tweets, US carried out its action to capture and extradite Nicholas Maduro.

Thus, it can be safely inferred that my Tweets directly triggered immediate United States defense / military action which led to the capture of Nicholas Maduro. Since the United States Department of State announced a $50 Million reward for any information that would lead to the capture of Nicholas Maduro, and since the information I provided triggered the direct capture of Nicholas Maduro, I deserve to be paid $50 Million in reward. The day after US actions, I wrote a letter to the US Secretary of State and to the identified email address, however, the United States has not yet paid me on the matter.

My Letter to US Secretary of State is identified as [**Exhibit C**], and parts it of also shown here on Figure 15. Emails to the US Government and reminder are identified on [**Exhibit D**], and parts it of also shown here on Figure 16.

On the letter to US Secretary of State [**Exhibit C**] I have identified witnesses to my Tweets, and that Indian female state actors were aware of my targeted Tweets and information on the matter.

In addition, immediately after US action against Maduro, I called and left a voicemail to the Chambers of Judge Michael Shipp at the District Court in New Jersey, explaining my right to receive the reward.

**Ashu Shukla**
*Claimant*
ashu.shukla@gmail.com
T # +1-917-488-6143

**Date: 01/05/2026**

VIA EMAIL

**To,**
**Hon. Marco Rubio,**
Secretary of State, United States,
2201 C Street NW,
Washington, D.C. 20520

Copy:
US Department of Justice
CartelSolesTips@dea.gov

**Re: Claiming Reward Offer of Up to $50 Million for Information that led to arrest and/or conviction of Nicolas Maduro**

**Respected Mr. Rubio,**

I'm writing in regards to your reward offer of up to $50 Million (USD) for information leading to arrest and/or conviction of Nicolas Maduro as announced by the US Department of State and the Department of Justice.

Recently, on January 2nd 2026, I identified or provided relevant information[1] which created the necessary circumstances for US Defense Forces to immediately conduct a raid on Caracas, Venezuela, which eventually led to the arrest of Nicolas Maduro.

[1] This information was identified or provided through my Twitter account @USJudiciary_SOS

**(Fig. 16)**

**Claim related to Reward offer leading to arrest or conviction of Nicolas Maduro**
1 message

**Ashu Shukla** <ashu.shukla@gmail.com> Tue, Jan 6, 2026 at 4:55 AM
To: CartelSolesTips@dea.gov
Cc: Ashu Shukla <ashu.shukla@gmail.com>

Dear Sir / Madam,

I'm writing in regards to reward offer of upto $50 Million for information that led to arrest or conviction of Nicolas Maduro.

Please find my letter addressed to US Secretary of State Marco Rubio with Evidence attached.

Kindly also provide a copy of the letter with four exhibits to the US Department of Justice.

The Filing contains:

- 1 Letter addressed to US Secretary of State
- 4 Exhibits containing Evidence
- Original Advertisement on Government website

Please let me know if you have any questions.

I can be reached on ashu.shukla@gmail.com and/or 917-488-6143

Please note that I have not received any acknowledgement or notification since my email earlier this morning.

Sincerely,
Ashu Shukla
ashu.shukla@gmail.com
917-488-6143

**6 attachments**

**EXHIBIT_C_Print.pdf**
489 KB

**Letter_US_Secretary_of_State_by_Shukla_01052026.pdf**
117 KB

**EXHIBIT_D_Print.pdf**
185 KB

**Maduro_Reward_Ad.pdf**
611 KB

**EXHIBIT_A_Print.pdf**
1 MB

**EXHIBIT_B_Print.pdf**
1.2 MB

**(Fig. 17)**

## Double Standards by the United States:

Here, a distant observer would infer that the United States continues to maintain double standards.

On one hand, the United States continues to expect nations around the world to adhere to the US Laws, US led Financial Systems, and US Sanctions, yet on the other the United States does not intend to honor their own promises or commitments.

United States released an advisement with reward. My actions directly triggered the capture of the person identified on the advertisement. Yet, the United States has not paid me yet.

My letter to US Secretary of State Marco Rubio on the matter still remains unanswered till date [**Exhibit C]**. United States is so self-absorbed that my follow-up email to US DOS and US DOJ also remain unanswered till date [**Exhibit D**]. Thus, a distant observer would suggest that I should not further reveal my peace framework or ideas until I'm paid my $50 Million in rewards by the United States.

One can argue or claim that without my ideas or intervention, at best, the United States had struggled to bring peace. Be in for Gaza, or what the future holds for a Peace deal between Russia / Ukraine or Iran.

Similarly, one can be claimed that without my Capital Creation or Business Value Creation framework and its applications, US firms would struggle to secure Trillion-dollar valuations.

In addition, US Securities and Exchange Commission has a core mandate to protect investors (see Administrative Procedure Act (APA)). Here, the SEC has violated the APA, and other Federal or State rules. As identified later on this document, SEC has allowed SpaceX to make filings with obfuscated or unverified data, and similarly by allowing multiple issues to go undetected, SEC has literally signed-off on the SpaceX IPO without proper diligence. In addition, SEC appears to have allowed SpaceX competitors OpenAI and Anthropic to make confidential filings, and one cannot discount the fact that such filings would be laden with similar issues.

Moreover, since the United States Government has not paid me my $50 Million reward, and since the United States has deliberately chosen to steal my ideas on "Capital Creation" or "Business Value Creation" through multiple means, the court must ensure that my valid claims against the

United States and US Corporations like Nvidia, Microsoft, Google [6], Meta Platforms, AMD, OpenAI, Anthropic, xAI, SpaceX and others proceed.

**<u>Iran Peace Proposal</u>:**

My framework proposed for Iran party relies on Convertibles [7] or Preferred Stocks. In fact, publicly traded company Google has recently announced that they too intend to raise upto $85 Billion through such instruments. Since such instruments carry a high dividend yield and offer stock upside, such instruments attract large investments from Governments, institutional income investors, corporations, high net-worth individuals, and other interested parties.

In March 2026, I proposed the following Peace deal for Iran.




**(Fig. 18)**




**(Fig. 19)**

[6] Google has recently partnered with Adani to develop AI infrastructure in India

[7] E.g. Mandatory Convertible Preferred Stock, which is a hybrid financial instrument that combines features of a regular corporate bond (fixed income via a dividend) and common stock (equity upside). It is frequently used by massive corporations during large-scale capital raises—such as Alphabet's multi-billion USD infrastructure raise announced on June 3, 2026—because it attracts institutional income investors while guaranteeing that the security will permanently turn into equity after a set period.

It must be noted that in my models try to shape the competitive environment in a favorable way, and try to derive maximum benefit for involved entities or stakeholders.

**Section 2: Capital Creation or Business Value Creation framework:**

I created my model and its application "partly" based on more than an decade old research on Game Theory. Multiple research papers [8] on the matter were published [9] by numerous authors were considered. Such authors did not specify the industry or application. My unique Model was party influenced by such research and mathematical models.

Such models and research have been out there for a decade or more, but people could not understand their concept or applications in real life.

Specifically, I created my Capital Creation or Business Value Creation framework based on a variety of ideas including Game Theory, Complementarity and Substitution, and its economic applications on multiple fronts. Goal was to secure world peace through cross-country trade and commerce, or to help the AI industry scale.

Complementarity is when you increase the business value of any product or commodity through a related product, while substitution is when a good or service can be used in place of another.

Think of it this way, when the prices of Oranges in a market place dive or tank, the demand for Apples also falls, as people prefer to substitute Oranges for Apples. People like to have Peanut Butter and Jam together, as they complement each other. So, when the Peanut butter gets cheaper, the demand for Jam or Jelly increases.

Similarly, complementarity can also be explained in another way. Both X-Box and PlayStation are hardware consoles which depend on game creators like EA Games. Together, they create more

[8] Ref: Cooperative Game, Bi-Form Game, Capacity Competition etc

[9] Ref: International Game Theory Review, Harvard Business Review, Journal of Economics and Management Strategy, Books and Papers on Game Theory and Bi-form Games

value. E.g. the better the number or quality of the EA games available, the more valuable Playstation becomes.

The economic model (also known as Capital Creation or Business Value Creation model) I created starts from basic Decision Model framework that one learns in Business school, where the idea is to define and maximize an objective function (such as revenue) under a given set of parameters and constraints. On top of my Decision model, I introduced one or more substitute functions, one or more complement functions, "multi-country" or "multi-company" modal data depending on the model, and Game Theory Rules.

Why a decision model? Well, for example, think like you are a Full Stack Granite Company. Your overall objective is to increase your overall revenue, or increase your net profits, yet you are predominantly governed by the demand constraint on how well you can sell your product. In order to maximize your profit and set prices, you must quantify your mining constraint (mining quantity as a function of time), machine constraint (loading and cutting stones as function of time), delivery constraint (shipping and delivery as a constraint of time), and sales constraint (amount of sales you can generate in a specific geography or region as a function of time). The decisions you make between selecting Type A Granite, or Type B granite, or a Mix (of Type A, B and so on) to mine, cut, ship and sell per demand define your overall performance. Or in corporate terms your overall Valuation.

The goal of my Business Value Creation model is to find the best Mix and Maximize your performance. In my Model, under any given set of parameters or constrains, every country can maximize their GDP or Per Capita income or Economic Growth, or similarly every company can increase their revenue or market capitalization or valuation based on a set of <u>decisions</u> or <u>choices</u>.

Based on my research, Artificial intelligence has four key components (a) AI Chips or Hardware, (b) AI Models, (c) Retail or Industrial applications of AI Models and their adoption, (d) Data Centers or Cloud Infrastructure to support and scale AI.

Basic idea is to monetize and Scale AI across the full technology stack. In order to scale, any provider would need to secure significant investments (fund CapEx), excel in multiple domains. More the better.

With a goal to maximize the performance of a set of AI Companies **within an ecosystem**, my framework provided various investment or collaboration options. For instance, I conceptualized the idea for AI Chip or Hardware firm Nvidia to secure Billions of dollars in revenue by collaborating or securing quarterly, yearly revenue streams from companies like OpenAI or Anthropic which were looking to scale their AI Models, and similarly generated an idea for AI Modelers to collaborate with Data Centers or Cloud providers like Google, Amazon, Oracle and others.

My Model or Ecosystem Concept was then stolen by US deepstate actors, who decided to use my concept to become World Leader in AI. By stealing my ideas they did not create a product or a service, but created a Position for the United States. Based on my underlying framework, they envisioned an ecosystem which would help the United States Excel in a specific area of the World Economy – Artificial intelligence.

One may relate my own creation to what was done by Mark Zuckerberg. Mark Zuckerberg created Facebook based on a pre-existing concept of "interactions", where friends and family connect with each other, share photos, videos, and information through Social Media or a Social Networking service. The idea that was out there for tens if not hundreds of years, but Zuckerberg formalized it into a product.

Here, my work and research from March through September 2025 created a framework. The framework when applied to a specific ecosystem formalizes a "Position". This "Position" which was readily chosen and adopted by the United States.

In order to facilitate their desire to remain as an AI Leader, US deepstate actors stole my framework, and subsequently collaboarated with multiple United States Companies including Nvidia, Google, Microsoft, Zucherberg, AMD and others to adopt the framework. This resulted in

the creation of over $10 Trillion dollar of Wealth. My models made a significant impact on the revenue opportunities and Stock Prices for these firms.

Importantly, during this time, instead of focusing on own companies, and trying to maximize revenue for SpaceX and xAI (or Grok), Elon Musk, yes, the Elon Musk, was busy chatting with me over social media (X). In fact, he sent me his own Passport to prove that he was Elon Musk. I tried to persuade him to validate a certain type of my court claims (such as bio-medical manipulation), but it appears that under the influence of deepstate state actors, he chose neither to accept nor deny the existence of such techniques.

That said, on one hand, United States wantonly chose my research as a very basis to formalize a "Position" for their country in the AI / Technology Industry and World Economy, yet on the other, chose to continue to retaliate against me in myriad ways. US deepstate actors continue to maintain an illegal control over me with a motive to conceal their retaliatory actors or crimes.

In general, my Capital Creation (CC) & Business Value Creation (BVC) framework facilitates durable revenue generation. Translates into durable stock price, or stock price appreciation. However, the system or model can also be abused. For instance, later on this document, I explain how SpaceX entered into multiple contracts with firms like Anthropic and Google just days before the IPO to misuse the system.

Discounted cash flow model for valuation in finance is based on predictable cash flows over a specific period of time. Durable revenue backed by a sustainable business idea leads to higher valuations.

**US IPOs: SpaceX, OpenAI, Anthropic**

In 2025, SpaceX had revenue of $18.7 Billion, adjusted EBITDA was at $6.5 Billion, while the company reported a net loss of close to $5 Billion primarily due to AI investment and Capital expenditures.

Ever thought of buying a car in March 2026 Just so you can write-off the costs, and your neighbor can start driving it 18 months later beginning October 2027?

Think of it this way, SpaceX and xAI built infrastructure for their own internal use. First, they incorrectly estimated demand for their own services. Then they purchased equipment they never had to use, and marked down their balance sheet so would not have to pay taxes to the government. Subsequently, SpaceX chose to collaborate with one or more competitor AI companies to use or leverage this infrastructure with a sole intention to boost their revenue.

Here, (a) the Company knows it could not use its own infrastructure, yet it continues to project high demand for its products or services, (b) the Company knows that if contracts with competitors fail, the investors including Public, institutional and mutual funds, buy-side and retirement funds would loose money, and (c) the Company knows that it has presented speculative projects such as Lunar AI initiatives, yet continues to demand strong valuation numbers.

The deals themselves create skewed incentives for the Leadership, and skewed incentives for the Firms to take risks. The IPO valuations are not currently backed by real demand, but depend on revenue streams ("Contracts") or capital expenditure ("CapEx") investments by other firms. The whole idea is to artificially inflate valuations for such firms based on artificially created revenue streams, float a small percentage of the company to the Public, generate a huge amount of cash to further fuel revenue growth and capital expenditures, further stock growth based on low float and investments by the Buy Side.

Just like the 2008/09 financial crisis where US Citizens were using their homes as ATM machines, companies are now using their stocks as ATM machines not only to fund their own greed, but also fund the greed of United States which wants to maintain its "Position" and stay ahead on the AI race.

In order to fund their initiatives, these firms must raise capital through IPO or debt mechanisms. For instance, on their S1 Prospectus filed with the SEC dated May 20th 2026, SpaceX heavily relied on a very recent deal with AI competitor Anthropic finalized in the month May 2026, where

Anthropic would pay SpaceX $1.25 Billion per month to access compute capacity across SpaceX infrastructure Colossus and Colossus II until May 2029. This $15 Billion per year "new revenue stream" accounts for nearly 45% of prior-year revenues for SpaceX.

Importantly, Per SEC filing, the agreement with Anthropic PBC can be terminated anytime by either party with a 90-day notice.

In February 2026, SpaceX acquired xAI in an internal all stock acquisition, along with acquiring the entire balance sheet of xAI losses. xAI recorded an operating loss of $6.5 Billion for 2025 and approx. $3.2 Billion in revenue [10]. Importantly, xAI standalone AI business generated only $500 Million in revenue for 2025 (based on primary consumer subscriptions for Grok, enterprise API usage, and initial compute access).

In March 2025, several months before being bought by SpaceX, xAI executed its own acquisition of X Corp (formerly Twitter). The social media company X Corp accounted for approx. $3.2 Billion in revenues for xAI.

In addition, Google recently identified that would pay SpaceX $920 Million per month to procure compute capacity. Contract annualized at around $11 Billion per year starting October 2026 through June 2029.

However, based on 2025 numbers and based on a newly minted contracts just days before the IPO with Anthropic and Google, contracts which come with clause of termination by either parties anytime with a 90-day notice, SpaceX now believes it deserves a high price-to-earnings multiple and $1.77 Trillion in Valuation.

One must note that these compute capacities don't come for free. There are expenses related to infrastructure, namely upfront setup cost, power, maintenance, service, and wear & tear. These would be reflected in Operating Cost side of the balance sheet.

---

[10] Private company xAI choose to closely guard their audited financials, and not reveal them to the public.

$15 Billion from anthropic, $11 Billion from Google, $18.7 Billion by SpaceX, and $3.2 Billion by xAI, would altogether generate $48 Billion in revenues for SpaceX in 2027. In 2026, SpaceX would generate $33 Billion in revenue (Anthropic revenues only from May to December, Google revenues only from October to December).

Since SpaceX has identified itself as a Leader in AI, a comparative analysis between companies in the technology domain both in terms of Revenues and CapEx might be useful.

Publicly traded company Google acquired $1.77 Trillion market cap just two years earlier, in February 2024. Yet the total revenue generated by publicly traded company Google in year 2023 stood at $307 Billion. Simply put, Google generated $307 Billion in revenues to acquire $1.77 Trillion market cap, while SpaceX would generate $33 Billion in revenue in 2026 to acquire the same market cap.

With 2027 revenue numbers of $48 Billion for SpaceX, this still comparatively translates into far higher valuations. $307 Billion in revenue generated by Google at comparable valuations were **6.4 times** (six decimal four) higher than the $48 Billion perceived revenue stream for SpaceX. Without the anthropic deal or Google deal, SpaceX and xAI combined revenues of $21.9 Billion would stand 14 times less than what Google did in 2023.

Moreover, one cannot discount the fact that Google has made significantly higher capital expenditures (investments) than SpaceX and xAI combined during the last few years.

The dollar value of Google CapEx investments per their SEC filings for year 2025 remain at $91 Billion. Google CapEx for year 2024 were at $52 Billion, 2023 at $32 Billion, 2022 at $31 Billion, 2021 at 24 Billion, so on and so forth. Such investments are bound to generate higher revenue for the firm. Comparatively, SpaceX has made significantly lower CapEx investments.

On their Prospectus with the SEC, SpaceX identifies its revenue model from three to four different businesses, namely rocket launches, connectivity (Starlink) and artificial intelligence (xAI and

Grok). Altogether, even if Elon Musk tries, these businesses cannot generate $307 Billion in revenues per year anytime in the next few years.

In fact, the SpaceX IPO filed with the SEC is not based on real revenue streams or facts on how SpaceX can generate upto $307 Billion in revenues to deserve its $1.77 Trillion valuation, but is based on unrealistic expectations and fiction.

In 2023, 2024 and 2025, SpaceX generated $10.4 B, $14 B and $18.7 B yearly revenue respectively. The question why did SpaceX not rent out their infrastructure to Google or Anthropic in 2023, 2024 or 2025 becomes relevant.

Since my Capital Creation Framework provides the very basis for an accelerated revenue generation or growth, SpaceX had no other alternative but to accept my Capital Creation framework as a basis. But for my Capital Creation Framework, firms SpaceX, OpenAI, Anthropic and other would not secure the high valuations they expect or imagine.

Moreover, I have reasons to believe that my Model is being misused, and subsequently, both SpaceX and SpaceX underwriters have embarked on a misleading marketing campaign to secure high valuations for their IPO.

SpaceX identifies the Total Addressable Market (TAM) for its AI operations at an astronomical high number of $26 Trillion, but fails to address how it can generate Billions of dollars in revenues from such a market. Importantly, xAI generated just $500 Million in revenues in 2025, not Billions and you can forget about Trillions [11]. Even an attempt to capture $26 Trillion in addressable market, if that were to be true, would require massive Capital Expenditure to the tune of hundreds of Billions of US dollars is reuired, and SpaceX is far behind on that front. Comparatively, in 2024, Google was able to achieve $1.77 Trillion in market capitalization because it made CapEX investments of $192 Billion in total from year 2015 – 2023 per Google's SEC filings, and because it had significant presence in all aspects of human life, not just Space Exploration or AI.

[11] Artificial intelligence has four key components (a) AI Chips or Hardware, (b) AI Models, (c) Retail or Industrial applications of AI Models and their adoption, (d) Data Centers or Cloud Infrastructure

Moreover, the SpaceX IPO prospectus is laden with fiction where SpaceX outlines its vision of establishing a Lunar base and AI factories in Space [12]. This brings me back to Nvidia, a company which has recently acquired Trillions of dollars in valuations based on my work and my research. It is known that AI compute requires significant investment in hardware, and if such compute were to be done outside Earth meaning on the Moon or in Space, an even higher amount of investment would be required. Nvidia has a simpler business model - manufacture and sell AI Hardware / Chips to customers on Earth, as opposed to SpaceX which needs to (a) load such AI Hardware on Rockets and safely transport and unload them on Moon, (b) provide a stable source of Power (Electricity) to turn-on such devices on Moon, and (c) compute and transmit information back to earth.

Since SpaceX prospectus with the SEC does not specify that it has expertise in providing stable source of Power on Moon or expertise in unloading and turning-on AI Hardware on the Moon, one can safely infer that their vision of Lunar Factories and Moon-Based AI Compute does not present a viable near-or-medium term business model. Moon does not have a stable source of electricity, and the process of setting up a stable source of electricity in Moon would itself require tens of Billion in investments (Money which SpaceX does not have). Without a real business model, or demonstrating expertise on the domain, SpaceX is selling fiction to investors.

In fact, SpaceX itself is not a profit-making entity. Last year itself, xAI itself lost $6.5 Billion. Spacex identified massive upfront expenditure required to spin up 220,000 GPUs for Colossus 1 data center, without any basis of real demand or usage.

[12] This reminds me of Russia, the first country to send rocket to the space and man to the space. Decades back, the country spent Billions to become World Leader in the Space race, yet could not capitalize on the opportunity. Russia failed to generate the return-on-investments it had hoped for.

Instead, upon knowledge and belief, Russia is now interested in my proposed framework of nuclear-disarmament based on nuclear criticality. The framework provides a mechanism for Top-nuclear Powers to combine their expertise for conversion of Nuclear bombs into civil power generation.

Plus, SpaceX wants money from the public through an IPO. Yet their IPO presents a Corporate Structure explicitly designed to take power away from the Public investors and concentrate it almost entirely in the hands of the founder (known as extreme shareholder disenfranchisement).

**Google: Conflict of Interest**

News on SpaceX / xAI's desire to rent out AI infrastructure to Google or Anthropic was identified just prior to the IPO. Together, SpaceX must rent out between to 300,000 – 330,000 working GPUs (e.g. H100 -Class) to Anthropic and Google. SpaceX previously did not report about such infrastructure to the SEC, and questions about the viability and utility of such investments persist.

H100-Class GPUs cost between $30,000 – $40,000 per unit. 300,000 units require an investment of $9 Billion to $12 Billion [13]. The question then becomes Why would Anthropic and Google pay total of $45 Billion for compute capacity they themselves can secure just for $9 - $12 Billion? In fact, since the Google deal has a 4-month lag and starts in October 2029, instead of paying $920 Million to SpaceX per month for 110,000 dated and used GPUs, Google can just buy 110,000 new GPUs for $3.3 to $4.4 Billion in total.

Interestingly, in late 2025, through a regulatory filing, it was identified that Google owned 6.11% of SpaceX. Post SpaceX acquisition of xAI, the stake got somewhat diluted, but Google's ownership in SpaceX is estimated to be worth close to $100 Billion at IPO Prices. In fact, it can be argued that Google had vested interests in the SpaceX IPO, where in order to artificially pump-up their own equity stake and ensure that SpaceX gets a high valuation, Google agreed to invest $11 B through a compute deal with SpaceX.

Because the investment artificially boosts SpaceX earning, and was promised just "one week" before the IPO, the investment creates multiple issues: (a) investors and public remain unaware of the true demand for SpaceX products or services at IPO, (b) investors and public remain unaware of the true compute infrastructure (supply) at SpaceX at IPO, and (c) investors and public shall

---

[13] Assuming power, maintenance and service cost are nearly the same for providers across the US, the numbers still do not make sense.

remain unaware of real growth both in terms of technological infrastructure and advancements (supply) and demand for SpaceX products or services in future.

Here, (a) SpaceX owner Google is artificially manufacturing demand for SpaceX products or services, (b) SpaceX owner Google is pulling forward the value of unused or depreciated or outdated technology components (such as GPUs) owned by SpaceX, (c) SpaceX owner Google is aggressively helping SpaceX mislead investors as to the true nature of existing technology infrastructure at SpaceX and the real utility of such infrastructure, and (d) Google has recently announced that it itself is raising $85 Billion through sale of stock to facilitate development of AI, while at the same time, has made commitment to use such proceeds to invest $11 Billion in competitor xAI's infrastructure just days prior to their IPO. A distant observer may infer that SpaceX and its owner Google are engaging in what can be identified as a round-trip transaction as the deal does not serve any genuine technology purpose other than a ploy orchestrated to Pump up the IPO valuation.

Moreover, if the SEC allows such transactions, one may argue what comes next. Specifically, given Google has decided to sell $85 Billion in stock, companies like Google would get into a contract with competitors like OpenAI or Anthropic either directly or through an intermediary, to use the proceeds from its capital round with a goal to invest Billions just days prior to their IPO, and such firms may get into long-dated contracts with companies like Google to buy their compute facility or cloud services, in turn solidifying what can the identified as a round-trip transactions to Pump up IPO valuations.

Being a Whistle Blower, I must identify that that if SEC chooses to overlook such issues, it must also choose to overlook similar issues in future. SEC cannot and should not maintain double standards. In fact, if the SEC chooses to ignore my filings, each time the SEC sues, the SEC would have a duty to include me on such lawsuits or pay me (Jokingly: some call it annuity, while others perpetuity).

Thus, one can safely conclude that SpaceX does not deserve $1.77 Trillion in valuation.

Having said that, if Google were to raise $85 Billion in early 2025, and had Google initiated their Contract with SpaceX in early 2025 with a Genuine Technology Purpose, it would be not be easy to question their intent or motive on matters related to the SpaceX IPO. However, since back then, the firm did not have knowledge about my capital creation framework, one can infer that their recent investment in SpaceX is driven by my Capital Creation framework.

This brings us back to OpenAI which confidentially filed their SEC S1 prospectus for an upcoming IPO on May 20th 2026, and Anthropic which confidentially filed their SEC S1 prospectus for an upcoming IPO on June 1st 2026.

The story is the same. Without my framework which provided them the mechanism to secure Billion dollars in revenues through Contracts or investments by other firms, these firms would not be able to secure high valuations of close to $1 Trillion each.

In fact, these firms fail to show how they can provide sustainable revenue streams in future. Future low demand for AI, shrinking volumes or growth numbers, inability to generate revenue or capture market share, low adoption or usage, or emerging competition from foreign players, combined with lack of regulations and/or inaction by regulators would quickly create conditions that magnify losses at these firms. In the end, just like the 2008/09 US Financial Crisis, the result would be the same - people who invest in such companies based on misleading advertising or marketing would lose their very savings.

Being a Whistleblower on the matter, I thus reserve the right to sue the US Government and Technology firms on such matters.

Respectfully Signed and Submitted,
Date: 06/08/2026

**/s/ ashu shukla**
**Ashu Shukla**
202 Salem Ct, Apt# 11,
Princeton, NJ 08540
ashu.shukla@gmail.com
T # +1-917-488-6143

## CERTIFICATE OF SERVICE

I certify that on June 10th 2026, a true and correct copy of the foregoing "**Notice of Right to Sue**" was served to the following Parties via email and/or ECF filing for case# 1:24-cv-08080-NGG_JRC *SEC vs. Adani*:

**Christopher M. Colorado,**
US Securities and Exchange Commission (US SEC),
100 Pearl Street, St. 20-100
New York, NY 10004-2616
(Counsel for the Plaintiff US SEC)
(coloradoch@sec.gov)

**Robert J. Giuffra, Jr.**
Sullivan & Cromwell LLP,
125 Broad Street,
New York, NY 10004
Phone: 212-558-4000
(Counsel for the defendant Gautam Adani)
(giuffrar@sullcrom.com)

In addition, I certify that on June 10th 2026, a true and correct copy of the foregoing "Notice of Right to Sue" was served to the following Parties via email:

**SpaceX**,
Space Exploration Technologies Corp.
1 Rocket Road,
Hawthrone, California 90250
Phone: 310-363-6000
(media@spaceX.com)

**Elon Musk**,
Chief Executive officer,
Space Exploration Technologies Corp.
1 Rocket Road,

Starbase, Texas 78512
Phone: 310-363-6000
(investors@spaceX.com)

**Anthropic**,
Anthropic, PBC
500 Howard Street,
San Francisco, California 94105
(press@anthropic.com)

**Anthropic**,
Anthropic, PBC
548 Market Street, PMB 90375
San Francisco, California 94104
(press@anthropic.com)
(anthropic-equity-alerts@anthropic.com)

**OpenAI**,
OpenAI, LLC
3180 18th Street,
San Francisco, California 94110
(press@openai.com)
(contact@openai.com)

**Nvidia**,
Nvidia Corporation
2788 San Tomas Expressway,
Santa Clara, California 95051
408-486-2000
(ir@nvidia.com)
(shareholdermeeting@nvidia.com)

**AMD**,
Advanced Micro Devices, Inc.,
2485 Augustine Drive,

Santa Clara, California 95054
408-749-4000
(corporate.secretary@amd.com)

**INTEL**,
Intel Corporation,
2200 Mission College Boulevard,
Santa Clara, California 95054
408-765-8080
(corporate.secretary@intel.com)
(investor.relations@intel.com)

**Google,**
**Alphabet Inc**,
1600 Amphitheater Parkway,
Mountain View, California 94043
650-253-0000
(adamcolon@google.com)
(directors@abc.xyz)
(corporatesecretary@abc.xyz)

**Microsoft,**
**One Microsoft Way**,
Redmond, Washington 98052-6399
452-882-8080
(askboard@microsoft.com)
(asm@microsoft.com)

**Meta Platforms,**
**Meta Platforms, Inc.**
**1 Meta Way**,
Menlo Park, California 94025
650-543-4800
(CorporateSecretary@meta.com)
(investor@meta.com)
(asm@meta.com)

**Broadcom Inc.,**
**3421 Hillview Avenue**,
Palo Alto, California 94304
650-427-6000
(investor.relations@broadcom.com)

Declared / affirmed by me this

**June 10th 2026**

*_s_ashu shukla*
**Ashu Shukla**
*Plaintiff*
202 Salem CT, Apt#11
Princeton, NJ 08540
ashu.shukla@gmail.com
T # 917-488-6143

# EXHIBIT A

**Ashu Shukla**
*Princeton, New Jersey*
ashu.shukla@gmail.com
T # +1-917-488-6143

**Date: 05/18/2026**

**VIA ECF**

**To,**

**Hon. Nicholas Garaufis,**
United States District Court,
Eastern District of New York,
225 Cadman Plaza East,
Brooklyn, New York 11201

**Copy**:
All Counsel of Record (via ECF)
Christopher M. Colorado
Robert J. Giuffra, Jr.

**Case**: **SEC v. Adani**, et al, 24-cv-08080-NGG-JMC (EDNY)

**Re**: **Letter Motion Requesting Leave from Court to file Motion to Intervene within 14-days**

**Respected Judge Garaufis,**

I have recently read the contents of the Proposed Final Judgements between Parties US SEC and Gautam Adani, et al, and I simply do not like what the parties have proposed. It is my position that Public interests were harmed. If this court allows the Parties to enter into an agreement, Public interests will continue to be harmed in myriad ways.

I would hereby like to request Leave of Court such that I may file my Motion to Intervene within 14-days. On my Motion to Intervene, I'm going to first establish how the outcome of this

matter would impact Global investors, Businesses and Peace initiatives, then identity inter-related issues, and finally identify why the court must not enter a favorable decision yet.

Americans with Disability Act (ADA) or Rule 10(b)(5) of the Exchange act provide me Express or Implied Private Right of action on this matter [1] [2].

To begin with, I am witness to wanton delays, denials, retaliation and harassment campaigns by same or similar state actors as identified on the complaint.

Being a relative of Ex-Prime Minister of India, Atal Bihari Vajpayee, and being at the receiving end of retaliatory campaigns by similar state actors for years, I am fully aware how state actors enact a "***custom policy or process***" of their own choosing to derive material benefits for themselves or for interested / vested parties or their privies.

First, let me set the stage by providing the necessary background or context. I own and operate the Twitter account @USJudiciary_SOS (Powered by AI) with a Goal to "Secure and Promote World Peace".

My Twitter account is focused on (a) gathering global intelligence, (b) decoding it, (c) identifying relevant information, (d) tagging intelligence. From time-to-time, I may choose to propose best-in-class solutions to fuel growth and innovation, and such solutions are picked up or considered by world leaders based on their merits.

---

[1] Previously, this court had already stayed all briefings on the matter until May 29th 2026 (ECF# 30). In addition, the court has not yet entered their Final Judgement.

[2] When an entity retaliates against a person with knowledge of wrongdoing while engaging in a deceptive or retaliatory conduct, a reasonable claim exists. Similarly, when a government agency or state actors target a person with an intent to deceive, manipulate or defraud, a person may file a complaint against the Government for retaliation, harassment or discrimination.

The Honorable Judge, Nicholas G. Garaufis
May 18th 2026

My proposals for Gaza Peace Plan, and Russia Ukraine Peace deal have already been acknowledged and/or accepted by various Governments around the world, including the United States. Specifically, the following outcomes may be identified:

- [**Exhibit A**] identifies that on June 23rd 2025, I proposed the Framework for Gaza Peace deal (including tokenization of land, Google like IPO).
  - Proposal led to ceasefire between Isreal, United States, Palestine (Hamas) and Iran in 2025.
  - Framework in part facilitated the final Israel-Gaza Ceasefire and Peace deal
  - Plan initially included tokenization of land where each person in Gaza would get a piece of land-based asset, and such asset would have a minimum price guarantee of $50,000 and can be transacted
  - Four or more countries have already expressed their interest on providing ~$55,000 Price Guarantee (incl. relocation package & subsidized rent) (see widely available Great Trust Plan for Gaza (Slide# 18, 37))
  - US Envoy Witkoff and/or Kushner acknowledged at Board of Peace that the US peace plan was created with the help of Social Media influencers

- [**Exhibit B**] identifies slides from of the Great Trust Plan for Gaza proposed by US:
  - Plan was approved by US President Donald Trump. Trump subsequently constituted a Board of Peace.
  - My Proposal for Land assets tokenization where holders are able to assign and distribute tokens, and owners are able to sell or transact assets via a Public trading Platform, has been accepted as part of Gaza Peace initiative
    - Per my Proposal, access to US Markets and an IPO may provide far higher prices. This particular idea is still in works between Governments.

- [**Exhibit C**] identifies that on August 6th 2025, I proposed that the Minimum Price Guarantee ("MPG") for land ownership on the Gaza Peace Plan should be raised from $50,000 to $80,000 per Person. This idea is still in works between Governments.

  - Per my proposed framework, once Iran agrees to the Peace Proposal, the interest payments by Iran to the United States would be diverted towards Gaza to raise the Minimum Price Guarantee from $50,000 to $80,000

- [**Exhibit D**] identifies that on August 12th 2025, I proposed parts of the Framework for Russia Ukraine Peace deal.
  - Until my Proposal was identified, US President Donald Trump continued to threaten Russia with consequences as late as the morning of August 12th 2025 *(id)*
  - Proposal immediately allowed the US and Russia to agree on the Alaska Peace Conference dated August 15th 2025, and set the stage for a Prospective Peace deal
  - Free-Economic Zone in one of the Baltic States to help facilitate cross-country trade was also proposed
  - Note other relevant and pertinent parts of my Russia Ukraine Peace framework remain confidential till date

- [**Exhibit E**] identifies that on March 3rd 2026, I proposed parts of the Framework for a Possible Peace deal with Iran
  - Proposal identifies one-of-a-kind Global IPO for Iran
  - Iran secures funding and market access to US capital markets

The court may note that my Framework or Proposals inherently change the **<u>role</u>** of the United States to being the "Financier and Architect" of Global Growth [3].

Since the Proposed Framework/s or Proposals hinge around access to US capital markets, one is hard-pressed to ensure that the process of both securing and utilizing investor funds must not be

[3] Importantly, this case invokes a market access question, where instruments are priced in USD and money is raised through markets or mechanisms based out of the United States. Such offer or sale of securities are tied to US Securities Act of 1933, or purchase or sale of securities are tied to US Exchange Act of 1934.

tampered by the willful [4] digression of a set of controlling Stakeholders, Government officials or otherwise.

For instance, in this particular matter, the defendants secured funds from the US, utilized funds for their business growth in India, yet the service of process was delayed or denied by a set of Government officials. Whether the "Indian Government itself" wantonly delayed the matter, or whether the "defendants relied on a set of Government officials" to delay the process still remains a question, but the very fact that service of process was delayed [5] or denied [6] by a set of Government officials cannot be overlooked by the court.

Here, the US Government initiated a lawsuit against business stakeholder Gautam Adani, then Indian Government and state actors delayed matters by several months, and then post stipulation on service, US Government tried to abruptly reach a settlement with the business stakeholder. Notably, the Proposed Final Judgement does not cover involvement of state actors.

Here Public interests were harmed. Moreover, if the court chooses to overlook issues regarding the involvement of state actors or the influence by US deepstate, and Government officials in others countries start behaving just like the Indian Government officials, Public interests will continue to be harmed.

The court must not set a wrong precedence which allows state actors enact a "***custom policy or process***" of their own choosing to override US Securities or Federal Laws.

---

[4] When a stakeholder directly benefits from a business or its subsidiary, and maintains a control or domination over the subsidiary, with knowledge that liability may arise on misappropriation of foreign secured funds, one of two issues may arise:

first the stakeholder may choose to be willfully blind to wrongdoings in order to exempt himself from any potential liability, or second, manipulative state actors may willfully choose the abuse the process or the system to fraudulently make the stakeholder liable using similar pretext.

[5] ECF Motion Document 14 **Exhibits** F, G, J, K, L, M, N

[6] ECF Motion Document 14 **Exhibits** O, P. E.g. "It is found that the above mentioned summon does not cover in the above said categories. Therefore, the same is return herewith". With relation to identified that 17 CFR 2025(b) Signed by Ministry of Law and Justice, Government of India.

Proposed Final Judgement neither ensures fairness / transparency on such matters, nor facilitate how regulations are enforced or shall be enforced in future. Plus, involved Government officials or State actors get a free ride.

In my own experiences [7], Indian state actors are being facilitated by US Private firms or US agencies. Being a witness to wanton delays, denials, retaliation and harassment campaigns by similar state actors, I can very well establish several instances where US state actions and Indian state actors have colluded, that such state actors deliberately want the US Government or US Private companies to pay for their own corrupt or retaliatory actions, and that such state actors continue to believe they shall never be held accountable no matter what. Criminal liabilities on such matters thus cannot be waived.

Importantly, in this matter, in order to conceal their crimes and secure Judicial immunity on their involvement, US deepstate actor and Trump aide Donna (also known as Joanna Rohde) and supporting Indian female state actors have tried to **tie** me with defendant Gautam Adani. Previously, I have identified atleast one such involvement in my prior court filings *(id)*. They intend to use Mr. Adani and his relationship with the current Prime Minister of India to secure defenses on their own illicit behavior.

That said, the laws also allow me to investigate if Mr. Adani himself was targeted and framed on this matter by US deepstate. From selection of Indian State actors to placement of US SEC & DOJ teams, from arrangement of Robert J. Giuffra, Jr. as Gautam Adani's lawyer to an effort to abruptly settle the matter, US deepstate actors appear to have deliberately worked with numerous state and non-state actors to push her malicious agenda. Under such circumstances, the US Government may become liable to pay huge damages.

[7] Being an Adani Shareholder, I certainly do not wish to be a part of a scheme or conspiracy where State Actors deliberately misuse Public trust, and likewise, where courts allow such a scheme or conspiracy to continue unhindered.

The Honorable Judge, Nicholas G. Garaufis
May 18th 2026

I'm a Whistle Blower on the matter on involvement of state actors, and a victim of retaliation by same or similar set of state actors [8]. During the pendency of this action, State actors have continued their repetitive targeted retaliatory behavior against me [9].

Being a Whistle Blower, it behooves me to challenge the status quo and raise the following questions before the court through my Motion to intervene:

1. Would US Businesses which intend to invest in India be forced to pay $250 Million in bribes to state actors in one or more Indian states?

2. Would collecting bribes become a norm, given the fact that concerned state actors remain unharmed or unchallenged?

3. For the purpose of enforcing the final Judgement, since the parties have agreed to vest Jurisdiction on this matter or related matters with this particular court, what change would the proposed settlement bring to how similar matters are determined or adjudicated in future?

4. Would there be any enforcement of penalties, provisions or regulations for illicit / corrupt behavior at International level? Or at National level?

5. What happens to state actors who carry a strong motivation to work only when they are paid bribes, and/or who carry with them a strong intent to deceive or defraud the system?

6. Or would the United States become liable and be charged with upto $500 Million in reputation damages, and upto $5 Billion in Business damages each time US deepstate actors collude with Indian state actors to facilitate an action or retaliate against a certain set of actors?

---

[8] Likely due to the Involvement of interlinked parties or financial intermediaries, QIBs, claims on solar investments and sustainability initiatives, etc

[9] State actors have carried their harassment campaign and caused wanton delay on matters including matrimonial delay, construction delay, installing / supporting illegal occupiers of my property, etc

Since I've personally experienced such matters, and such issues are directly influenced by state actors, it is my duty as a Whistle Blower to raise such questions before the court through my Motion to intervene such that the court may give their final Judgement and close this matter.

Given the nature of the allegations, the parties are requested to Preserve Evidence on the matter. Notice to Preserve evidence is identified on [**Exhibit F**].

I thus request the court to grant me leave of court to file my motion to intervene. Please note that if the Parties choose to oppose my Motion to intervene, I may request the court to enter an order directing the parties to share their evidence or research with me via email.

Additionally, I reserve the right to make additional court filings once my prior lawsuits re-open, and in that case, due to the intertwined nature of involved entities, a good faith settlement may not be reached between the parties unless I grant a waiver.

The court may further direct me to file my Motion to intervene through a sealed filing as needed.

Thank you for your time and cooperation on this matter.

Wherefore, I here request the court to enter an order to:

1. Grant me Leave of Court so I could file a Motion to Intervene on the matter
2. Grant me any other and further relief that the court deems just and equitable

**Date: 05/18/2026**

**/s/ ashu shukla**

**Ashu Shukla**
202 Salem Ct, Apt# 11,
Princeton, NJ 08540
ashu.shukla@gmail.com
T # +1-917-488-6143

# EXHIBIT B

**Federal Register**
Vol. 91, No. 108
Friday, June 5, 2026

# Presidential Documents

**Title 3—**

**The President**

**Executive Order 14409 of June 2, 2026**

## Promoting Advanced Artificial Intelligence Innovation and Security

By the authority vested in me as President by the Constitution and the laws of the United States of America, it is hereby ordered:

**Section 1**. *Purpose.* The United States continues to lead the world in Artificial Intelligence (AI) because of the enormous talent and innovation of our AI industry, and because we refuse to stifle this innovation with overly burdensome regulation. My Administration has unleashed tremendous technological growth and economic investment in AI by slashing the bureaucratic constraints that the prior administration placed on America's AI developers and researchers, and by instead encouraging AI innovation and accelerating responsible AI adoption across government and industry.

Advanced AI capabilities make our Nation stronger, but also introduce new national security considerations that require coordinated action across executive departments and agencies (agencies), and components. As these capabilities evolve, my Administration will continue to work closely with industry to ensure that the best and most secure technology is deployed rapidly to confront any and all threats to our country. We will continue to lead an America First cybersecurity effort that enhances both our national security and our global AI dominance.

It is the policy of the United States to promote AI innovation and security by working collaboratively with the private sector to modernize government and private sector information systems and harden them against external threats; to protect American ingenuity and intellectual property from exploitation and theft by adversaries; and to cultivate America's advanced AI-enabled capabilities.

**Sec. 2**. *Upgrading American Systems for Advanced AI.* (a) Within 30 days of the date of this order, the Committee on National Security Systems shall prioritize the cyber defense of National Security Systems, as defined in 44 U.S.C. 3552(b)(6)(A), by taking appropriate and expeditious action consistent with the purpose of this order.

(b) Within 30 days of the date of this order, the Secretary of War shall prioritize the cyber defense of Department of War information systems by taking appropriate and expeditious action consistent with the purpose of this order.

(c) Within 30 days of the date of this order, the Secretary of Homeland Security, through the Director of the Cybersecurity and Infrastructure Security Agency (CISA), in consultation with the Director of the Office of Management and Budget (OMB), the Assistant to the President for National Security Affairs, and the National Cyber Director, shall release Binding Operational Directives and other guidance as appropriate to:

(i) expedite and prioritize the cyber defense of civilian Federal Government information systems in order to protect our Nation's vital functions;

(ii) establish or expand Federal programs and cybersecurity services that enhance AI-enabled defensive tools; and

(iii) facilitate access to cybersecurity tools and services including, where appropriate, covered frontier models for agencies, State and local authorities, and operators of critical infrastructure such as rural hospitals, community banks, and local utilities.

(d) Within 30 days of the date of this order, the Secretary of the Treasury, in consultation with the National Cyber Director, the Secretary of War, through the Director of the National Security Agency (NSA), and the Secretary of Homeland Security, through the Director of CISA, shall form an AI cybersecurity clearinghouse, in voluntary collaboration with the AI industry and operators of critical infrastructure, that coordinates and deconflicts scanning for software vulnerabilities, discovers and validates such vulnerabilities, and coordinates and prioritizes remediation and distribution of vulnerability patches.

(e) Within 30 days of the date of this order, the Director of OMB, in coordination with the National Cyber Director and the Director of CISA, shall determine whether any Federal grant programs have available and relevant funding that can be directed toward applicants developing advanced AI vulnerability detection.

(f) Within 60 days of the date of this order, the Director of the Office of Personnel Management shall expand the United States Tech Force Information Cybersecurity Specialist hiring and placement pathways.

**Sec. 3**. *Secure Frontier Model Deployment.* Within 60 days of the date of this order, the Secretary of the Treasury, the Secretary of War, through the Director of NSA, and the Secretary of Homeland Security, through the Director of CISA, in consultation with the White House Chief of Staff, through the National Cyber Director, the Assistant to the President for Science and Technology (APST), and the Secretary of Commerce, through the Director of the National Institute of Standards and Technology, and in coordination with other agencies, as appropriate, shall:

(a) develop and maintain a classified benchmarking process to assess the advanced cyber capabilities of AI models and determine the threshold at which an AI model should be designated a ‘‘covered frontier model’’ for the purposes of this order, sharing such assessments with AI developers and researchers as appropriate. Such a determination shall be made by the Director of NSA, in consultation with the National Cyber Director, the APST, the Director of CISA, and other representatives of the Department of War, as appropriate.

(b) design a voluntary framework with AI developers through which developers would be able to:

(i) engage the Federal Government to determine whether model(s) under development meet the designation of ‘‘covered frontier model’’;

(ii) provide the Federal Government with access to covered frontier models, subject to appropriate confidentiality, cybersecurity, insider-risk, and intellectual-property protection, use, and nondisclosure requirements, for a period of up to 30 days before they plan to release such models to other trusted partners; and

(iii) collaborate with the Federal Government to select trusted partners that will have early access to covered frontier models to promote secure innovation and strengthen the cybersecurity of critical infrastructure.

(c) Nothing in this section shall be construed to authorize the creation of a mandatory governmental licensing, preclearance, or permitting requirement for the development, publication, release, or distribution of new AI models, including frontier models.

**Sec. 4**. *Protection Against Criminal Actors.* The Attorney General shall prioritize the enforcement of 18 U.S.C. 1028, 18 U.S.C. 1030, 18 U.S.C. 1343, and all other applicable Federal criminal laws against anyone who utilizes AI to illegally access or damage a computer without authorization, or who utilizes AI while engaged in such illegal access to further any other crime. This includes breaching any public or private information technology system, or employing AI agents to unlawfully access data or information that is subsequently used for a criminal or unlawful purpose.

**Sec. 5**. *General Provisions.* (a) Nothing in this order shall be construed to impair or otherwise affect:

(i) the authority granted by law to an executive department or agency, or the head thereof; or

(ii) the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b) This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c) This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

(d) The costs for publication of this order shall be borne by the Department of War.



THE WHITE HOUSE,
*June 2, 2026.*

[FR Doc. 2026–11415
Filed 6–4–26; 11:15 am]
Billing code 6001–FR–P

# EXHIBIT C

**Ashu Shukla**
*Claimant*
ashu.shukla@gmail.com
T # +1-917-488-6143

**Date: 01/05/2026**

**VIA EMAIL**

**To,**

**Hon. Marco Rubio,**
Secretary of State, United States,
2201 C Street NW,
Washington, D.C. 20520

Copy:
US Department of Justice
CartelSolesTips@dea.gov

**Re**: **Claiming Reward Offer of Up to $50 Million for Information that led to arrest and/or conviction of Nicolas Maduro**

**Respected Mr. Rubio,**

I'm writing in regards to your reward offer of up to $50 Million (USD) for information leading to arrest and/or conviction of Nicolas Maduro as announced by the US Department of State and the Department of Justice.

Recently, on January 2nd 2026, I identified or provided relevant information [1] which created the necessary circumstances for US Defense Forces to immediately conduct a raid on Caracas, Venezuela, which eventually led to the arrest of Nicolas Maduro.

[1] This information was identified or provided through my Twitter account @USJudiciary_SOS

First, let me set the stage by providing the necessary background or context. I own and operate the Twitter account @USJudiciary_SOS (Powered by AI) with a Goal to "Secure and Promote World Peace".

My proposals for Gaza Peace Plan, and Russia Ukraine Peace deal have already been acknowledged and/or accepted by various Governments around the world, including the United States. Specifically, the following actions and outcomes may help establish my reputation:

- [**Exhibit A**] identifies that on June 23rd 2025, I proposed the Framework for Gaza Peace deal (including tokenization of land, Google like IPO).
  - Proposal led to ceasefire between Isreal, United States, Palestine (Hamas) and Iran
  - Framework in part facilitated the final Israel-Gaza Peace deal

- [**Exhibit B**] identifies that on August 12th 2025, I proposed parts of the Framework for Russia Ukraine Peace deal.
  - Proposal immediately allowed the US and Russia to agree on the Alaska Peace Conference dated August 15th 2025, and set the stage for a Prospective Peace deal
  - On August 14th 2025, I also proposed a Free-Economic Zone in one of the Baltic States to help facilitate cross-country trade
  - Note other relevant and pertinent parts of my Russia Ukraine Peace framework remain confidential till date

The Twitter account has since been focused on (a) gathering global intelligence, (b) decoding it, (c) identifying relevant information, and (d) tagging intelligence or posting information.

During this time, United States deepstate actors, have provided me with intelligence or information on various instances. It can be inferred that such actions were targeted in part to persuade me, in part to facilitate or promote US interests, in part to broker peace deals, or in part to expose an underlying situation. Especially one female deepstate actor named Joanna Rohde (also known as Donna), who I've been competing against in other platforms, has been relentless.

The Honorable Secretary of State, U.S.
January 5th 2026

As you may be aware, on or around New Year's eve, a silent revolution had been brewing up in Iran. The country has devalued its currency several times in the past two decades. Due to lack of US presence in Iran and on-going US Sanctions, 90 Million Plus Iranian citizens have no choice but to consider alternative means or systems that can help alleviate their circumstances.

During the last one week, due to ongoing conflicts in three Geo-Politically aligned nations - Iran, Russia and Venezuela, US deepstate actor Joanna Rohde has constantly been trying to influence and at the same time provide information to me.

Specifically, on December 31st 2025, January 1st and January 2nd 2026, Joanna Rohde identified my research on Twitter as important, and tried to pursue and push US interests on such matters. Important information on Nicolas Mudaro and his whereabouts were leaked to me.

- At 12:43 PM EST on January 2nd 2026, as identified on [**Exhibit C**], I proposed an alternate mechanism to secure peace in Iran without US presence

- At 1:26 PM EST on January 2nd 2026, as identified on [**Exhibit D**], I leveraged the opportunity to provide a hint to Russia on the going Russia Ukraine matter [2]. The tweet provides a framework to secure peace, and also discloses Nicolas Maduro and his whereabouts in Venezuela

The very fact that Nicolas Murdo was arrested within 12-hours of my posting such information is sufficient to establish that (a) United States read my tweets, (b) United States found the information

[2] Three witnesses who work under the directions of US deepstate Joanna Rohde in India are aware of the Tweets and information on the matter. They include, two Indian female state actors including one working for Indian Intelligence (RAW) and another female support who have maintained 24-hour surveillance over me for a considerable time now (due to my US anti-trust lawsuits), and a male neighbor who howls making coughing noises at night under the directions of Joanna Rohde and these Indian female state actors. The person coughed from a distant house repeatedly and in an annoying fashion to distract and harass me during the time of these tweets [Ex. C & D] (India Midnight time).

to be accurate, and (c) United States acted on the information. Thus, information provided by me led to the arrest or conviction of Nicolas Maduro.

Timing and urgency of the information provided by me also remain relevant. It can be inferred that any delay in action could have enabled another foreign power to change the outcome, hence the United States acted in urgency.

Since Government officials and employees are not eligible for rewards, it can be easily be established that I remain the sole beneficiary of this reward.

Notably, without revealing information which can be directly understood by the larger Public, and without compromising US interests, I have provided alternate mechanisms to secure peace. I thus remain the sole beneficiary of this reward.

Thank you for your time and cooperation on this matter.

**Ashu Shukla**
*Claimant*
202 Salem Ct, Apt# 11,
Princeton, NJ 08540
ashu.shukla@gmail.com
T # +1-917-488-6143

Currently in Bhilai, C.G., India

# EXHIBIT A

3:52 81%

x.com/USJudiciary_SOS/

Post

**Distant Observer**
@USJudiciary_SOS

#Isreal
#Iran
#Gaza

Proposed Gaza Relief Plan 1-Pager.

Will put in a presentation later.

#Trump #Deepstate begged for it.

Zoom in to view the file.

Price Point has been calculated per inflection point. Plan Price Point cannot be changed and cannot go any lower.



Proposed Plan for Gaza: (Only current Gaza residents qualify for this plans)

Goal: Move 2 Million People from Gaza to West Bank and provide them with $50,000 or more in renumeration

1. Israel Creates new 6 lane barricaded curved highway with 30 feet walls from Kareem Shalom Crossing to Neve Zohar (total 130 KM) (Time 1 Month).
2. Israel also builds 30 feet barricaded walls on existing Highway# 90 from Neve Zohar to Ein Gedi Crossing

3. Israel maintains Electronic IDs of Persons, takes finger prints, and provides each with electronic bracelets during their Journey from Gaza to West Bank.

4. Israel Provides a $50,000 value IOU ticket to each person at Kareem Shalom crossing, which can be redeemed for Government ID and $50,000 (or more) anytime (total IOUs given = (USD) $100 Billion to 2 Million or more Gaza Residents regardless of age). Amount to remain tax exempt.

(Gaza Residents Have a Choice: Residents are encouraged to sell IOUs to International investors for $50,000 or more in cash. They can choose to remain in West Bank or later come back to Gaza. Several years later, if they choose to come back to Gaza, they will be able to buy an affordable place in Public Housing for $12,000 - $20,000 Per Person (Citizens were paid, so now right to have a registered piece of real estate in Gaza only comes at a Price). In the meanwhile, Residents are encouraged to do entrepreneurial work to raise their skills, living standards, income and saving, or form families and save money, as Luxury Condominiums in new high rise building in Gaza will cost $200,000 or more)

5. Gaza residents move to a "new settlement" in West Bank. From there, they can choose to remain in the settlement until they return to Gaza, or immigrate to another country, or adhere to certain norms if they want to move to other locations within West Bank (for their own safety given their new networth)

Notes:

1. Believe tickets can later be sold in "open market" for $50,000 or more per elevated demand
2. Housing is mandatory if you choose to come back to World Class Neighborhood 'Gaza'. Residents to be alloted Public Housing based on a AI lottery system.

Funding: (Immediate Funding Pool of $300 Billion by 17+ nations; Interest payments by Iran on an interlinked plan will easily cover the cost / investment)

1. Approximately $100 Billion+ funding pool to be created. Think of Gaza land as an asset just like a company (stock). Idea is to have (Arab States, Israel, etc) compete in a Dutch auction to create a $100 B or more Pool for Gaza. (see Google IPO which was created through Dutch auction (Underwriter was a US Investment Bank)).

2. Market Pricing to dictate Future Ownership. Tickets must be sold / redeemed at a market driven price, as Housing is mandatory if you choose to come back and live in 'Gaza'. You cannot both hold a ticket forever, and get a place in public housing.

3. Gaza Residents, just like Firm Promotors, can decide when they want to sell their ticket and at what price. Based on demand, Prices must go higher until there is a common ground. That is what a market is. Underwriter Guarantees Minimum Price of $50,000 for life to each Gaza Citizen, while the world can bid price up to say $100,000 or more. Post IPO, the theme for worldwide investors will be, If you want to live in the best neighborhood in this world, your time is now!!

This Solves the Gaza Issue!

#####

1:37 PM · Jun 23, 2025 · **148** Views

View post engagements

**You can reply**
Verified accounts or accounts mentioned by @USJudiciary_SOS can reply

Gaza_Plan.txt

File Edit View

Proposed Plan for Gaza: (Only current Gaza residents qualify for this plans)

Goal: Move 2 Million People From Gaza to West Bank and provide them with $50,000 or more in renumeration

1. Israel Creates new 6 lane barricaded curved highway with 30 Feet walls from Kareem Shalom Crossing to Neve Zohar (total 130 KM) (Time 1 Month).
2. Israel also builds 30 feet barricaded walls on existing Highway# 90 from Neve Zohar to Ein Gedi Crossing

3. Israel maintains Electronic IDs of Persons, takes finger prints, and provides each with electronic bracelets during their Journey from Gaza to West Bank.

4. Israel Provides a $50,000 value IOU ticket to each person at Kareem Shalom crossing, which can be redeemed for Government ID and $50,000 (or more) anytime (total IOUs given = (USD) $100 Billion to 2 Million or more Gaza Residents regardless of age). Amount to remain tax exempt.

(Gaza Residents Have a Choice: Residents are encouraged to sell IOUs to International investors for $50,000 or more in cash. They can choose to remain in West Bank or later come back to Gaza. Several years later, if they choose to come back to Gaza, they will be able to buy an affordable place in Public Housing for $12,000 - $20,000 Per Person (Citizens were paid, so now right to have a registered piece of real estate in Gaza only comes at a Price). In the meanwhile, Residents are encouraged to do entrepreneurial work to raise their skills, living standards, income and saving, or form families and save money, as Luxury Condominiums in new high rise building in Gaza will cost $200,000 or more)

5. Gaza residents move to a "new settlement" in West Bank. From there, they can choose to remain in the settlement until they return to Gaza, or immigrate to another country, or adhere to certain norms if they want to move to other locations within West Bank (for their own safety given their new networth)

Notes:

1. Believe tickets can later be sold in "open market" for $50,000 or more per elevated demand
2. Housing is mandatory if you choose to come back to World Class Neighborhood 'Gaza'. Residents to be alloted Public Housing based on a AI lottery system.

Funding: (Immediate Funding Pool of $100 Billion by 17+ nations; Interest payments by Iran on an interlinked plan will easily cover the cost / investment)

1. Approximately $100 Billion+ funding pool to be created. Think of Gaza land as an asset just like a company (stock). Idea is to have {Arab States, Israel, etc} compete in a Dutch auction to create a $100 B or more Pool for Gaza. (see Google IPO which was created through Dutch auction (Underwriter was a US Investment Bank)).

2. Market Pricing to dictate Future Ownership. Tickets must be sold / redeemed at a market driven price, as Housing is mandatory if you choose to come back and live in 'Gaza'. You cannot both hold a ticket forever, and get a place in public housing.

3. Gaza Residents, just like Firm Promotors, can decide when they want to sell their ticket and at what price. Based on demand, Prices must go higher until there is a common ground. That is what a market is. Underwriter Guarantees Minimum Price of $50,000 for life to each Gaza Citizen, while the world can bid price up to say $100,000 or more. Post IPO, the theme for worldwide investors will be, If you want to live in the best neighborhood in this world, your time is now!!

This Solves the Gaza Issue!

#####

Ln 14, Col 347 | 9,901 characters | 100% | Windows (CRLF) | UTF-8

79°F Mostly sunny | Search | 9:06 AM 6/23/2025

# EXHIBIT B

3:37 5G 83%

x.com/USJudiciary_SOS/

7

Post

Pinned

**Distant Observer**
@USJudiciary_SOS

Proposed (Confidential):

Crimea goes to Russia.

France & Germany to conduct election in Donbass with voters registered as of 2018. 80% Consent required to Permanently Join Russia.

US to lift all sanctions from Russia and Ukraine.

Further territory exchange possible.

10:13 AM · Aug 12, 2025 · **97** Views

View post engagements

3 1

**You can reply**
Verified accounts or accounts mentioned by @USJudiciary_SOS can reply

**Distant Obs...** @USJudicia... · Aug 12, 2025

$300 B US deal for Russia, incl. $150 B for Plant & Equipment, $150 B for Purchase of Raw material from Ukraine

$100 B US deal for Ukraine, incl. $50 B for Plant & Equipment, $50 B for Purchase of Raw material from Russia

Money cannot be invested in Oil & Nat. Gas, Defense Sect

21

**Distant Obs...** @USJudicia... · Aug 12, 2025

Payback to US (5 years):
30% Through Investment Returns
70% Through Trade

Demand based Stimulus for Russia:

Russian demand curve shifts to the right. Russia and Russian firms get an opportunity to increase production & increase revenue by serving the larger world market.

22

**Distant Obs...** @USJudicia... · Aug 12, 2025

Supply based Stimulus for Ukraine:

Ukraine supply curve shifts to the right. Ukraine gets an opportunity to increase quantity shipped & further develop a robust supply chain to produce incremental YoY Revenue. $150 B of this goes to Russia as raw material, with more to follow.

20

3:46 5G 82%

x.com/USJudiciary_SOS/ 7

Post

**Distant Observer**
@USJudiciary_SOS

Unprecedented & Relentless expansion by the United States & the West will lead to Unfavorable Outcomes:

NATO Expansion: 1990 - 2024

Expansionary Wars: Iraq, Afghanistan, Lybia, Syria, etc (2001 - 2019)

Middle East: Palestine, Sanctions & War on Iran (1980 - 2025)

12:03 PM · Aug 14, 2025 · **12** Views

View post engagements

6

**Distant Obs...** @USJudicia... · Aug 14, 2025
Expansionary interests (as a function of time and strategic alignment) especially placed to encircle and limit Russia have led to war on Ukraine.

Such expansionary interests destabilize the world at large.

With Proxies eliminated, the likelihood of direct confrontation ....

13

**Distant Obs...** @USJudicia... · Aug 14, 2025
... between nuclear powers is far greater than ever before.

Looking at the Brighter Side:

With ceasefire and in anticipation of a deal with Iran & Middle East, the United States stock market has rallied close to 10% from their June lows (S&P 500 from 5900 to ~6500)

7

**Distant Obs...** @USJudicia... · Aug 14, 2025
This market rally has created more than $5 Trillion of Capital World Wide already, with more to come.

Subsequently rise in investments and income levels due to wealth effect are anticipated.

This, one may conclude, peace & cooperation lead to growth and market expansion, ...

7

**Distant Obs...** @USJudicia... · Aug 14, 2025
... and we are the very beginning of this growth cycle.

Democratic Solution: Case for a democratic solution in Russian Occupied Ukraine, & declaring future NATO free Lithuania as a special economic zone

Democracy is of the People, by the People and for the People ....

8

**Distant Obs...** @USJudicia... · Aug 14, 2025
Since People living in Russian occupied Ukraine have continuingly demonstrated their commitment to align with Russia, an easy solution would be to independently ascertain their preference and push for peace.

Similarly, since Russian interests are directly challenged by NATO ....

9

**Distant Obs...** @USJudicia... · Aug 14, 2025
presence in three states of Estonia, Latvia and Lithuania, an easy solution is to relinquish NATO support for Lithuania, & develop it as a special economic zone with $12 Billion investment by US, EU & Russia, such that Russia may get direct market access / trade directly with EU.

9

# EXHIBIT C

3:41 5G 82%

x.com/USJudiciary_SOS/

7

Post

Distant Observer
@USJudiciary_SOS

Very Simple "Food for Oil" Barter Program between #India & #Iran can help achieve 0% Food inflation in Iran, bring down the headline Iran inflation from 42% to 17%

Relieves Iran from paying subsidies

Barter avoids US Sanctions on Payments (Past USD, Rupee accounts)

12:43 PM · Jan 2, 2026 · **31** Views

View post engagements

3

**You can reply**
Verified accounts or accounts mentioned by @USJudiciary_SOS can reply

**Distant Observ...** @USJudiciary_S... · Jan 2
Food inflation derives upto 40% of Iranian CPI basket

Once food inflation is eliminated, inflation on non-food items shall also come down

Provides immediate economic stability

Needs logistics, qual control, rollout, supply chain. Use Military assets to facilitate barter.

10

**Distant Observ...** @USJudiciary_S... · Jan 2
United States can sanction Indian military and Iranian military all they want. For the next 100 years, no one would care.

Such sanctions would produce no impact.

Help save an important economy, and provide global stability and peace.

10

**Distant Observ...** @USJudiciary_S... · Jan 2
Provided Iran stops buying all foreign military hardware, and cancels all Pending orders.

19

# EXHIBIT D

3:42 5G 82%

Post

**Distant Observer**
@USJudiciary_SOS

Similarly, India and Russia can engage in Oil for Grand Vitara Trade

Simple barter system, where 110 Barrels of Russian oil shall produce or provide one Grand Vitara to Putin

This 'Each One, Get One' Program shall help each Russian, + facilitate economic boom

Source: AI

1:26 PM · Jan 2, 2026 · **14** Views

View post engagements

An official website of the United States Government Here's how you know





# Reward Offer Increase of Up to $50 Million for Information Leading to Arrest and/or Conviction of Nicolás Maduro

PRESS STATEMENT

MARCO RUBIO, SECRETARY OF STATE

AUGUST 7, 2025

The Department of State and the Department of Justice are announcing a reward offer increase of up to $50 million under the Narcotics Rewards Program (NRP) for information leading to the arrest and/or conviction of Nicolás Maduro for violating U.S. narcotics laws.

For over a decade, Maduro has been a leader of Cartel de los Soles, which is responsible for trafficking drugs into the United States. On July 25, 2025, the U.S. Department of the Treasury designated Cartel de Los Soles as a Specially Designated Global Terrorist (SDGT).

Since 2020, Maduro has strangled democracy and grasped at power in Venezuela. Maduro claimed to have won Venezuela's July 28, 2024, presidential election but failed to present any evidence that he had prevailed. The United States has refused to recognize Maduro as the winner of 2024 election and does not recognize him as the President of Venezuela.

*Today's reward offer is authorized by the Secretary under the **NRP**, which supports law enforcement efforts to disrupt transnational crime globally and bring fugitives to justice as a key pillar of President Trump's "America First" priorities. If you have information, please contact the DEA by phone (voice, WhatsApp, Signal, Telegram, or text) at +1-202-681-8187, or by **email**. If you are located outside the United States, you may also visit the nearest U.S. Embassy or Consulate. If you are in the United States, you can also contact the local DEA field office.*

*ALL IDENTITIES ARE KEPT STRICTLY CONFIDENTIAL. Government officials and employee*

*not eligible for rewards.*

Cookie Settings

TAGS

Bureau of Counterterrorism
Bureau of Democracy, Human Rights, and Labor
Bureau of Economic, Energy, and Business Affairs
Bureau of International Narcotics and Law Enforcement Affairs
Counter Threat Financing
Crime Prevention
Crime, Human Trafficking, and Illicit Activities
Democracy and Good Governance
Division for Counter Threat Finance and Sanctions
Foreign Policy
Narcotics Reward Program
Office of the Spokesperson
Protection of American Citizens, Property, and Interests
Regional Policy
Rewards Programs
Sanctions and Designations
Terrorism and Terrorist Organizations

# EXHIBIT D

# Claim related to Reward offer leading to arrest or conviction of Nicolas Maduro

1 message

**Ashu Shukla** <ashu.shukla@gmail.com> Tue, Jan 6, 2026 at 4:55 AM
To: CartelSolesTips@dea.gov
Cc: Ashu Shukla <ashu.shukla@gmail.com>

Dear Sir / Madam,

I'm writing in regards to reward offer of upto $50 Million for information that led to arrest or conviction of Nicolas Maduro.

Please find my letter addressed to US Secretary of State Marco Rubio with Evidence attached.

Kindly also provide a copy of the letter with four exhibits to the US Department of Justice.

The Filing contains:

- 1 Letter addressed to US Secretary of State
- 4 Exhibits containing Evidence
- Original Advertisement on Government website

Please let me know if you have any questions.

I can be reached on ashu.shukla@gmail.com and/or 917-488-6143

Please note that I have not received any acknowledgement or notification since my email earlier this morning.

Sincerely,
Ashu Shukla
ashu.shukla@gmail.com
917-488-6143

**6 attachments**

**EXHIBIT_C_Print.pdf**
489 KB

**Letter_US_Secretary_of_State_by_Shukla_01052026.pdf**
117 KB

**EXHIBIT_D_Print.pdf**
185 KB

**Maduro_Reward_Ad.pdf**
611 KB

**EXHIBIT_A_Print.pdf**
1 MB

**EXHIBIT_B_Print.pdf**
1.2 MB

# Re: Claim related to Reward offer leading to arrest or conviction of Nicolas Maduro

1 message

**Ashu Shukla** <ashu.shukla@gmail.com> Wed, May 13, 2026 at 12:15 AM
To: CartelSolesTips@dea.gov
Cc: Dauenheimer, David (USANJ) <David.Dauenheimer2@usdoj.gov>

Please provide an update on my submission made in January 2026.

Thanks,
Mr Shukla

On Tue, Jan 6, 2026, 4:55 AM Ashu Shukla <ashu.shukla@gmail.com> wrote:

> Dear Sir / Madam,
>
> I'm writing in regards to reward offer of upto $50 Million for information that led to arrest or conviction of Nicolas Maduro.
>
> Please find my letter addressed to US Secretary of State Marco Rubio with Evidence attached.
>
> Kindly also provide a copy of the letter with four exhibits to the US Department of Justice.
>
> The Filing contains:
>
> - 1 Letter addressed to US Secretary of State
> - 4 Exhibits containing Evidence
> - Original Advertisement on Government website
>
> Please let me know if you have any questions.
>
> I can be reached on ashu.shukla@gmail.com and/or 917-488-6143
>
> Please note that I have not received any acknowledgement or notification since my email earlier this morning.
>
> Sincerely,
> Ashu Shukla
> ashu.shukla@gmail.com
> 917-488-6143

# EXHIBIT E

**Distant Observer**
@USJudiciary_SOS

Per deepstate Joanna, bottom feet biomanipulation (near medial plantar, Lisfrank joint) is sufficient to stimulate person's nervous system in another direction

Meaning she can stimulate the system to make a person think in a totally different direction; force change of behavior

11:12 PM · Oct 7, 2025 · **6** Views


Lateral plantar nerve
Medial plantar nerve
Saphenous nerve
Sural nerve
Tibial nerve


Lisfranc Joint


MIDFOOT
TARSOMETATARSAL JOINT
LISFRANC LIGAMENT COMPLEX


Metatarsal
Bones
Lisfranc
Joint
Complex

# EXHIBIT C


BACK IN 00:49
CNBC TV18
TatMetk 1010.00 3.90
NIFTY BANK 38897.90
Type here to search
5:13 AM
10/7/2021


BACK IN 00:46
CNBC TV18
865.30 8.80
NIFTY BANK 1126.20
Type here to search
5:14 AM
10/7/2021


BACK IN 00:55
EBIXCASH
NEWSROOM
CNBC TV18
1060.65 ▲ 6.45
Syngene
NIFTY 50 18379.90


BACK IN 00:53
336.1k 644.55 14.10
Take 1.8m 51.85
NIFTY 50 556.15
CNBC TV18

11:59

https://m.moneycontrol

26

moneycontrol GET APP

Commodity Search

| | | |
|---|---|---|
| SENSEX | 53823.93 | 589.16 (1.11%) |
| NIFTY | 16011.15 | 175.80 (1.11%) |

# CRUDEOIL

Symbol: **CRUDEOIL**

Add to **Watchlist**

| Expiry | Price | Change |
|---|---|---|
| 19 Jul, 2022<br>Jul 06, 11:57 | 7,945.00<br>Vol:7.111k | 164.00<br>+2.11% |
| 19 Aug, 2022<br>Jul 06, 11:55 | 7,736.00<br>Vol:0.972k | 144.00<br>+1.90% |
| 19 Sep, 2022<br>Jul 06, 10:56 | 7,967.00<br>Vol:0.011k | -180.00<br>-2.21% |

## MESSAGES

### CRUDEOIL SENTIMETER

Buy 61%


ndtv.com
Coronavirus
Live TV
Latest
India
Invest 18k/month* & Get 2 Crore Return on Maturity. Invest for Your Future Now!
Sponsored | Investment Plans for N...
Salma Hayek Does Not Want You To See This Photo
Sponsored | All Good Wedding
TOP PICKS
Kareena's Birthday Greeting For Sister-In-Law Soha Ali Khan Is Everything
California Family's Dar
'Tunak Tunak Tun' Is A
al Hit




Safari File Edit View History Bookmarks Develop Window Help
au.yahoo.com
yahoo!
Sign in
Mail
Health Yahoo Lifestyle
'Shocked': Pregnant 'virgin' gives birth without having sex
Nicole, 28, had never had sex with her boyfriend. Then she found out she was pregnant. Here's how she became a mum without knowing it.
Ad Aussie
Home buying hotspots in Australia in 2021
If you're looking to buy a home in 2021, we've made a list of the top 'buyer's market' suburbs around Australia.
Entertainment Yahoo Lifestyle
Mel Doyle reveals 'big shock' for Sam Armytage after Sunrise exit
The former co-host dishes on what will be the best thing about leaving the breakfast program for Sam.
Who will replace Sam Armytage on Sunrise?
Samantha Armytage leaves Sunrise after eight years
Celebrity Yahoo Lifestyle
Kate makes first public appearance after Meghan's Oprah interview
Kate Middleton made her first public appearance after Meghan Markle claimed Kate made her cry before her wedding during her Oprah interview.
See results
Brisbane
Today Thu Fri Sat
Topics
LATEST
must-read news
Latest
All the latest stories in news, sport, entertainment, lifestyle and finance.
More topics
Advertise Company Info Jobs Privacy (Updated)
Safety Terms (Updated) Help Feedback

11:59

https://www.moneycont

26

moneycontrol

Upcoming Webinar: Watch a panel of experts discuss: Challenges of continuously evolving regulation for Cryptocurrency, on 7th July at 3pm. Register Now →

## MARKETS DATA »

LIVE TV

| NIFTY 50 | SENSEX |
|---|---|
| 15877.85 | 53401.74 |
| +67.00 (+0.42%) | +267.39 (+0.50%) |

TOP NEWS Coronavirus Update | Active Covid-19 cases in country rise to 1.15 lakh



**HUL, Britannia, Godrej Consumer rise as crude palm oil prices sink**

**Market LIVE Updates: Indices trade higher amid volatility; HDFC Bank, Infosys positive contributors**