CERTIFIED MAIL

CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

9589 0710 5270 3115 0172 12

quadient
FIRST-CLASS MAIL
IMI
$010.98⁰
09/15/2026 ZIP 11201
043M32206494
US POSTAGE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 06 2026 ★
BROOKLYN OFFICE

UTF

Ashu Shukla
202 Salem Ct, Apt #11
Princeton, NJ 08540

USPS

F Ex

NIXIE 076 FE 1 0000/30/26

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 11201183299 *3057-06548-02-4

..9314120147616692 UTF

C8640870401-1201>1832

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ashu Shukla
202 Salem Ct Apt 11
Princeton NJ 08540

9590 9402 8789 4005 5022 97

2. Article Number *(Transfer from service label)*

9589 0710 5270 3115 0172 12

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt