MANDATE

**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of September, two thousand twenty-six,

---

Ashu Shukla,

Petitioner,

v.

United States Securities & Exchange Commission,
Gautam S. Adani, Sagar Adani,

Respondents.

---

**ORDER**
Docket No. 26-2606

On January 20, 2022, this Court entered an order in Shukla v. Apple Inc. docket number 22-591, 21-3095, 22-640, requiring appellant to file a motion seeking leave of this Court prior to filing any future appeals.

A notice of appeal in the above referenced case was filed. The Court has no record that appellant sought the Court's permission to appeal prior to filing the notice of appeal.

IT IS HEREBY ORDERED that this case is dismissed effective October 08, 2026 unless a motion seeking leave of this Court is filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 11/05/2026